**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | LuxUrban Hotels Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-3334945 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 71 W 35th Street<br>New York, NY 10001<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.    Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    LuxUrban Hotels Inc. _____    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor  LuxUrban Hotels Inc._____  Case number (*if known*)_____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name  _____

        Phone         _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   LuxUrban Hotels Inc.                                    Case number (*if known*) _____
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 14, 2025
             MM / DD / YYYY

**X** /s/ Michael James                              Michael James
Signature of authorized representative of debtor      Printed name

Title   Chief Financial Office

**18. Signature of attorney**

**X** /s/ Leo Jacobs                        Date   September 14, 2025
Signature of attorney for debtor                    MM / DD / YYYY

Leo Jacobs 5148887
Printed name

Jacobs P.C.
Firm name

717 5th Avenue, fl 17
New York, NY 10022
Number, Street, City, State & ZIP Code

Contact phone   (212) 229-0476     Email address   leo@jacobspc.com

5148887 NY
Bar number and State

## **RESOLUTION**

I, Michael James, Chief Financial Officer of LuxUrban Hotels Inc., a Delaware Corporation (the "Company"), hereby certifies at a meeting on September 12, 2025, the following resolutions were adopted in accordance with the requirements of applicable law, and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**RESOLVED,** that in the judgment of the Company, it is desirable and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED**, that Michael James is hereby the Authorized Person that is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time, or in such other jurisdiction, as such Authorized Person executing the same shall determine.

**RESOLVED**, that the Company is authorized to engage Jacobs P.C. as its attorney under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval and Michael James is authorized to execute all necessary documents in that regard.

**RESOLVED,** that the Company is authorized to engage FIA Capital as its Financial Advisor and potentially David Goldwasser as its Chief Restructuring Officer under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval and Michael James is authorized to execute all necessary documents in that regard.

**RESOLVED,** that FIA Capital and/or David Goldwasser is authorized to open and maintain a Debtor-in-Possession bank account in the name of the Company and to designate Isaac Taub as an authorized signatory on said account.

**RESOLVED,** that the Company is authorized to engage Omni Agent Solutions as its Notice and Claims Agent under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval and Michael James is authorized to execute all necessary documents in that regard.

**RESOLVED**, that the Authorized Person, and officers of the Company as the Authorized Person shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officer, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view toward the successful prosecution of such case.

**RESOLVED**, that any and all past actions heretofore taken by officers of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**IN WITNESS WHEREFORE**, I have set my hand this 12th day of September 2025.

By: *Michael James*
Michael James
Chief Financial Officer of LuxUrban Hotels Inc.

**JACOBS, P.C.**
*Proposed Attorneys for the Debtors*
717 Fifth Avenue 17th FL.
New York, NY 10022
(212) 229-0476
Leo Jacobs, Esq.
Robert M. Sasloff, Esq.
Wayne Greenwald, Esq.
Ellen Halstead, Esq.
Aaron Slavutin, Esq.
leo@jacobspc.com
robert@jacobspc.com
wayne@jacobspc.com
ellen@jacobspc.com
aaron@jacobspc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LUXURBAN HOTELS INC.** | **Case No. 25-** |
| Debtors. | **(Joint administration to be requested)** |

-------------------------------------------------------------X

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LUXURBAN RE HOLDINGS LLC** | **Case No. 25-** |
| Debtors. | **(Joint administration to be requested)** |

-------------------------------------------------------------X

**CONSOLIDATED DECLARATION OF MICHAEL JAMES PURSUANT TO**
**LOCAL BANKRUPTCY RULE 1007- 2 OF THE LOCAL BANKRUPTCY**
**RULES FOR THE UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE SOUTHERN DISTRICT OF NEW YORK</u>**

I, Michael James, declare the following under penalties of perjury pursuant to 28 U.S.C.

§1746:

1

1.      I am the Chief Financial Officer of the debtor, LuxUrban Hotels Inc. ("**LuxUrban**" or the "**Company**"), a corporation organized under the laws of the State of Delaware, and I am the managing member and Chief Financial Officer of the debtor, LuxUrban RE Holding LLC ("**LuxUrban RE**" and, together with LuxUrban, the "**Debtors**"), a limited liability company organized under the laws of the state of Delaware. I am duly authorized to make this declaration (the "**Declaration**") on behalf of the Debtors.

2.      I am familiar with the Debtors' day to day operations, business, and financial affairs, and books and records. I am above eighteen (18) years of age and I am competent to testify.

3.      I submit this Declaration in accordance with Rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**") to assist this Court and parties in interest in understanding the circumstances that compelled the commencement of these chapter 11 cases, and in support of the Debtors' petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

4.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge and my discussions with other members of the Debtors' management team. If called as a witness, I could and would testify competently to the facts set forth in this Declaration.

5.      Parts I through III of this Declaration provide an overview of the Debtors' businesses, events giving rise to the commencement of these chapter 11 cases and the Debtors' capital structures. Part IV sets forth the information required by Local Bankruptcy Rule 1007-2.

## I. THE DEBTORS' BUSINESS

6.      In late 2021, the Company commenced the process of winding down its legacy business of leasing and re-leasing multifamily residential units, as it pivoted toward its new strategy of leasing hotels as further described in the next paragraph. This wind-down was

substantially completed by the end of 2022 and, as of the date of this Declaration, the Company operates no residential units. This legacy business was conducted under the names SoBeNY Partners LLC and CorpHousing Group Inc.

7.      Since then, the Company has strategically built a portfolio of hotel properties in destination cities by capitalizing on the dislocation in commercial real estate markets and the large amount of debt maturity obligations on those assets that came due with a lack of available options for owners of those assets.  To this end, LuxUrban leases entire existing hotels on a long-term basis and rents out hotel rooms in the properties it leases. It currently has a portfolio of four hotels in New York through long-term lease agreements and manages these hotels directly. Those hotels are:

- Herald, located at 71 West 35th Street, New York, New York 10001 ("**Herald**"). LuxUrban is the current leaseholder for the Herald, which has 168 rooms and has approximately 12 years left on its lease.

- Tuscany, located at 120 East 39th Street, New York, New York 10016 ("**Tuscany**"). LuxUrban is the current leaseholder for the Tuscany, which has 125 rooms and has approximately 12.5 years left on its lease.

- Hotel 27, located at 21 East 27th Street, New York, New York 10016 ("**Hotel 27**"). LuxUrban RE is the leaseholder for Hotel 27, which has 74 rooms and has approximately 13 years left on its lease.

- Hotel 46, located at 129 West 46th Street, New York, New York 10036 ("**Hotel 46**"). LuxUrban RE is the leaseholder for Hotel 46, which has 79 rooms and has approximately 23 years left on its lease.  (However, this hotel property is not operating as a hotel and has one single SRO occupant.)

8.     The Company's revenues are generated primarily through the rental of rooms to hotel guests and also through ancillary services such as cancellable room rate fees, resort fees, late and early check-in and check-out fees, baggage fees, parking fees, grab and go food service fees, and upgrade fees.

