

**Richard M. Seltzer, Partner**
Tel: 212.356.0219
Fax: 646.473.8219
Cell: 917.856.5352
rseltzer@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022

September 19, 2025

By ECF

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 701
New York, NY 10004

Re: *In re LuxUrban Hotels Inc.*, Case No. 25-12000 (DSJ)[1]

Dear Judge Jones:

This office has filed a Notice of Appearance in this case and represents the Hotel & Gaming Trades Council, AFL-CIO (the "Union"). The Union is the exclusive collective bargaining representative of a bargaining unit of non-supervisory employees (the "Employees") employed by LuxUrban Hotels Inc. (the "Debtor") at its four hotels. The Union and the Debtor are parties to a collective bargaining agreement ("CBA"), and the Union is a substantial creditor in these cases. The Union respectfully requests that the Court schedule a status hearing in these cases as soon as possible for the following reasons:

1. The Debtor has not paid its Union-represented Employees (nor, on information and belief, has it paid its managers) for a considerable period of time. In the cases of the Tuscany Hotel located at 120 East 39th Street and Hotel 46 located at 129 West 46th Street, the Employees have not been paid for at least five weeks. The Debtor has also failed to remit benefit contributions to the HTC-HANYC Employee Benefits Funds as required by the CBA for several months, and the Debtor is unlawfully holding approximately $57,000 in 401K contributions made by Employees. These delinquencies have been the subject of numerous grievances and arbitration awards under the CBA requiring compliance with the CBA. It appears that the Debtor's hotels are not currently operating and that in some cases Employees have stopped

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).





appearing for work because they are not getting paid. The Debtor has not filed a first day wage and compensation motion.

2. This situation is unconscionable for the Employees, many of whom have families and all of whom must pay for rent, food, and necessities. It is also disastrous for guests and for the Debtor's prospects for reorganization. *See* Gabe Castro-Root, *A Surprise Awaited These Travelers at Check-In: The Hotel Was Closed*, N.Y. TIMES (Sept. 17, 2025), https://www.nytimes.com/2025/09/17/travel/luxurban-hotels-closed-new-york.html. An employer in Chapter 11 cannot operate without paying its employees, which is the very basis of first day wage and compensation motions.

3. The Debtor has not filed *any* first day motions, other than a joint administration motion, and has not disclosed how it will operate, even in the short term, without a source of liquidity or how it plans to continue operating in Chapter 11. The petition discloses over 100 pending lawsuits by various entities, including landlords, against the Debtor.

4. The Union has attempted to communicate its concerns with Debtors' counsel, who has not returned the Union's call. The Union believes that a status conference is in the interest of all parties.

Sincerely,

*/s/ Richard M. Seltzer*

Richard M. Seltzer
Matthew E. Stolz
Cohen, Weiss and Simon LLP
909 Third Ave, 12th Floor
New York, NY 10022
(212) 563-4100
rseltzer@cwsny.com
mstolz@cwsy.com

*Attorneys for the Hotel & Gaming Trades Council, AFL-CIO*






**CERTIFICATE OF SERVICE**

I certify that on this 19th day of September, 2025, I caused a true and correct copy of the foregoing *Letter from the Hotel & Gaming Trades Council, AFL-CIO re In re LuxUrban Hotels Inc., Case No. 25-12000 (DSJ)* to be served through the Court's electronic notification system.

*/s/ Richard M. Seltzer*

Richard M. Seltzer