

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY 10014
Main Phone: (212) 510-0500

September 19, 2025

**By E-Mail**
Honorable David S. Jones
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

      Re:    LuxUrban Hotels, Inc., Case No. 25-12000 (DSJ) (Jointly Administered)

Dear Judge Jones:

We write respectfully to request the Court's assistance by scheduling a conference in the above-referenced case. This case, together with its affiliate, LuxUrban RE Holdings, LLC (collectively, the "Debtors"), filed for chapter 11 protection on September 14, 2025, and to date, other than seeking a joint administration order, the Debtors have not sought any other relief from the Court. It is our understanding that although the Debtors currently may be without cash, there are a host of other issues that may need to be brought before the Court, including employee wage issues and possibly consumer protection issues.

We, therefore, respectfully request that the Court schedule a conference so that the Debtor and interested parties, some of which have contacted us for information, may be able to present these issues to the Court to promote transparency and efficiency in these cases.

Your chambers should feel free to contact the undersigned with any questions or concerns.

      Respectfully submitted,

      WILLIAM K. HARRINGTON
      UNITED STATES TRUSTEE

      By:    */s/ Andrea B. Schwartz*
              Andrea B. Schwartz
              Trial Attorney

**Page 2**
**Honorable David S. Jones**
**September 19, 2025**

/encl.

cc:     Robert Sasloff, Esq. (Via Email)