

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
www.dlapiper.com

September 22, 2025

**VIA CM/ECF**

Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 701
New York, NY 10004

**Re:** *In re LuxUrban Hotels, Inc.*, Case No. 25-12000 (DSJ)[1]

Dear Judge Jones:

Digital Arbitrage, Inc. d/b/a Cloudbeds ("Cloudbeds"), as creditor and interested party, by and through its undersigned counsel, writes to respectfully request that the Court schedule a status conference to address the uncertainty surrounding these cases. In submitting this letter, Cloudbeds joins in the requests made by the Office of the United States Trustee (the "U.S. Trustee") and the Hotel & Gaming Trades Council, AFL-CIO (the "Union") for a status conference. *See* Docket Nos. 10 &11.

LuxUrban Hotels Inc. and LuxUrban RE Holdings, LLC (collectively, the "Debtors") filed for relief under chapter 11 of the Bankruptcy Code on September 14, 2025. No substantive pleadings have been filed by the Debtors since that time; and no First Day Hearing has been scheduled.

By virtue of the automatic stay, Cloudbeds is required to continue providing property management services, including hotel booking engine services, pursuant to contractual terms between the Debtors and Cloudbeds. However, Cloudbeds has reason to believe that one or more of the Debtors' hotels for which Cloudbeds provides booking engine services are now closed. Moreover, the Debtors have not updated the hotel information in the Cloudbeds system to reflect the current status of the hotels, and they have not responded to Cloudbeds' requests for information and clarification about the operations of the hotels.

By failing to update the status of the hotels, while benefitting from the automatic stay and the resulting status quo, the Debtors have required that the booking engine show availability for one or more hotels that may not be operational. Cloudbeds is evaluating other relief it may seek before the Court, but in the interest of time, it seeks an opportunity to make the Court aware of potential consumer harm resulting from the Debtors' continued offering of reservations of likely closed hotels.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).

**September 22, 2025**
Page Two

      We, therefore, respectfully request, joining in the requests made by the U.S. Trustee and the Union, that the Court schedule a conference at which the Debtors and interested parties may present these issues for initial consideration by the Court.

      Your chambers should feel free to contact the undersigned with any questions or concerns.

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Dennis C. O'Donnell* _____
Dennis C. O'Donnell (NY 2486587)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Email: dennis.odonnell@us.dlapiper.com

Oksana Koltko Rosaluk
Corinne V. Smith
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Email: oksana.koltkorosaluk@us.dlapiper.com
      corinne.smith@us.dlapiper.com

*Counsel to Cloudbeds*

**September 22, 2025**
Page Three

## CERTIFICATE OF SERVICE

     I certify that on this 22nd day of September, 2025, I caused a true and correct copy of the foregoing letter to be served via CM/ECF on the parties registered to receive e-filing notifications in this case.

                                          */s/ Dennis C. O'Donnell*
                                          Dennis C. O'Donnell