UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                    Chapter 11

LUXURBAN HOTELS, INC.,                                          Case No. 25-12000 (DSJ)

                                  Debtor.
------------------------------------------------------------------X

## MEMORANDUM ENDORSED ORDER

       The Court will conduct a conference via Zoom at 10:00 AM September 30 to address the matters raised in three letters that have been docketed (ECF Nos. 10, 11, and 16), as well as any other issue requiring immediate attention. Any party wishing to identify other issues that should be addressed during that conference may do so by filing a letter not to exceed two pages on or before the close of business on September 26.

Dated:  New York, New York
           September 23, 2025

                                                                     s/ *David S. Jones*
                                                                Honorable David S. Jones
                                                                United States Bankruptcy Judge