25-12000-dsj    Doc 22    Filed 09/23/25    Entered 09/23/25 12:52:57    Main Document
Pg 1 of 2

**NORRIS McLAUGHLIN, P.A.**
Melissa A. Peña, Esq.
7 Times Square, 21st Floor
New York, New York 10036
Tel.: (212) 808-0700
Fax.: (212) 808-0844
mapena@norris-law.com
*Attorneys for Landlord/Creditor 960 Associates LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LUXURBAN HOTELS INC.[1], | Case No. 25-12000-dsj |
| | Jointly Administered |
| Debtors. | **NOTICE OF APPEARANCE** |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that an appearance is hereby entered and request is hereby made by counsel for landlord/creditor, 960 Associates LLC in the above case, as provided in 11 U.S.C. § 1109(b) and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010(b) that all notices given or required to be given in the above captioned case, and all papers served or required to be served, be given to and served upon:

NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, NY 10036-6524
Telephone: (212) 808-0700
Facsimile: (212) 808-0844
Attention: Melissa A. Peña, Esq.
(E-mail: mapena@norris-law.com)

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure

---
[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).

statements, request, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, E-Mail, Internet, or otherwise filed or made with regard to the above-captioned case, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waivers any right of 960 Associates LLC (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

**NORRIS McLAUGHLIN, P.A.**
Attorneys for Landlord/Creditor,
960 Associates LLC

Dated: September 23, 2025

By: */s/ Melissa A. Peña*
Melissa A. Peña, Esq.
7 Times Square, 21st Floor
New York, New York 10036
917.369.8847
mapena@norris-law.com