

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY  10014
Main Phone: (212) 510-0500

September 24, 2025

**Via E-Mail & ECF**
The Honorable David S. Jones
United States Bankruptcy Judge
United States Bankruptcy Court
  Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004

      Re:    LuxUrban Hotels, Inc., *et al.* (the "Debtors"), Case No. 25-12000 (DSJ)

To the Honorable David S. Jones:

      The United States Trustee writes in response to the letter dated September 24, 2025 (the "Letter") filed by counsel to Aareal Capital Corporation ("Aareal"), the secured lender to 960 Assoc. LLC ("960 Assoc."). 960 Assoc. is the owner of the real property located at 71 West 35th Street, New York, New York, 10001 (the "Property").

      By the Letter, Aareal requests that the Court enter the proposed "Comfort Order" annexed thereto, which permits the submission of an order to the New York County Supreme Court (the "NY State Court"), appointing a receiver over the Property, where the Debtors operate the Herald Hotel (the "Hotel"). The United States Trustee does not agree to the entry of the "Comfort Order," but does agree that conditions at the Hotel may have deteriorated to the point where there is clearly a need for the appointment of an independent fiduciary with authority to manage and secure the Hotel. Towards that end, at the initial case conference scheduled for September 30th, the United States Trustee intends to seek an expedited hearing before this Court to consider the United States Trustee's motion to appoint a Chapter 11 trustee in these cases, or, in the alternative, to convert these cases to Chapter 7, and appoint a Chapter 7 trustee.

      The United States Trustee is likewise available at the Court's convenience to address and be heard on Aareal's request for the appointment of a receiver over the Debtor's Hotel, should the Court wish to hold an emergency hearing prior to Tuesday's initial case conference.

      Please do not hesitate to contact the undersigned should the Court have any questions concerning this letter. We thank the Court for its consideration.

                                                 Respectfully submitted,

                                                 WILLIAM K. HARRINGTON
                                               UNITED STATES TRUSTEE

                            By:     /s/ Annie Wells
                                               Annie Wells
                                               Trial Attorney

cc:    Robert Sasloff, Esq., proposed counsel for the Debtors (via e-mail)
        Robert Lehane, Esq. counsel for Aareal Capital Corporation (via e-mail)