| | |
|---|---|
| WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br>Department of Justice<br>Office of the United States Trustee<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Rm. 534<br>New York, NY 10004<br>Tel. (212) 510-0500<br>By:     Andrea B. Schwartz, Trial Attorney | **Conference Date and Time:**<br>September 30, 2025, at 10:00 a.m.<br>**Relation to ECF Nos.**:<br>10, 11, 16 and 20 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                     :
                                                                              :     Case No. 25-12000 (DSJ)
LUXURBAN HOTELS, INC., *et al.*,             :
                                                                              :     (Jointly Administered)
                                                                              :
                                        Debtors.             :
-------------------------------------------------------x

## NOTICE OF COURT CONFERENCE

**PLEASE TAKE NOTICE** that a conference (the "Conference") will be held on September 30, 2025, at 10:00 a.m. (prevailing Eastern time) before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, NY 10004, in response to, among others, the *Letter Request for Conference* that the U.S. Trustee filed with the Court, [ECF No. 11], and the Court's *Memorandum Endorsed Order,* [ECF No. 20].

**PLEASE TAKE FURTHER NOTICE** that the Conference will take place via Zoom for Government. Participants are required to register their appearance by 4:00 p.m. the day before the Hearing utilizing the e-Court Appearances tool at

https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to identify other issues that should be addressed during that conference may do so by filing a letter not to exceed two pages on or before the close of business on September 26, 2025.

Dated: New York, New York
September 24, 2025

                                        WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                                      By *Andrea B. Schwartz*
                                             Andrea B. Schwartz
                                             Trial Attorney