

Robert L. LeHane

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7573
Fax: (212) 808-7897

September 24, 2025

**By CM/ECF**
Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 701
New York, New York 10004

**MEMORANDUM ENDORSED ORDER**

This matter is among the topics the Court will be prepared to address during the scheduled September 30 conference. No relief will be granted before then absent a more concrete proposal showing cause for earlier relief.

So ordered.

Dated: 9/25/25      *s/ DSJ*, USBJ

Re:  In re LuxUrban Hotels Inc., et al. ("Debtors") Case No. 25-12000 (DSJ)

Dear Judge Jones:

    We represent Aareal Capital Corporation ("Aareal"), the secured lender to 960 Assoc. LLC ("Landlord"), owner of the building located at 71 West 35th Street a/k/a 960 Sixth Avenue, New York, New York 10001 (the "Property"). Until recently, the Debtors operated the Herald Hotel at the Property pursuant to a lease agreement with the Property's Owner, 960 Associates LLC ("Landlord"). There are other tenants on the 1st, 2nd, and upper floors of the building, including the roof. We write to inform the Court of the deteriorating situation at the Property that imperils the safety of both visitors and other tenants, and to request that the Court immediately enter the enclosed stipulation and "comfort order" (the "Comfort Order") lifting the automatic stay, to the extent necessary, to permit the New York County State Court presiding over an action to foreclose the Landlord's mortgage to enter an order appointing a temporary receiver for the Property to secure the Property, ensure that Aareal's collateral is preserved, and also preserve the assets of the Debtors' bankruptcy estate for creditors. Debtors have agreed to the entry of the Comfort Order and the receiver order.

    By way of background, Aareal lent Landlord $60 million in July 2018 secured by the Property pursuant to a note that matured on August 15, 2025 without being repaid in full. On August 25, 2025, Aareal commenced a commercial foreclosure action in New York County Supreme Court captioned *Aareal Capital Corporation v. 960 Associates LLC, et al.*, Index No. 805379/2025 (the "Foreclosure Action") which also names Debtor LuxUrban Hotels Inc. as a defendant. On the same day, Aareal filed a motion to appoint a receiver over the Property that was not opposed by Landlord or the Debtors. On September 9, 2025, the New York State Court granted Aareal's receiver motion from the bench and directed Aareal to confer with Landlord's counsel and submit a proposed order appointing the

Honorable David S. Jones
September 24, 2025

receiver.  On September 14, 2025, before Aareal submitted the receiver order to the State Court, Debtors filed for bankruptcy protection.

    Following the bankruptcy filing, we entered into negotiations with and have reached agreement with Debtors' counsel on the Comfort Order, a copy of which is attached hereto as Exhibit 1.  The Comfort Order lifts the automatic stay solely to the extent necessary for the New York State Court to enter the receiver order so that the proposed receiver can secure the Property and ensure the safety of tenants and the public.

    It has now become apparent that the Debtors ceased operations at the Property several days if not weeks ago and no longer have any employees maintaining the premises.  Conditions at the Property have deteriorated to the point where they pose a significant health and safety risk.  ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[1]

These recent events highlight the urgent need for the appointment of a receiver who will have the authority and ability to secure the Property and ensure the health and safety of all tenants, visitors and guests.

    In light of the above, Aareal respectfully requests that the Court "so-order" and enter the Comfort Order, which, in turn, will permit Aareal to file the receiver order with the New York State Court and have the receiver appointed for the Property.  We have shared the Comfort Order with the U.S. Trustee's Office and asked for their consent to its entry, but they declined to consent.

    We are available at the Court's convenience for an emergency conference to address these issues, and Your Honor's chambers should feel free to contact the undersigned with any questions or concerns.

    We thank the Court for its attention to this matter.

                                          Respectfully,

                                          */s/ Robert L. LeHane*

                                          Robert L. LeHane

---

[1] We are prepared to share further details concerning the recent incidents with the Court confidentially.

**KELLEY DRYE & WARREN LLP**                                                                                            2

Honorable David S. Jones
September 24, 2025


Enclosure

cc:  All counsel of record (via CM/ECF)