**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LUXURBAN HOTELS INC., *et al.*,[1] | Case Number:  25-12000 (DSJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ENTRY OF UNREDACTED LETTER TO JUDGE JONES**
**REQUESTING ENTRY OF STIPULATION AND ORDER**

      PLEASE TAKE NOTICE that, on September 24, 2025, Aareal Capital Corporation ("Aareal") submitted a letter to Judge Jones requesting entry of a stipulation and order, which included one redacted paragraph, at docket number 25 (the "Redacted Letter"). The Redacted Letter was filed in response to an emergency situation at the subject property, where the building was not secure, and it presented a public safety risk. Due to the urgent nature of the circumstances, Aareal filed the Redacted Letter without seeking prior court approval to file the letter under seal. The emergency situation has since been resolved, and accordingly, there is no longer a basis to keep the redacted information confidential.  Therefore, Aareal now submits the unredacted version of the letter, attached hereto as Exhibit A.

      Dated:  October 1, 2025

      */s/ Robert L. LeHane*
      Robert L. LeHane
      David I. Zalman
      Randall L. Morrison, Jr.
      Nathan S. Greenberg
      **KELLEY DRYE & WARREN LLP**
      3 World Trade Center
      175 Greenwich Street
      New York, New York 10007
      Tel:  (212) 808-7800
      Fax:  (212) 808-7897
      Email: rlehane@kelleydrye.com
             dzalman@kelleydrye.com
             rmorrison@kelleydrye.com
             ngreenberg@kelleydry.com

      *Counsel to Aareal Capital Corporation*

---

[1] The "Debtors" in these chapter 11 cases and the last four digits of each of Debtor's taxpayer identification number are as follows:  LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).