| | |
|---|---|
| WILLIAM K. HARRINGTON | **Hearing Date and Time:** |
| UNITED STATES TRUSTEE, REGION 2 | October 21, 2025, at 10:00 a.m. |
| U.S. Department of Justice | **Objection Deadline:** |
| Office of the United States Trustee | October 17, 2025, by 12:00 noon |
| Alexander Hamilton U.S. Custom House | **Related to ECF No.:** |
| One Bowling Green, Rm. 534 | ECF No. 1 |
| New York, NY 10004 | |
| Tel. (212) 510-0500 | |
| andrea.b.schwartz@usdoj.gov | |
| By:    Andrea B. Schwartz, Esq. | |
|          Trial Attorney | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LUXURBAN HOTELS, INC., *et al.*, | : | Case No. 25-12000 (DSJ) |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------- X

**NOTICE OF UNITED STATES TRUSTEE'S MOTION,
PURSUANT TO 11 U.S.C. § 1104, FOR AN ORDER
DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") will be held on October 21, 2025, at 10:00 a.m. (prevailing Eastern time) before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Customs House, One Bowling Green, New York, New York 10004, to consider the *United States Trustee's Motion, Pursuant to 11 U.S.C. § 1104, for an Order Directing the Appointment of a Chapter 11 Trustee* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place via Zoom for Government. Participants are required to register their appearance by 4:00 p.m. the day before the Hearing utilizing the e-Court Appearances tool at

https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with Local Bankruptcy Rule 5005-2, and shall be served in accordance with Local Bankruptcy Rule 5005-2, so as to be filed and received no later than October 17, 2025, by 12:00 noon (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the U.S. Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order granting the relief sought in the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss the relief requested with your attorney, if you have one in connection with the chapter 11 case. (If you do not have an attorney, you may wish to consult with one.)

Dated: New York, New York
October 9, 2025

                                                WILLIAM K. HARRINGTON
                                                UNITED STATES TRUSTEE

                                                By    */s/ Andrea B. Schwartz*
                                                      Andrea B. Schwartz
                                                      Trial Attorney