Hearing Date and Time: October 21, 2025 at 10:00 a.m.<br>
Objection Deadline: October 17, 2025 by 12:00 noon

HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Janice Goldberg
Silvia Stockman
Two Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
jgoldberg@herrick.com
sstockman@herrick.com
*Counsel for St. Giles Hotel LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| LUXURBAN HOTELS INC.,[1] : | Case No. 25-12000 (DSJ) |
| : | |
| Debtor. : | |

----------------------------------------------------------- x

### JOINDER OF ST. GILES HOTEL, LLC TO UNITED STATES TRUSTEE'S MOTION, PURSUANT TO 11 U.S.C. § 1104, FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

St. Giles Hotel, LLC ("St. Giles"), by and through its undersigned counsel, hereby respectfully submits this joinder to the *United States Trustee's Motion, Pursuant to 11 U.S.C. § 1104, for an Order Directing the Appointment of a Chapter 11 Trustee* (the "Motion"). In support thereof, St. Giles respectfully states as follows:

### JOINDER

1. St. Giles joins in the United States Trustee's Motion and incorporates herein and adopts the United States Trustee's recitation of facts and arguments in support thereof.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).

2. Furthermore, as set forth in the James Declaration,[2] Debtors are the long-term lessees of four hotels in New York and their primary business was to operate and manage the hotels directly.[3]

3. At a status conference held by the Court in the Chapter 11 Cases on Tuesday, September 30, 2025, Debtors' counsel advised the Court that the Debtors are <u>not</u> currently operating any of the hotels due to lack of operating funds and the inability to pay hotel employees, who "walked off the job" prior to the commencement of the Chapter 11 Cases.[4] Debtors' counsel further advised the Court that it was Debtors' understanding that the hotel properties are currently being secured by their respective landlords.[5]

4. St. Giles is the owner and landlord of the property at 120 East 39th Street, New York, NY 10016 (the "Property"), which Debtors, *inter alia*, previously operated as the Tuscany.

5. On October 6, 2025, St. Giles submitted its *Motion for Relief from the Automatic Stay to Permit Holdover Proceeding* (with supporting papers, the "Stay Relief Motion," ECF 58-60, 65).

6. As detailed in the Stay Relief Motion, Debtors have apparently abandoned the property and Prime Tenant has installed an unknown, third party hotel operator (likely in violation of the automatic stay). ECF 58 (brief in support of Stay Relief Motion) ¶¶ 18-19. St. Giles is concerned the delegation of the Property's security and maintenance obligations to unknown third parties presents serious dangers to the Property and the public. *Id.* ¶ 19.

---

[2] Capitalized, undefined terms are defined in the Motion.
[3] ECF 1 ¶¶ 7-14.
[4] ECF 59 (*Declaration of Janice Goldberg in Support of St. Giles' Motion for Relief from the Automatic Stay to Permit Holdover Proceeding*) ¶ 3.
[5] *Id.*

HF 18300932v.3

7. Therefore, this Court should appoint a Chapter 11 Trustee. Section 1104(a)(1) of the Bankruptcy Code governs the appointment of a trustee and provides, in pertinent part:

> (a) At any time after the commencement of the case but before confirmation of a plan, on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee—
>
> (1) for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of the case, or similar cause, but not including the number of holders of securities of the debtor or the amount of assets or liabilities of the debtor;

11 U.S.C. § 1104(a).

8. This Court also enjoys authority to appoint a trustee *sua sponte*. *United States v Bond*, 762 F.3d 255, 260 (2d Cir. 2014) ("Although Section 1104(a) requires that a party in interest request the appointment of a trustee, the bankruptcy court is permitted to appoint a trustee *sua sponte*. *See* 11 U.S.C. § 105(a)."); *Allen v King*, 461 B.R. 709, 710 (D. Mass. 2011) ("Although [Section 1104(a)] does not expressly authorize a bankruptcy judge to appoint a trustee sua sponte, this Court finds that a bankruptcy court has such authority in appropriate circumstances pursuant to 11 U.S.C. § 105(a).").

9. A debtor's cessation of operations is evidence of gross mismanagement. *In re China Fishery Group Ltd. (Cayman)*, 2016 WL 6875903, at *18 (Bankr. S.D.N.Y. Oct. 28, 2016 (citing *In re H & S Transp. Co., Inc.*, 55 B.R. 786, 790 (Bankr. M.D. Tenn. 1982) (finding debtors' cessation of operations, *inter alia*, evidenced gross mismanagement sufficient to order appointment of trustee).

HF 18300932v.3

10. As detailed in the Motion and Stay Relief Motion, Debtors abandoned the Property after the Petition Date, creating serious safety risks.[6] This confirms Debtors' gross mismanagement of the Property, establishing the requisite cause to appoint a Chapter 11 Trustee. *In re Ionosphere Clubs, Inc.*, 113 B.R. 164, 168 (Bankr. S.D.N.Y. 1990) (confirming "continuing mismanagement of the affairs of a debtor after the filing date is evidence of the need for the appointment of a trustee.").

**WHEREFORE**, St. Giles respectfully requests this Court grant the Motion and appoint a Chapter 11 Trustee pursuant to sections 1104(a) and 105(a) of the Bankruptcy Code and award such other and further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: New York, New York<br>October 9, 2025 | HERRICK, FEINSTEIN LLP<br><br>By: */s/ Janice Goldberg*<br>    Stephen B. Selbst<br>    Janice Goldberg<br>    Silvia Stockman<br>Two Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>sselbst@herrick.com<br>jgoldberg@herrick.com<br>sstockman@herrick.com<br><br>*Counsel for St. Giles Hotel LLC* |

---

[6] *Supra* ¶ 6.

## CERTIFICATION OF SERVICE

I, Janice Goldberg, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By: */s/ Janice Goldberg*
Janice Goldberg

HF 18300932v.3