COHEN, WEISS AND SIMON LLP
Richard M. Seltzer
Matthew E. Stolz
K. Jeff Wang
909 Third Ave, 12th Floor
New York, NY 10022
(212) 563-4100
rseltzer@cwsny.com
mstolz@cwsny.com
jwang@cwsny.com

*Counsel for the Hotel & Gaming Trades Council, AFL-CIO*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| LUXURBAN HOTELS INC.,[1] | Case No. 25-12000 (DSJ) |
| Debtor. | D.I. 58 |
| | Hearing Date: October 21, 2025 at 10:00 am |
| | Obj. Deadline: October 14, 2025 at 4:00 pm |

------------------------------------------------------------- X

**STATEMENT OF THE HOTEL & GAMING TRADES COUNCIL, AFL-CIO**
**IN SUPPORT OF ST. GILES HOTEL LLC'S MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY TO PERMIT HOLDOVER PROCEEDING**

The Hotel & Gaming Trades Council, AFL-CIO (the "Union"), by and through its undersigned counsel, submits this statement in support of St. Giles Hotel LLC's ("St. Giles") *Motion for Relief from the Automatic Stay to Permit Holdover Proceeding* (the "Motion") [Docket No. 58].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).

1. The Union is the exclusive collective bargaining representative of a bargaining unit of non-supervisory employees (the "Employees") employed by LuxUrban Hotels, Inc. (the "Debtor") at its four hotels, including the hotel located at 120 East 39th Street, New York, NY 10016 and owned by St. Giles (the "Tuscany Hotel"). The Union, the Debtor, St. Giles, and ABGNY 432613 LLC/Tuscany Legacy Leasing LLC (the "Prime Tenant") are parties to a collective bargaining agreement ("CBA") covering the Employees at the Tuscany Hotel, and the Union is a substantial creditor in these cases.

2. The Union fully supports the relief sought in the Motion, and it fully supports St. Giles' efforts to recover legal and physical possession of the Tuscany Hotel in state court. Like St. Giles, the Union is disturbed by the allegation that the Prime Tenant has replaced the Debtor as the Tuscany Hotel's operator without St. Giles' or the Union's knowledge or consent (and likely in violation of the automatic stay), and that the new operator has replaced the Employees in direct violation of the CBA, an arbitration award issued on September 29, 2025, and New York City's Displaced Hotel Service Workers Act, NYC Admin. Code § 22-510, and Safe Hotels Act, NYC Admin. Code § 20-565. *See Declaration of Janice Goldberg in Support of the Motion* [Docket No. 59]; *Declaration of Anupam Bhaumik in Further Support of the Motion* [Docket No. 65].

3. As the Union noted in its September 19, 2025 letter to the Court [Docket No. 10], LuxUrban's stewardship of the hotels, including the Tuscany Hotel, has been an unmitigated disaster for the Tuscany Hotel, its guests, and the Employees, who have not been paid for at least five weeks prepetition. While the Union has lost confidence in LuxUrban, the Prime Tenant's secret appointment of a new operator, who apparently intends to operate non-

union and without the Employees, is contrary to St. Giles' and the Prime Tenant's legal obligations under the CBA and applicable New York City law and is not a viable solution.

4. In order for the Tuscany Hotel to succeed, it needs a new operator willing to work with the Union, the Employees, and St. Giles to clean up the mess left by LuxUrban. The Union appreciates St. Giles' commitment, expressed at the status conference on October 9, 2025, to honor its contractual obligation to operate the Tuscany Hotel as a Union hotel, and the Union fully supports the relief sought in the Motion. Honoring the rights of the Employees is the first necessary step towards lawfully reviving the Tuscany Hotel.

Dated: New York, New York
October 10, 2025

By  */s/ Richard M. Seltzer*
Richard M. Seltzer
Matthew E. Stolz
K. Jeff Wang
COHEN, WEISS AND SIMON LLP
909 Third Ave, 12th Floor
New York, NY 10022
(212) 563-4100
rseltzer@cwsny.com
mstolz@cwsny.com
jwang@cwsny.com

*Counsel for the Hotel & Gaming Trades Council, AFL-CIO*