**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LUXURBAN HOTELS INC. et al.,[1]<br><br>Debtors. | Chapter 11<br><br>No. 25-12000 (DSJ)<br>(Jointly Administered) |

**ORDER REGARDING POSSIBLE EXPEDITED RESOLUTION OF U.S. TRUSTEE'S**
**MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court has reviewed the motion of the Office of the United States Trustee for appointment of a Chapter 11 Trustee (the "Motion") [ECF No. 70] and the accompanying declaration in support of the Motion {ECF No. 71]. Responses are due on or before noon on October 17, and a hearing is scheduled for October 21 [ECF No. 69]. The Motion makes a strong case for appointing a Chapter 11 Trustee, and the Court is concerned that the estate may be suffering rapidly escalating harm to the detriment of creditors, such that waiting for the scheduled October 21 hearing date may harm the interests of creditors and the estate.

The Court therefore hereby notifies interested parties that any party wishing for the scheduled October 21 hearing to go forward must include in its response no later than noon on October 17, and/or in a separate writing filed by then, a request that the scheduled hearing go forward before the Court rules on the Motion. If no such request is received, the Court may decide the Motion promptly after the noon October 17 submission deadline without further delay, and, specifically, without conducting a hearing.

**SO ORDERED.**

Dated: New York, New York
      October 14, 2025

                                              *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).