**Hearing Date and Time: October 21, 2025, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: October 17, 2025, at 12:00 p.m. (prevailing Eastern Time)**

Robert L. LeHane
David I. Zalman
Randall L. Morrison, Jr.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
         dzalman@kelleydrye.com
         rmorrison@kelleydrye.com

*Counsel to Aareal Capital Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LUXURBAN HOTELS INC., *et al.*, | Case Number: 25-12000 (DSJ) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF ROBERT L. LEHANE IN SUPPORT OF**
**(I) LIMITED JOINDER OF AAREAL CAPITAL CORPORATION TO**
**MOTION OF THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE**
**APPOINTMENT OF A CHAPTER 11 TRUSTEE, AND**
**(II) CROSS-MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1112(b)**

Robert L. LeHane, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the law firm of Kelley Drye & Warren LLP ("Kelley Drye"), counsel for Aareal Capital Corporation ("Aareal"). I am admitted to practice in this Court and a member of the bar of the State of New York.

---

[1] The "Debtors" in these chapter 11 cases and the last four digits of each of Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945); and LuxUrban RE Holdings LLC (2907).

1

2. I submit this declaration in connection with Aareal's *(i) Limited Joinder to the United States Trustee's Motion, Pursuant to 11 U.S.C. § 1104, for an Order Directing the Appointment of a Chapter 11 Trustee and (ii) cross-motion to dismiss or convert the case under 11 U.S.C. § 1112(b)* (the "Limited Joinder"). Capitalized terms not defined herein shall have the meaning ascribed to them in the Limited Joinder.

3. Kelley Drye represents Aareal in the commercial foreclosure action pending in New York County Supreme Court captioned *Aareal Capital Corporation v. 960 Associates LLC, et al.*, Index No. 805379/2025 (the "Foreclosure Action"). Attached hereto as **Exhibit 1** is a true and correct copy of Aareal's complaint (without exhibits) filed in the Foreclosure Action. On August 25, 2025, Aareal filed a motion in the Foreclosure Action to appoint a receiver over the Property (defined below). On September 9, 2025, the New York State Court granted Aareal's application. Attached as **Exhibit 2** is a true and correct copy of the court's order.

4. On September 23, 2025, I visited the Monarch Rooftop (the "Monarch") bar and lounge, which is a restaurant and bar operating on the rooftop of the building located at 71 West 35th Street a/k/a 960 Sixth Avenue, New York, New York 10001 (the "Property") where the Herald is located. The Monarch shares the same elevator bank with the hotel that formerly operated at the Property. During my visit to the Monarch, I personally observed the conditions at the Property consistent with the photos attached as **Exhibit 3** that I took and were received from Monarch's counsel.

5. While visiting the Property, I viewed a sign posted to the entrance of the hotel stating that: "ALL RESERVATIONS HAVE BEEN CANCELLED. Currently, there is no one in the building to assist!". A picture of this sign affixed to the door is part of the collection of photographs collectively attached hereto as Exhibit 3.

6. I also observed significant damage to the Property. Among other things, the door to the Herald had been forced open, causing a public safety hazard, and the ceiling on one of the floors had a leak resulting in water damage. On multiple occasions since my September 23, 2025, visit Monarch's counsel has of the ongoing problems at the Property stemming from Debtors' failure to operate and maintain the premises.

7. Attached collectively hereto as **Exhibit 4** are true and correct copies of the judgment of possession and notice of eviction entered in the Landlord's landlord-tenant court eviction proceeding against Debtors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2025.

Dated: New York, New York
      October 16, 2025

                                                */s/ Robert L. LeHane*
                                                Robert L. LeHane