UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                                                              Chapter 11

LUXURBAN HOTELS, INC.,                                                        Case No. 25-12000 (DSJ)

                                       Debtor.
------------------------------------------------------------------------X

## ORDER REGARDING HEARING TO OCCUR OCTOBER 21, 2025

      The deadline of noon on October 17 for responses to the U.S. Trustee's motion for appointment of a Chapter 11 Trustee has passed. By October 14 order, the Court had stated that it may rule on the motion without a hearing if no opposition was received. Debtors have filed an objection to appointment of a Chapter 11 trustee that states debtors' consent to and preference for conversion and appointment of a Chapter 7 trustee. [ECF No. 87]. Meanwhile Aareal Capital Corp. has filed a "statement" with "cross-motion" seeking dismissal or conversion of the case pursuant to section 1112(b) of the Bankruptcy Code. [ECF No. 85]. To inform the Court's decision of how best to proceed, the Court will conduct the October 21 hearing as scheduled. The Court solicits the input of all parties in interest as to the most beneficial course forward, the leading possibilities appearing to be appointment of a Chapter 11 trustee, conversion so that a Chapter 7 trustee can be appointed to evaluate whether there may be viable estate assets that could be pursued and monetized, or dismissal. Parties in interest are encouraged to meet and confer to determine whether a consensus preferred course can be identified.

So ordered.

Dated: New York, New York
       October 17, 2025                                      _s/ David S. Jones_____
                                                             Honorable David S. Jones
                                                             United States Bankruptcy Judge