UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                              Chapter 11

LUXURBAN HOTELS, INC.,                                                          Case No. 25-12000-DSJ

                                     Debtor.                            (Jointly Administered)
-------------------------------------------------------------------X

**ORDER CANCELLING OCTOBER 21 HEARING ON U.S. TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE; CONFERENCE AND HEARING ON <u>UNRELATED LIFT-STAY MOTION WILL GO FORWARD</u>**

      The Court has been advised by counsel for the United States Trustee via email with all known parties copied that it and all known parties in interest have agreed that conversion of this and associated cases to Chapter 7 is appropriate and in the best interest of creditors and the estates, as has been suggested by Debtors and by at least one creditor in response to a motion of the United States Trustee to appoint a Chapter 11 trustee. Further, due to the ongoing lapse in appropriations, the Office of the United States Trustee inquired whether the hearing on its initial motion to appoint a Chapter 11 Trustee was necessary. The Court directed that any party wishing for the hearing to go forward must notify chambers by 4:00 p.m. today, and that, if no party requested that the hearing occur, the Court would cancel the hearing on the U.S. Trustee's pending submission of a proposed order converting the case.

      No party having advised the Court that it wants the trustee appointment hearing to go forward, the Court hereby cancels the hearing on the Office of the United States Trustee's motion that is scheduled for tomorrow. Further, having reviewed the record and based on the Court's familiarity with all prior proceedings and submissions, the Court is satisfied that cause exists to convert the case to Chapter 7, and, further, that conversion rather than dismissal is in the

best interests of creditors and the estate. The parties are directed to submit a proposed order converting these cases to Chapter 7 pursuant to 11 U.S.C. 1112(b)(1), (4).

On tomorrow's calendar in these cases, the Court is also scheduled to conduct a case management conference and to hear a motion to lift the automatic stay. Those two matters will go forward. All parties in interest are welcome to attend, but none is required other than counsel for Debtors and counsel for the movant on the calendared lift-stay motion.

So ordered.

Dated: New York, New York
October 20, 2025

          _s/ David S. Jones_
          Honorable David S. Jones
          United States Bankruptcy Judge