UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                                      :          Chapter 11
                                                                                 :
LUXURBAN HOTELS, INC., *et al.*,                         :          Case No. 25-12000 (DSJ)
                                                                                 :          (Jointly Administered)
                                                       Debtors.    :
------------------------------------------------------------ X

## ORDER CONVERTING CASE TO A CASE UNDER CHAPTER 7

Upon the motion (the "Motion") of William K. Harrington, the United States Trustee for Region 2 (the "U.S. Trustee"), pursuant to 11 U.S.C. § 1104, for an Order directing the appointment of a Chapter 11 Trustee, [ECF No. 70], and upon the joinders filed to the Motion by (i) St. Giles Hotels, LLC, [ECF No. 72] (ii) Wyndham Hotel Group, LLC, TMH Worldwide, LLC, Travelodge Hotels, Inc., and Baymont Franchise Systems, [ECF No. 73] and (iii) Hotel & Gaming Trades Council, AFL-CIO, [ECF Nos. 74 and 75]; and upon the limited joinder and cross-motion filed by Aareal Capital Corporation ("Aareal") joining in the Motion or in the alternative, seeking conversion of the case to a case under chapter 7 or dismissal under 11 U.S.C. § 1112(b), [ECF Nos. 85 and 86]; and upon the Debtor's limited objection to the Motion and the Debtor's consent to the conversion of the case to a case under chapter 7 of the Code, [ECF No. 90]; and upon the Court's Order regarding possible expedited resolution of the Motion dated October 14, 2025, [ECF No. 79]; and upon the Court's Order regarding the hearing scheduled to consider the Motion on October 21, 2025, [ECF No. 88], wherein the Court solicited input from all parties regarding the best path forward, including the appointment of a chapter 11 trustee, conversion and appointment of a chapter 7 trustee or dismissal; and upon the U.S. Trustee's consent to modify its request for appointment of a trustee in a chapter 11 case to conversion of the case to a case under chapter 7 of the Code and the appointment of a chapter 7 trustee; and

upon the Court's directive that any party opposing appointment of a trustee in a converted chapter 7 case advise the Court not later than 4:00 p.m. on October 20, 2025; and upon the Court's Order cancelling the October 21, 2025, hearing, [ECF No. 91], finding that no party had advised the Court of such opposition to conversion and that appointment of a trustee in a converted chapter 7 case, rather than dismissal, is in the best interests of creditors; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York; and this Court being able to issue a final order consistent with Article I of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

1. This chapter 11 case be converted to a case under chapter 7 of the Bankruptcy Code.

2. The U.S. Trustee is hereby directed to appoint a chapter 7 trustee upon the conversion of this case to a case under chapter 7 of the Bankruptcy Code.

3. A copy of this Order shall be served by first class mail upon the Debtor and all creditors within three (3) days of the date of this Order.

Dated: New York, New York
       October 21, 2025

                                                  *s/ David S. Jones*
                                                  Honorable David S. Jones
                                                  United States Bankruptcy Judge