

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY  10014
Main Phone: (212) 510-0500

## CONVERTED CASE MEMORANDUM

| | |
|---|---|
| TO: | Case Administration - Judge Team for Honorable David S. Jones<br>New York, New York |
| FROM: | William K. Harrington<br>United States Trustee |
| PREPARED BY: | Mary Moroney |
| DATE: | October 21, 2025 |
| RE: | Appointment of Chapter 7 Trustee - Converted Case<br>From Chapter 11 case to Chapter 7 - And Scheduling of Section 341(a) Meeting To Be Noticed by Clerk's Office |

The below listed case has been reviewed.

**Kenneth Silverman** has been selected as the interim trustee for the case. His address is **Rimon PC, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753. Telephone No. (516) 479-6300, Fax (516) 479-6301.**

The 341(a) meeting for the case will be held by Zoom with Kenneth Silverman as the trustee **December 2, 2025,** at the time indicated below:

### CONVERTED CHAPTER (11) CASE TO CHAPTER 7 CASE

**11:00 a.m.**

| | |
|---|---|
| LuxUrban Hotels, Inc. | 25-12000(DSJ) |
| LuxUrban RE Holdings LLC | 25-12001(DSJ) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                                         :          Chapter 7
                                                                                  :
LUXURBAN HOTELS, INC.                                       :          Case No. 25-12000 (DSJ)
LUXURBAN RE HOLDINGS LLC,                             :          Case No. 25-12001 (DSJ)
                                         Debtors.             :
------------------------------------------------------------ X

# APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
# AND DESIGNATION OF REQUIRED BOND

     Kenneth Silverman of Jericho, New York, is hereby appointed, pursuant to 11 U.S.C. § 701(a), as Interim Trustee for the estate(s) of the above-named debtors. *See* 11 U.S.C. § 701(c). If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. § 702(d).

     The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by United States Fire Insurance Company which is on file with the Office of the United States Trustee. *See* 11 U.S.C. § 322(a); Fed. R. Bankr. P. 2010(a). In addition, because your blanket acceptance of appointment is on file (Fed. R. Bankr. P. 2008 and 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
             October 21, 2025

                                                                           */s/ William K. Harrington*
                                                                           William K. Harrington
                                                                           United States Trustee
                                                                           Department of Justice
                                                                           Office of the United States Trustee
                                                                           Alexander Hamilton U.S. Custom House
                                                                           One Bowling Green, Rm. 534
                                                                           New York, NY 10004