9.     The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

10.    In an effort to achieve liquidity that would be sufficient to continue business operations and property management and meet all of the Company's commitments, management has undertaken a number of actions, including raising capital through the sale of equity and the sale of debt, and evaluation of potential strategic initiatives. The Company's ability to continue as a going concern was dependent upon improving operating margins and raising additional capital through debt and/or equity financing or in connection with joint ventures or other strategic relationships, especially in view of the challenging market conditions arising in connection with the Covid-19 pandemic that resulted in severe operating shortfalls.

11.    To this end, on August 13, 2023, the Company commenced an offering (the "**Debt Placement**") under the terms of a securities purchase agreement ("**SPA**") pursuant to which it sold senior secured convertible promissory notes (the "**Notes**") in an aggregate principal amount of up to $15,000,000, together with common stock purchase warrants ("**Note Warrants**"). The Notes bear interest at 18%, are secured by substantially all of the assets of the Company under the terms of a guarantee and security agreement dated as of August 13, 2024 ("**Security Agreement**"), and were sold to certain accredited investors in a private offering exempt from registration under the Securities Act of 1933, as amended. The holders of the Notes (the "**Noteholders**" or "**Lenders**"), including Greenle Partners LLC Series Alpha P.S., as Collateral Agent for the Lenders

("**Greenle**"), converted the Notes into secured debt that has an outstanding balance of approximately $14.9 million (the "**Senior Debt**") as of September 14, 2025 (the "**Petition Date**"). The notes associated with the Senior Debt had maturity dates that passed prior to the Petition Date.

12.     Liquidity issues also animated the Debtors decision to enter into certain agreements for merchant cash advances ("**MCAs**" and, each, an "**MCA**") with a number of MCA lenders, including Alpha Equity Fund, Capital Assist, LLC, Cheetah Capital Inc., CW Diamond, LLC, Expert Funding, Insight Capital LLC, Funderzgroup LLC d/b/a Mr Advance, Secure Capital, LLC, Slate Advance, Speedy Funding, and Static Advance Inc. (collectively, the "**MCA Lenders**"), who originally purportedly advanced approximately $9,975,114 to the Company.  That amount has been significantly paid down, such that, as of the Petition Date, the amount allegedly due to the MCA Lenders is no more than $5.2 million.

## II. EVENTS LEADING TO THE CHAPTER 11 CASE

13.     The Company has experienced negative cash flows from operations due in no small part to legacy debt issues that constantly utilize free cash flow from operations pursuant to, *inter alia*, onerous MCA repayment schedules. This fact, among others, raised some doubt about the Company's ability to continue as a going concern. Management has evaluated the significance of the conditions in relation to the Company's ability to meet its obligations and believes that its current cash balance along with its currently projected cash flows from operations will not provide sufficient capital to continue as a going concern absent certain relief available under the Bankruptcy Code, including, *inter alia*, the rejection of unfavorable leases.

## III. PRE-PETITION CAPITAL STRUCTURE AND INDEBTEDNESS

14.     As of the Petition Date, the Debtors' indebtedness is as follows: the Senior Debt is approximately $14.9 million and at least approximately $7.8 million is owed to vendors and other

unsecured creditors, which amount does not include amounts asserted in connection with certain pending litigation.  In addition, for LuxUrban (and not LuxUrban RE) the amount purportedly due on the MCAs is approximately $5.2 million as of the Petition Date.

## IV. INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

15.    I have been advised that Local Bankruptcy Rule 1007-2 requires certain information related to the Debtors which are set forth below.

16.    In accordance with Local Bankruptcy Rule 1007-2(a)(3), there has been no prepetition committee of creditors formed in these chapter 11 cases.

17.    In accordance with Local Bankruptcy Rule 1007-2(a)(4), a list will be filed simultaneously herewith containing the names, addresses, and, where available, telephone and facsimile numbers of the non-insider creditors holding the twenty (20) largest unsecured claims against the Debtors.

18.    In accordance with Local Bankruptcy Rule 1007-2(a)(5), the names, addresses, and, where available, telephone and facsimile numbers of the creditors holding the five (5) largest secured claims against the Debtor are as follows:

| Creditor | Address | Phone | Claim Amount |
|---|---|---|---|
| Greenle Partners LLC Series Alpha P.S., as Collateral Agent for the Lenders | 156 West Saddle River Road, Saddle River, NJ 07458 | (917) 604-3003 | $15.6 million |

19.    To the best of my knowledge, none of the Debtors' property is in the possession or control of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

20.    In accordance with Local Bankruptcy Rule 1007-2(a)(10): the location of the Debtors' substantial assets is New York, New York (see *supra* for the location of the Debtors' four

hotels), the location of the Debtors books and records is 71 West 35th Street, New York, New York 10001, and the value of any assets held by the Debtors outside the territorial limits of the United States is zero.

21.     In accordance with Local Bankruptcy Rule 1007-2(a)(11), affiant hereby represents that as of the date hereof the litigation matters listed on appendix A are currently pending against one or more of the Debtors.

22.     In accordance with Local Bankruptcy Rule 1007-2(a)(12), the following provides some detail regarding the Company's senior management.

- **Michael James, Chief Financial Officer**. Appointed as CFO on June 3, 2024. Mr. James initially joined the Company in February 2024 as Senior Vice President and Controller. As for his experience, Mr. James is one of the founders of Edible Garden AG Incorporated, a controlled environmental agriculture company. From Edible Garden's inception in March 2020 until January 2024, Mr. James served as its Chief Financial Officer and a director. Since March 2007, Mr. James has served on the board of directors of Guided Therapeutics, Inc., a medical technology company. As a director for Guided Therapeutics, Inc., Mr. James serves as chairman, audit committee chair and as a member of the compensation committee. Mr. James began his career in 1980 as a staff accountant with EisnerAmper, LLP. Mr. James is a retired CPA. Mr. James received a BS in Accounting from Fairleigh Dickinson University.[1]  As CFO, Mr. James's primary responsibilities include strategic planning, financial analysis and planning, cash flow management, risk management, and regulatory compliance.

---

[1]  Additional information regarding Mr. James's experience may be found in the Form 8-K available here: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001893311/000182912624003991/luxurban_8k.htm.

The Debtors intend to continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

23.     In accordance with Local Bankruptcy Rule 1007-2(b)(1), affiant hereby represents that as of the date hereof the estimated amount of the payroll to employees of the Debtors (exclusive of officers, directors and stockholders) for the 30-day period following the commencement of the Debtors' chapter 11 case is $1,095,000.

24.     In accordance with Local Bankruptcy Rule 1007-2(b)(2)(A), affiant hereby represents that as of the date hereof the amounts to be paid to the Debtors' officers, directors, and stockholders for services for the 30-day period following the commencement of the Debtors' chapter 11 cases is $72,300.

25.     In accordance with Local Bankruptcy Rule 1007-2(b)(3), affiant hereby represents that as of the date hereof the estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, for the 30-day period following the commencement of the Debtors' chapter 11 cases are receipts of $3,826,000 and disbursements of $4,086,000.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  New York, New York
        September 14, 2025

*Michael James*

_____
Michael James, Chief Financial Officer

8

| CASE NAME | DOCKET NO. | JURISDICTION | DATE FILED |
|---|---|---|---|
| **CALIFORNIA STATE CASES** | | | |
| 819 S. FLOWER, LP, v. LUXURBAN RE HOLDINGS, LLC | 24STCV07059 | Los Angeles Superior Court | 3/20/2024 |
| 819 S. FLOWER, LP, v. LUXURBAN RE HOLDINGS, LLC | 23STCV30524 | Los Angeles Superior Court | 12/13/2023 |
| 819 S. FLOWER, LP, v. LUXURBAN RE HOLDINGS, LLC, ET AL. | 23STCV25014 | Los Angeles Superior Court | 10/13/2023 |
| KRISTINE BALDWIN v. LUXURBAN HOTELS, INC., | 23STCV18003 | Los Angeles Superior Court | 7/31/2023 |
| ZACHARY BOWERS v. LUXURBAN HOTELS, INC. | 23STCV18071 | Los Angeles Superior Court | 7/31/2023 |
| DUSTIN PEARSON v. LUXURBAN HOTELS, INC., | 23STCV18076 | Los Angeles Superior Court | 7/31/2023 |
| PAYLEASE, LLC v. CORPHOUSING LLC | 37-2023-00028529-CU-BC-NC | San Diego Superior Court, North County | 7/6/2023 |
| ZIA AHMED, VS O HOTEL MANAGEMENT, INC. | 22STCV19884 | Los Angeles Superior Court | 6/17/2022 |
| **DISTRICT OF COLUMBIA CASES** | | | |
| HD Supply Facilities Maintenance Ltd v. Luxurban Hotels Inc | 2025 CAB 003737 | District of Columbia Superior Court | 6/11/2025 |
| Vig K, LLC v. LuxUrban Hotels, Inc. | 2024 CAB 004807 | District of Columbia Superior Court | 7/31/2024 |
| Vig K, LLC v. Brian Ferdiand, et al. | 2023 LTB 009191 | District of Columbia Superior Court | 9/14/2023 |
| 28th Street, LLC v. LuxUrban Hotels, Inc. | 2023 LTB 004529 | District of Columbia Superior Court | 5/2/2023 |
| 28th Street, LLC v. LuxUrban Hotels, Inc. | 2023 LTB 003691 | District of Columbia Superior Court | 4/11/2023 |
| ABDO 14TH STREET LLC v. CORPHOUSING LLC | 2022-LTB-002618 | District of Columbia Superior Court | 5/19/2022 |
| MASS HOUSE, LLC v. CORPHOUSING LLC, et al. | 2022 CA 001603 | District of Columbia Superior Court | 4/11/2022 |
| MASS HOUSE, LLC v. CORPHOUSING LLC, et al. | 2022 CA 001569 | District of Columbia Superior Court | 4/11/2022 |
| MASS HOUSE, LLC v. CORPHOUSING LLC, et al. | 2022 CA 000901 | District of Columbia Superior Court | 2/28/2022 |
| **FLORIDA STATE CASES** | | | |
| EULER HERMES NORTH AMERICA INSURANCE CO. v. LUXURBAN HOTELS, INC. | 2025-004323-CA-01 | Eleventh Judicial Circuit of Florida | 3/12/2025 |

| CASE NAME | DOCKET NO. | JURISDICTION | DATE FILED |
|---|---|---|---|
| CENTRI BUSINESS CONSULTING LLC v. LUXURBAN HOTELS INC | 2025-004297-CC-23 | Eleventh Judicial Circuit of Florida | 1/7/2025 |
| BRUCE E. LOREN, P.A. v. LUXURBAN HOTELS INC | 50-2024-CC-016294-XXXA-NB | Florida Circuit & County Court, Palm Beach County | 10/29/2024 |
| DIAMOND SHINE GROUP LLC v. LUXURBAN HOTELS INC, ET AL. | 2024-015490-CA-01 | Florida Circuit & County Court, Palm Beach County | 8/16/2024 |
| JUSTIN MILTON BENORE v. DAVID HOTEL INVESTMENT LLC (Luxurban is 3rd-Party Defendant) | 2024-012680-CA-01 | Eleventh Judicial Circuit of Florida | 7/9/2024 |
| BI 44 LLC v. LUXURBAN HOTELS INC., ET AL. | 2024-010267-CA-01 | Eleventh Judicial Circuit of Florida | 6/4/2024 |
| 1238 COLLINS AVENUE CORP., ET AL. . v. LUXURBAN HOTELS INC. | 2024-002471-CA-01 | Eleventh Judicial Circuit of Florida | 2/9/2024 |
| VICTORY INVESTMENTS GROUP LLC v. CORPHOUSING GROUP INC., ET AL. | 2023-028075-CA-01 | Eleventh Judicial Circuit of Florida | 12/12/2023 |
| **MASSACHUSETTS STATE CASES** | | | |
| Fourteen Sixteen Derne, LLC v. Luxurban Hotels Inc. | 2384CV02446 | Massachusetts Superior Court, Suffolk County | 10/27/2023 |
| **NEW JERSEY STATE CASES** | | | |
| Dunn Lambert, L.L.C. v. Brian Ferdinand | BER-L-004718-25 | Bergen County Superior Court | 7/16/2025 |
| Wyndham Hotel Group, LLC v. Luxurban Hotels Inc | L000977-24 | Morris County Superior Court | 5/16/2024 |
| TD BANK, N.A. v. SOBENY PARTNERS LLC | L00294624 | Essex County Superior Court | 4/30/2024 |
| TRACO INDUSTRIAL CORP. v. WYNDHAM HOTEL GROUP LLC, et al. | BER-DC-001799-24 | Bergen County Superior Court, Special Civil Part | 1/30/2024 |
| **NEW YORK STATE CASES** | | | |
| Secure Capital, LLC v. Lux Urban Hotels Inc., Brian Ferdiand, CorpHousing LLC, CorpHousing Group Inc., Sobeny Partners LLC | 530301/2025 | Kings County Supreme Court | 9/3/2025 |

| CASE NAME | DOCKET NO. | JURISDICTION | DATE FILED |
|---|---|---|---|
| St. Giles Hotel, LLC. v. LuxUrban Re Holdings LLC f/k/a CorpHousing Group Inc., LuxUrban Hotels, Inc., et al. | LT-314870-25/NY | New York County Civil Court - Landlord and Tenant Division | 9/2/2025 |
| Aareal Capital Corporation v. 960 Associates, LLC, Corphousing Group. Inc. d/b/a Luxurban Hotels Inc., et al | 805379/2025 | New York County Supreme Court | 8/25/2025 |
| 123 Washington LLC v. CorpHousing Group Inc. n/k/a LuxUrban Hotels Inc., LuxUrban Re Holdings LLC, | 655078/2025 | New York County Supreme Court | 8/25/2025 |
| Staffing Group Holdings, LLC v. LuxUrban Hotels, Inc. | 654934/2025 | New York County Supreme Court | 8/19/2025 |
| Frontline Funding, LLC v. LuxUrban Hotels, Inc. | 654822/2025 | New York County Supreme Court | 8/13/2025 |
| Mave Hotel Investors LLC d/b/a 27 Hotel Property v. Luxurban Re Holdings LLC | LT-312577-25/NY | New York County Civil Court - Landlord and Tenant Division | 7/23/2025 |

| CASE NAME | DOCKET NO. | JURISDICTION | DATE FILED |
|---|---|---|---|
| ALPHA EQUITY FUND v. LUXURBAN HOTELS INC DBA, et al. | 034020/2025 | Rockland County Supreme Court | 6/23/2025 |
| 123 WASHINGTON LLC v. BRIAN FERDINAND | 616027/2025 | Nassau County Supreme Court | 7/24/2025 |
| Nuvei Technologies Inc. v. Brian L. Ferdinand | 612739/2025 | Nassau County Supreme Court | 6/13/2025 |
| SCHRIPPS BAKING, LLC v. HOTEL 57 SERVICES, LLC, et al. | 653435/2025 | New York County Supreme Court | 6/5/2025 |
| MAGDALENA CORDERO v. 123 WASHINGTON, LLC, et al. | 156443/2025 | New York County Supreme Court | 5/16/2025 |
| DETAIL RENOVATIONS, INC. v. BRANDON ELSTER, et al. | 652556/2025 | New York County Supreme Court | 4/24/2025 |
| CITY OF NEW YORK v. LUXURBAN HOTELS INC. | 451392/2025 | New York County Supreme Court | 4/21/2025 |
| TUSCANY LEGACY LEASING LLC v. LUXURBAN RE HOLDINGS LLC f/k/a CORPHOUSING GROUP INC., et al. | 651525/2025 | New York County Supreme Court | 3/19/2025 |
| HD SUPPLY FACILITIES MAINTENANCE, LTD. v. LUXURBAN HOTELS, INC. d/b/a HOTEL 57 BY LUXURBAN | 651387/2025 | New York County Supreme Court | 3/12/2025 |
| HWOOD APARTMENTS, LLC, et al. v. LUXURBAN HOTELS, INC. | 153945/2025 | New York County Supreme Court | 2/17/2025 |
| ASGM HOLDINGS LLC v. LUXURBAN RE HOLDINGS, LLC | 650877/2025 | New York County Supreme Court | 2/13/2025 |
| LUXURBAN RE HOLDINGS LLC v. HANYC FOUNDATION, INC., et al. | 650322/2025 | New York County Supreme Court | 1/29/2025 |
| ACCESS MGMT GROUP PARTNERS LLC v. LUXURBAN RE HOLDINGS LLC | 650050/2025 | New York County Supreme Court | 1/2/2025 |
| 960 ASSOCIATES LLC v. CORPHOUSING GROUP, INC., et al. | LT-322870-24/NY | New York County Civil Court | 12/31/2024 |
| Mave Hotel Investors LLC, d/b/a 27 Hotel Property v. Brian Ferdinand | 659854/2024 | New York County Supreme Court | 12/26/2024 |
| EIGHTH AVENUE SKY, LLC v. LUXURBAN HOTELS INC., et al. | 655853/2024 | New York County Supreme Court | 11/5/2024 |

| CASE NAME | DOCKET NO. | JURISDICTION | DATE FILED |
|---|---|---|---|
| David Gurfein v. LuxUrban Hotels Inc., et al. | 655580/2024 | New York County Supreme Court | 10/22/2024 |
| W FINANCIAL REIT, LTD., v. KEY HOTELS, LLC, et al. | 850190/2024 | New York County Supreme Court | 6/4/2024 |
| Helen Swartz, et al. v. Sol Goldman Investments, LLC, et al. | 652842/2024 | New York County Supreme Court | 5/24/2024 |
| INFINITY-XERXES 1464 LLC v. CORPHOUSING LLC, et al. | 652455/2024 | New York County Supreme Court | 5/13/2024 |
| Tri-State Linen, Inc. v. Luxurban Hotels, Inc., et al. | 032729/2024 | Rockland County Supreme Court | 5/15/2024 |
| **WASHINGTON STATE CASES** | | | |
| DIMENSION SEATTLE v. CORPHOUSING, LLC | 22-2-11043-1 | Washington Superior Court, King County | 7/15/2022 |
| DIMENSION SEATTLE v. CORPHOUSING, LLC | 22-2-11040-6 | Washington Superior Court, King County | 7/15/2022 |
| DIMENSION SEATTLE v. CORPHOUSING, LLC | 22-2-11042-2 | Washington Superior Court, King County | 7/15/2022 |
| DIMENSION SEATTLE v. CORPHOUSING, LLC | 22-2-11039-2 | Washington Superior Court, King County | 7/15/2022 |
| **FEDERAL CASES** | | | |
| Trustees of the New York Hotel Trades Council, etc.  v. Luxurban Re Holdings LLC | 25-cv-05988 | SDNY | 7/22/2025 |
| Trustees of the New York Hotel Trades Council, etc.  v. Luxurban Hotels, Inc. | 25-cv-05900 | SDNY | 7/18/2025 |
| Trustees of the New York Hotel Trades Council, etc.  v. Luxurban Hotels, LLC, et al. | 25-cv-03153 | SDNY | 4/16/2025 |
| Cosyns v. Ferdinand, et al. | 25-cv-02524 | SDNY | 3/27/2025 |
| Trustees of the New York Hotel Trades Council, etc.  v. Luxurban Hotels, Inc. | 25-cv-01701 | SDNY | 2/27/2025 |
| Corporate Rentals LLC v. LuxUrban Hotels, Inc. | 24-mc-00614 | D. Del. | 12/13/2024 |

| CASE NAME | DOCKET NO. | JURISDICTION | DATE FILED |
|---|---|---|---|
| New York Hotel and Gaming Trades Council, AFL-CIO v. 123 Washington LLC, et al. | 24-cv-07213 | SDNY | 9/24/2024 |
| New York Hotel and Gaming Trades Council, AFL-CIO v. Luxurban Hotels, Inc. | 24-cv-06583-LGS | SDNY | 8/30/2024 |
| Trustees of the New York Hotel Trades Council, et al. v. LuxUrban Re Holdings LLC | 24-cv-05679 | SDNY | 7/26/2024 |
| Trustees of the New York Hotel Trades Council, etc. v. LuxUrban Re Holdings LLC | 24-cv-05631 | SDNY | 7/25/2024 |
| Trustees of the New York Hotel Trades Council, etc. v. Luxurban Hotels Inc. | 24-cv-05588 | SDNY | 7/24/2024 |
| Trustees of the New York Hotel Trades Council, etc. v. LuxUrban Re Holdings LLC, et al. | 24-cv-05486 | SDNY | 7/19/2024 |
| Trustees of the New York Hotel Trades Council, et al. v. Luxurban Hotels, Inc. | 24-cv-05441 | SDNY | 7/18/2024 |
| Trustees of New York Hotel Trades Council, et al. v. Luxurban Hotels Inc., et al. | 24-cv-05361 | SDNY | 7/16/2024 |
| Mikolashek vs. Luxurban Hotels, Inc. | 24-cv-01188 | SDNY | 7/8/2024 |
| Joseph Gunnar & Co. LLC v. Luxurban Hotels, Inc. | 24-cv-04563 | SDNY | 6/14/2024 |
| ARASTEH v. LUXURBAN HOTELS INC., et al. | 24-cv-21990 | S.D. Fla. | 5/23/2024 |
| CORPORATE RENTALS LLC v. LUXURBAN HOTELS, INC. | 24-cv-01448 | D.D.C. | 5/16/2024 |
| ZCAP EQUITY FUND LLC & ROSS MARCHETTA v. LuxUrban Hotels Inc., et al. | 24-cv-01030 | SDNY | 2/12/2024 |
| Hepburn v. Luxurban Hotels, Inc. | 23-cv-24380 | S.D. Fla. | 11/15/2023 |
| Brown v. Luxurban Hotels, Inc. | 23-cv-01071 | E.D. Va. | 8/14/2023 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | LuxUrban Hotels Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alba Fuel Corp 2135 Williamsbridge Road Bronx, NY 10461 | | | Disputed | | | $120,524.25 |
| Alpha Equity Fund c/o Ariel Bouskila, Esq. Berkovitch & Bouskila, PLLC 1545 U.S. 202, Suite 101 Pomona, NY 10970 | | | Disputed | | | $252,448.00 |
| Brandon Elster c/o 71 West 35th Street New York, NY 10001 | | | | | | $400,850.00 |
| Breezeline 10785 Marks Way Hollywood, FL 33025 | | | Disputed | | | $106,500.70 |
| Commercial Laundries 8510 NW 56 STREET Miami, FL 33166 | | | Disputed | | | $1,014,880.21 |
| Coned Steam 4 Irving place, New York, NY 10003 | | | Disputed | | | $2,746,541.09 |
| David Gurfein ALEXANDER ROBERT KLEIN Barket Epstein Kearon Aldea & LoTurco, LLP 666 Old Country Rd., Ste 700 Garden City, NY 11530 | | | Disputed | | | $230,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | | Case number *(if known)* | |
|--------|----------------------|--|---------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Degmor 1?? 12th?Street Brooklyn, NY 11215 | | | Disputed | | | $135,414.60 |
| DGA Security 429 West 53rd Street New York, NY 10019 | | | Disputed | | | $169,567.88 |
| Energy IQ Group 6670 East Rogers Circle Boca Raton, FL 33487 | | | Disputed | | | $107,175.11 |
| Green Earth Beverage Systems 6453 W Rogers Cir Ste S7 Boca Raton, FL 33487 | | | Disputed | | | $136,860.34 |
| Harvard Maintenance 201 S. Biscayne Blvd. 24th?Floor Miami, FL 33131 | | | Disputed | | | $221,939.09 |
| Hwood Apartments,LLC ALANA YAKOVLEV Law Offices of Alana Yakovlev 2801 Greene Street #9 Hollywood, FL 33020 | | | Disputed | | | $318,000.00 |
| Jepol 60-80 60th?Lane Maspeth, NY 11378 | | | Disputed | | | $196,025.75 |
| LM Media Worldwide 208 Lenox Avenue, Suite #219 Westfield, NJ 07090 | | | Disputed | | | $136,093.75 |
| MIAMI-DADE COUNTY TAX COLLECTOR 200 NW 2 AVENUE Miami, FL 33128 | | | Disputed | | | $94,468.37 |
| Simon Industries 23-41 BORDEN AVENUE Long Island City, NY 11101 | | | Disputed | | | $137,513.67 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  LuxUrban Hotels Inc.

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| THE CITY OF NEW YORK New York City Mayor's Office of Special Enforcement ARON M ZIMMERMAN 22 Reade Street 4th Floor New York, NY 10007 | | | Disputed | | | $1,228,997.26 |
| Tikva Security 163 Boulevard, Passaic, NJ 07055 | | | Disputed | | | $119,473.50 |
| TUSCANY LEGACY LEASING LLC AMANDA LAUREN KATZ ROSENBERG & ESTIS 733 3rd Ave New York, NY 10017 | | | Disputed | | | $14,286,307.08 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    LuxUrban Hotels Inc.                              Case No. _____

                                           Debtor(s)       Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Office of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 14, 2025 _____          /s/ Michael James _____

                                              Michael James/Chief Financial Office
                                              Signer/Title

1 Life Fire Safety
PO Box 8299 L
Long Island City, NY 11101


123 WASHINGTON LLC
c/o DANIEL LEVINAS
MOULINOS & LEVINAS PLLC
New York, NY 10155


960 Associates LLC
71 West 35th Street
New York, NY 10018


A-Z Fire Alarm Inc.
300 South Park, Ste. 140
Hollywood, FL 33021


A&A Air Conditioning
161 Coverly Ave
Staten Island, NY 10301


A+ Fire Control
18 AVENUE F
Brooklyn, NY 11218


A1 Elevator Service
1500 Mehle Street
Arabi, LA 70032


AA Pipe Repair
2959 Paine St
Bronx, NY 10461


ABC Tank Repair and Lining
280 East 88th Street
Brooklyn, NY 11236


Action Carting Environmental Services
920 East 132nd Street
Bronx, NY 10454


Active Cooling and Heating
60-31 60TH CT
Maspeth, NY 11378


Active Security and Lock Inc
649 2nd avenue
New York, NY 10016


Active Security Systems
649 2nd Ave Suite 1A
New York, NY 10016


ADCO Security & Lock
41 W 35th St
New York, NY 10001

ADK Water Solutions
163-33 96th Street,
Howard Beach, NY 11414

Admire Landscaping and Lawn Care
9805 Foster Ave
Brooklyn, NY 11236

Advanced City Electric
57 Reade St., Suite 4D
New York, NY 10007

Agoda
30 Cecil Street, #19-08 Prudential Tower

Alba Fuel Corp
2135 Williamsbridge Road
Bronx, NY 10461

Alexander Blutinger
45 Park Avenue
Apt 1204
New York, NY 10016

Alfred
130 West 25th St. Suite 4C
New York, NY 10001

Allbridge
2710 Wycliff Road
Raleigh, NC 27607

Alltech Business Solutions
762 Fairfield Ave
Kenilworth, NJ 07033

Alpha Equity Fund
c/o Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC 1545 U.S. 20
Pomona, NY 10970

ALRAC ESCALATOR AND ELEVATOR
406 5th Ave SUITE265
Brooklyn, NY 11215

America Supply Company
1360 Clifton Avenue Suite 252
Clifton, NJ 07012

American Pipe and Tank
11-42 46th Road
Long Island City, NY 11101

Andrea Romanello Ferdinand
6 Dogwood Hill
Glen Head, NY 11545

AnswerConnect
1033 Southeast Main Court, 5,
Portland, OR 97214

AP HVAC
6509 Fresh Pond Rd
Ridgewood, NY 11385

Approved Fire & Security
5014-16th Ave Suite 48
Brooklyn, NY 11219

Ascot Travel Services
450 7th Avenue, Suite 2401
New York, NY 10123

Astound
1133 Avenue of the Americas
New York, NY 10036

AT&T
208 S Akard St
Dallas, TX 75202

Avenue C Vending
need info

Bai Connect
15301 Ventura Blvd.
Suite D-220
Sherman Oaks, CA 91403

Ballard Rosenberg Golper & Savitt, LLP
15760 Ventura Blvd
18th Floor
Encino, CA 91436

Banay Consultants LLC
144-02 Jewel Ave Suite #3
Flushing, NY 11367

Baron Promotions & Marketing
6600 NW 16th Street suite 8
Fort Lauderdale, FL 33313

Benecom Technologies
P.O. Box 1279 Chalmette
Chalmette, LA 70044

Best Air Solutions
2555 NW 102 Ave., Suite 104
Miami, FL 33172

Best System Sales
18-20 130th Street College Point,
College Point, NY 11356

Blandon CPA
13055 SW 42nd Street Suite 106
Miami, FL 33175


Bloomy Rose Flowers
311 Sand Ln
Staten Island, NY 10305


Blue Star Linen
6780 NW 37th Ct.
Miami, FL 33147


Blythe Global
19800 MacArthur Blvd Suite 300
Irvine, CA 92612


Booking.com
Oosterdokskade 163 1011 DL Amsterdam Net


Brandon Elster
c/o 71 West 35th Street
New York, NY 10001


Breezeline
10785 Marks Way
Hollywood, FL 33025


Bright Clean and Company
11900 Biscayne Blvd. Suite 604
Miami, FL 33181


Briscoe Protective/Kirschenbaum & Kirsch
200 Garden City Plaza
Garden City, NY 11530


Brooklyn Elevator Inc.
16 Shenandoah Ave
Staten Island, NY 10314


Brophy Brothers
15 Harrison Avenue
Yonkers, NY 10705


Bunker360
5727 NW 7th St. Ste 320
Miami, FL 33126


Burlett Refrigeration
P.O. BOX 7277
Slidell, LA 70469


Caitlin Hepburn
c/o Tamra Carsten Givens
Shavitz Law Group, P.A. 951 Yamato Road
Boca Raton, FL 33431

Calamus Enterprises
302 Lawrence Dr,
Rockville, MD 20850


Canary Technologies Corp.
P.O. Box 103849
Pasadena, CA 91189


Canon Financial Services
14904 COLLECTIONS CENTER DRIVE
Chicago, IL 60693


Casa Laundromat
7320 Richmond Hwy
Alexandria, VA 22306


Catherine Carlin
825 Childs Avenue
Drexel Hill, PA 19026


Celino's Landscaping Designs
3325 SW 127th Ave
Miami, FL 33175


Chargeback Help
7360 El Camino Real Suite A
Atascadero, CA 93422


Cheney Brothers
2061 Martin Luther King Jr Blvd Suite 20
West Palm Beach, FL 33404


ChillCo
30042 North Dixie Ranch Road
Lacombe, LA 70445


Christopher Carlin
44 Jackson Avenue
Chatham, NJ 07928


Cigna
2000 S. Colorado Blvd, Tower 3, Floor 12
Denver, CO 80222


Cintas
546 Green Lane
Union, NJ 07083


Citran Cooperman
50 Rockefeller Plaza
New York, NY 10020


City of Miami
1700 Convention Center Drive 3rd Flr
Miami Beach, FL 33139

City of Miami Beach water
1700 Convention Center Drive 3rd Flr ,
Miami Beach, FL 33139


Citywide Fire Sprinkler
31-70 College Point Blvd
Flushing, NY 11354


Clear Connection/NCS Credit
11850 Baltimore Ave, Suite A
Beltsville, MD 20705


Cloud 5
PO Box 772475
Detroit, MI 48277


Coastal Fire Protection
200 L and A Road, Suite B
Metairie, LA 70001


Cogent Waste Solutions/RHK
Recovery Group
58-35 47th Street
Maspeth, NY 11378


Comcast Business
1701 JFK Blvd.,
Philadelphia, PA 19103


Commercial Laundries
8510 NW 56 STREET
Miami, FL 33166


Coned Steam
4 Irving place,
New York, NY 10003


ConEdison
390 West Route 59
Spring Valley, NY 10977


Continental Elevator
4209 Verdant Street
Los Angeles, CA 90039


Continental Stock Transfer & Trust Co.
1 State Street
New York, NY 10004


Corporate Rentals
8840 Greenwood Place Suite A
Savage, MD 20763


Corporate Rentals LLC
check for address

Corporation Counsel of the City of NY
100 Church Street
New York, NY 10007

Corporation Service Company
Corporate Center, 100 Princeton South
Trenton, NJ 08628

Costar Group
1331 L Street,
Washington, DC 20005

Croker Fire Drill
235 Brooksite Drive
Hauppauge, NY 11788

Crown Castle
PO Box 28730
New York, NY 10087

CTS Systems
11700 Atlantis PL, Suite D7
Alpharetta, GA 30022

Daikin/Commercial
Collection Group of NY
13600 Industrial Park Blvd
Minneapolis, MN 55441

David Gurfein
ALEXANDER ROBERT KLEIN
Barket Epstein Kearon Aldea & LoTurco, L
Garden City, NY 11530

Davis & Gilbert LLP
1675 Broadway
New York, NY 10019

Day Pitney
360 South Rosemary Avenue, Suite 1605
West Palm Beach, FL 33401

DC Water
1385 Canal Street SE
Washington, DC 20003

DEB Systems
297 Second Ave
Saint James, NY 11780

Degmor
1  12th Street
Brooklyn, NY 11215

DeltaWash Lehigh Valley, LLC
PO Box 3795
Easton, PA 18043


DETAIL RENOVATIONS, INC.
c/o JOHN BENJAMIN SIMONI
GOETZ PLATZER, LLP 1 Penn Plaza, Suite 3
New York, NY 10119


DGA Security
429 West 53rd Street
New York, NY 10019


Diamond Shine
6742 Forest Hill Blvd #379
West Palm Beach, FL 33413


Diamond Trading Pro UK LLP
3 Horton Place
London, United Kingdom W8 4LZ


Direct TV
PO BOX 5006
Carol Stream, IL 60197


Diversity Inc
need address


Dormakaba
105 blvd Marcel-Laurin Montréal, Quebec,


DPG 2002 Irrevocable IG Trust
3625 S Town Center Drive
Suite 100
Las Vegas, NV 89135


Eagle Plumbing


Ecolab
PO Box 32027
New York, NY 10087


Edge Linen Serivce
2040 Edwin Ave
Fort Lee, NJ 07024


Edward J. Borkowski
SEP IRA
527 North Mallory Circle
Delray Beach, FL 33483


Eisner Advisory Group LLC
733 3rd Avenue
New York, NY 10017

Elan & Eva Blutinger
2927 44th Street NW
Washington, DC 20016

Elizabeth Brown
c/o Gregg Cohen Greenberg
Zipin, Amster & Greenberg, LLC. (NA/MD)
Silver Spring, MD 20910

Empire Electric
2200 SW 67th Ave
Miami, FL 33155

Empire Filings
99 WALL STREET SUITE 624
New York, NY 10005

Empire Fire
2200 SW 67th Ave
Miami, FL 33155

Energy IQ Group
6670 East Rogers Circle
Boca Raton, FL 33487

Enseo
2201 10th Street
Plano, TX 75074

Entergy Tower
639 Loyola Avenue
New Orleans, LA 70113

Event Temple
PO BOX : 28053 Vancouver, British Columb

Expansive
318 West Adams Street
Chicago, IL 60606

Expedia
1111 Expedia Group Way W
Seattle, WA 98119

Ferdinand Family Trust LLC
4746 Carlton Golf Drive
Lake Worth, FL 33449

Filco Carting
161 MCKINLEY STREET
Closter, NJ 07624

Fire Technology Services
41-20 39th Street, Suite 30
Sunnyside, NY 11104

First Response Exterminating
245 Hooker Place
Staten Island, NY 10303


Five Boro Fuel Oil LTD.
1878 VICTORY BOULEVARD
Staten Island, NY 10314


FLYR
Silverstream House, 45 Fitzroy Street, L


Front Desk Supply
3830 Valley Centre Drive, Suite 705,
San Diego, CA 92130


Frontline Funding, LLC
c/o ZACHARY JAMES THOMAS TURQUAND
Mintz and Gold LLP
New York, NY 10016


G&B Law LLP
16000 VENTURA BOULEVARD
SUITE1000
Encino, CA 91436


Google
1600 Amphitheatre Parkway,
Mountain View, CA 94043


Gotham Cleaners
377 Valley Road
Clifton, NJ 07013


Goudy Park Capital LP
249 Queens Lane
Palm Beach, FL 33480


Grassi & Co.
50 Jericho Quadrangle, Suite 200
Jericho, NY 11753


Graubard | Hunton | Morvillo
405 Lexington Avenue - 11th Floor
New York, NY 10174


Gray Matter Networks
228 East Route 59, Suite 146
Nanuet, NY 10954


Green Earth Beverage Systems
6453 W Rogers Cir Ste S7
Boca Raton, FL 33487


Greenle Partners LLC Series Alpha PS
156 W Saddle River Road
Saddle River, NJ 07458

Guest Supply
PO Box 6771
Somerset, NJ 08875


Harvard Maintenance
201 S. Biscayne Blvd. 24th Floor
Miami, FL 33131


HD Supply Company/ABC Amega
500 Seneca Street, Suite 503
Buffalo, NY 14204


HD SUPPLY FACILITIES MAINTENANCE, LTD.
Taroff & Taitz GREGORY JAMES IPPOLITO
630 Johnson Ave. Suite 105
Bohemia, NY 11716


Helms Briscoe Performance Group
P.O. Box 208976
75320


HopSkip/Leviton Law Firm
533 E Girard Ave, Suite 27053
Philadelphia, PA 19125


HOTEL ASSOCIATION OF NEW YORK CITY, INC.
34 East 51st Street, 8th Floor
New York, NY 10022


Hotel Web Strategies LLC
1320 Twin Knoll Drive
Plano, TX 75094


HotelRez
Newark Beacon, Cafferata Way, Newark, No


Hwood Apartments,LLC
ALANA YAKOVLEV
Law Offices of Alana Yakovlev 2801 Green
Hollywood, FL 33020


Hydr8
329 38th St 2nd Fl
Brooklyn, NY 11232


Improcom, Inc - NY
1803 Gravesend Neck Road
Brooklyn, NY 11229


InComm Conferencing
208 HARRISTOWN ROAD
Glen Rock, NJ 07452


Insparisk
6143 186th St
Fresh Meadows, NY 11365

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Ionic Ventures LLC
3053 Fillmore Street
Suite 256
San Francisco, CA 94123


IPFS Corporation
3522 THOMASVILLE RD STE 400
Glen Rock, NJ 07452


Islandaire
500 Middle Country Road
Saint James, NY 11780


Isseks Bros Inc
298 Broome Street
New York, NY 10022


IV Waste
730 South Pierce
New Orleans, LA 70119


Jack Jaffa & Associates
147 Prince Street
Brooklyn, NY 11201


Jacques Edwin
NEED ADDRESS


Janice Pack
THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz 2121 Avenue of the Stars,
Los Angeles, CA 90067


JB Pest Control/JB McHale
Pest Management
POB 140178
Staten Island, NY 10314


Jepol
60-80 60th Lane
Maspeth, NY 11378


Johnson Controls/
MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
380 North St
Teterboro, NJ 07608


Jonathan Old
388 Brushy Ridge Road
New Canaan, CT 06840

Jotform Inc.
4 Embarcadero Center, Suite 780,
San Francisco, CA 94111


Juan Medina
need address


Kalibri Labs
10221 River Rd. Unit #59655
Potomac, MD 20859


LDI Connect
50 Jericho Quadrangle
Jericho, NY 11753


Lerch Bates
1430 Broadway, Suite 203
New York, NY 10018


Lighthouse Intelligence
PO Box 103438
Pasadena, CA 91189


Live Smart Ai LLC
16 Beach Drive
Huntington, NY 11743


LM Media Worldwide
208 Lenox Avenue, Suite #219
Westfield, NJ 07090


Long Island Mechanical
4940 Merrick Road
Massapequa Park, NY 11762


Mackenzie Door Company
4900 West Side Ave
North Bergen, NJ 07047


Mako Fire
13063 SW 133rd CT
Miami, FL 33186


Malone Bailey
10370 Richmond Avenue, Suite 600
Houston, TX 77042


Mary GH Old Grandchildren's Trust
388 Brushy Ridge Road
New Canaan, CT 06840


Matt Markowitz Design Group
10 East 23rd Street Suite 510
New York, NY 10010

Mesalain
37 Driftwood Blvd.
Kenner, LA 70065

Metro Group/Atwell Curtis & Brooks Ltd.
50-23 23rd St,
Long Island City, NY 11101

Meyers Saxon and Cole
3620 Quentin Road,
Brooklyn, NY 11234

MIAMI-DADE COUNTY TAX COLLECTOR
200 NW 2 AVENUE
Miami, FL 33128

Michael James
51 Gloria Drive
Allendale, NJ 07401

Morvillo Abramowitz Grand Iason & Anello
565 Fifth Avenue
New York, NY 10017

MS Shift, Inc.
One World Trade Center, Suite 49A
New York, NY 10007

My Device
7031 Koll Center Parkway, Suite 120
Moraga, CA 94556

Nasdaq
151 W 42nd Street
New York, NY 10036

National Grid
2 Hanson Place
Brooklyn, NY 11217

Netvoix
2700 Glades Circle Suite 151
Fort Lauderdale, FL 33327

Novian & Novian
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

NY Fire Consultants, Inc.
481 Eighth Avenue, Suite 618
New York, NY 10001

NYC Dept of Tax and Finance
66 John St
New York, NY 10038

NYC IT Works
67 Anderson Ave
Englewood Cliffs, NJ 07632

NYC-CTIS
320 Adolphus Ave Apt 1115
Cliffside Park, NJ 07010

NYS Attorney general's Office
28 Liberty Street
New York, NY 10005

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

O Hotel Suppliers
need address

OATH
66 John Street, 10th Floor
New York, NY 10038

Office for US Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530

Office of the Impartial
131 Livingston St.
Brooklyn, NY 11201

Old Family Grandchildren's Trust
388 Brushy Ridge Road
Joint Base MDL, NJ 08640

Old Family Trust FBO Elizabeth Ker
388 Brushy Ridge Road
New Canaan, CT 06840

Old Family Trust FBO Jonathan W Old III
388 Brushy Ridge Road
New Canaan, CT 06840

On Hold Marketing and Communications
P.O. Box 4797
Cary, NC 27519

One Fire Services
8 Prosperity Dr
Suffern, NY 10901

Oracle America
PO Box 203448
Dallas, TX 75320

PAR
60 N Prospect Ave
Lynbrook, NY 11563

Passionate Produce
210 Himrod St, Apt. 2L
Brooklyn, NY 11237

Patrick McNamee
4871 Oxford Dr
Sarasota, FL 34242

Pepco
PO BOX 13608
Philadelphia, PA 19101

Phillip J. Kellett LLC
P.O. Box 864
Cranford, NJ 07016

Power Drain Rooter
P. O. Box 190792
Brooklyn, NY 11219

Premier Source
P.O. Box 10175
New Orleans, LA 70181

Premium Pest Control
P.O. Box 1261
Linden, NJ 07036

Prime Linen
8012 NW 90TH ST
Miami, FL 33166

Pro Pump
707 Woodfield Road,
West Hempstead, NY 11552

Promise Hospitality
60 S 8th St, Apt 901,
Brooklyn, NY 11249

Puro Sentido
401 NW 51st Street,
Fort Lauderdale, FL 33309

Q4
99 Spadina Avenue, Suite 500 Toronto, ON

Quench USA
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155

Raymond & Catherine Marzulli
21 Afton Terrace
East Hanover, NJ 07936

RDW Capital LLC
156 W Saddle River Road
Saddle River, NJ 07458

Ready Refresh
P.O. Box 856192
Louisville, KY 40285

Red Cap
35-45, 35th Street
Astoria, NY 11106

Regency Group
251 West 39th Street,
New York, NY 10018

Renodis
476 Robert Street North
Saint Paul, MN 55101

Rise Elevator Inspection LLC
168 Norfolk St. Suite A
Brooklyn, NY 11235

Riverside Developers USA
29 Little Nassau Street, Suite 118
Brooklyn, NY 11205

RMAC Supplies
140 Ludlow Ave,
Northvale, NJ 07647

Romel Services
7263 Pomelo Dr
West Hills, CA 91307

Rosenthal Law Group
2115 North Commerce Parkway
Fort Lauderdale, FL 33326

Rosenwach Tank Co
43-02 Ditmars Blvd. 2nd Floor
Astoria, NY 11105

Rosewood Fire Equipment company
2042 Wantagh Ave Unit A 2042
Wantagh, NY 11793

Roto-Rooter
520 Elmwood Park Blvd Suite 190
New Orleans, LA 70123

Royal Linen Laundry Services
1295 NW 54th St,
Miami, FL 33142


RTS Sanitation
115 Broadway, Suite 1400,
New York, NY 10006


Russell's Cleaning Services
3704 Robertson Street
Metairie, LA 70001


RX Music
1020 Lawrence Ave. W. Suite 206 Toronto,


Safety Fire Sprinkler Corp
1070 38th Street
Brooklyn, NY 11219


Sani Wash
PO Box 1943
Long Island City, NY 11101


Scent Air/AG Adjustments
3810 Shutterfly Rd S-900
Charlotte, NC 28217


Schripps Baking
5410 Tonnelle Ave
North Bergen, NJ 07047


SCHRIPPS BAKING, LLC
c/o REGINA M. MCGOWAN, P.C.
REGINA MICHELE MCGOWAN 81 Deer Path Rd
Central Islip, NY 11722


Schwartz Sladkus
444 Madison Avenue
New York, NY 10022


Setton
225 West 35th St., Suite 1500
New York, NY 10001


Sewerage and Water Board of New Orleans
625 St. Joseph St.
New Orleans, LA 70165


Signature Elevator
1086 Myrtle Ave Suite #202
Brooklyn, NY 11206


Silver Paint
1138 Normandy Dr.
Miami Beach, FL 33141

Simon Industries
23-41 BORDEN AVENUE
Long Island City, NY 11101


Skinos
123 Washington Street
New York, NY 10006


Skyline Elevator
125 Park Ave 25Fl
New York, NY 10017


Sojern
575 Market Street, 4th Floor,
San Francisco, CA 94105


Spectrum Enterprise
PO Box 223085
Pittsburgh, PA 15251


Spectrum Towels and Linens Inc
15230 San Fernando Mission Blvd Unit B10
Mission Hills, CA 91345


St Tammany Linen
3910 FLORIDA ST.
Mandeville, LA 70448


Stacy L Giunta Rev Trust
65 Edgewood Place
Fairfield, CT 08625


STAFFING GROUP HOLDINGS, LLC
c/o ZACHARY JAMES THOMAS TURQUAND
Mintz and Gold LLP 600 Third Avenue 25th
New York, NY 10016


Star Laundry
421 E 16th St
Paterson, NJ 07514


Sterling Sanitary Supply Corp
32-32 57th Street PO Box 787
Woodside, NY 11377


Sunrise Produce
500 Burning Tree Road
Fullerton, CA 92833


Surface Specialists of NY
31 New Haven Railroad St
Mount Vernon, NY 10550


Tambourine
45 Rockefeller Plaza #2000,
New York, NY 10111

Tauto
109 West 38th Street Suite 1004
New York, NY 10018


TBT Deep Cleaning LLC
15240 NE 2ND AVE North
Miami, FL 33162


TechCare Computers
2805 S. Robertson Blvd
Los Angeles, CA 90034


Telego
248 52nd Street
Brooklyn, NY 11220


THE CITY OF NEW YORK
New York City Mayor's Office of Special
ARON M ZIMMERMAN 22 Reade Street 4th Flo
New York, NY 10007


The Daylight Savings Company
48 N. Church St.
Goshen, NY 10924


Ticketech
53-01 11th St Suite #103
Long Island City, NY 11101


Tikva Security
163 Boulevard,
Passaic, NJ 07055


TKE Elevator
788 CIRCLE 75 PARKWAY SE, SUITE 500
Atlanta, GA 30339


Total Fire Protection
111 Crossways Park Drive
Woodbury, NY 11797


Tower Signs and Awnings
40 Nassau Terminal Rd,
New Hyde Park, NY 11040


Traco
1 Maple Street, Unit #4
East Rutherford, NJ 07073


Treater, Inc
100 Furnace St,
Oriskany, NY 13424


Triumvirate Environmental
P.O. Box 150502
Hartford, CT 06115

Trustees of the New York Hotel Trades Co
Trevor Hanrahan Pitta LLP
120 Broadway Ste 28th Floor
New York, NY 10271


Tuscany Legacy Leasing


TUSCANY LEGACY LEASING LLC
AMANDA LAUREN KATZ
ROSENBERG & ESTIS 733 3rd Ave
New York, NY 10017


U.S. Coffee
51 ALPHA PLAZA
Hicksville, NY 11801


Ultra Chem
PO Box 14608


Uniforms Number One
6600 N.W. 16 STREET Suite 8
Fort Lauderdale, FL 33313


US Foods
1051 AMBOY AVE
Perth Amboy, NJ 08861


VentRight
P.O. Box 161
Lawrence, NY 11559


Verizon
PO Box 15403
Albany, NY 12212


Washington Gas
6801 Industrial Rd.
Springfield, VA 22151


Waste Connections
33 Wood Ave S Ste 810
Iselin, NJ 08830


Waste Management
800 Capitol St, Suite 3000
Houston, TX 77002


Water Engineering Services
PO Box 518
Moorestown, NJ 08057


Western Pest
800 Lanidex Plaza
Parsippany, NJ 07054

Window Repair NYC
244 5th Avenue, apt E152
New York, NY 10001


Wire Master
8 Prosperity Dr Suffern,
Suffern, NY 10901


Wiring Resources
900 Camp St 3rd fl 1099
New Orleans, LA 70130


WNW Fire Sprinklers
589 East 56th Street
Brooklyn, NY 11203


Zoro.com
PO Box 5233
Janesville, WI 53547