# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 10/22/2025 |
| Case: 25−12000−dsj | Form ID: 309C | Total: 437 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Hotel & Gaming Trades Council, AFL−CIO |
| cr | W Financial REIT, Ltd. |
| cr | New York State Department Of Taxation and Finance |
| intp | Digital Arbitrage, Inc. d/b/a Cloudbeds |
| cr | BI 44, LLC |
| cr | 960 Associates LLC |
| intp | Aareal Capital Corporation |
| cr | Robert Arigo |
| cr | St. Giles Hotel LLC |
| cr | New York Hotel Trades Council and Hotel Association of NYC, Inc. Employee Benefit Funds |
| cr | City Of New York |
| cr | Booking.com, B.V. |
| 8623405 | 960 Associates LLC |
| 8619919 | Avenue C Vending need info |
| 8619968 | Corporate Rentals LLC check for address |
| 8619986 | Diamond Trading Pro UK LLP 3 Horton Place London, |
| 8619988 | Diversity Inc need address |
| 8619991 | Eagle Plumbing |
| 8620032 | HotelRez Newark Beacon, Cafferata Way, Newark, No |
| 8620045 | Jacques Edwin NEED ADDRESS |
| 8620052 | Juan Medina need address |
| 8620083 | O Hotel Suppliers need address |
| 8620105 | Q4 99 Spadina Avenue, Suite 500 Toronto, ON |
| 8620157 | TKE Elevator |
| 8620165 | Tuscany Legacy Leasing |

TOTAL: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | LuxUrban Hotels Inc. | 71 W 35th Street    New York, NY 10001 |
| ust | United States Trustee | Office of the United States Trustee – NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| cr | Baymont Franchise Systems, Inc. | c/o K&L Gates LLP    Attn.; Daniel M. Eliades, Esq.    One Newark Center    10th Floor    Newark, NJ 07102 |
| cr | Travelodge Hotels, Inc. | c/o K&L Gates LLP    Attn.: Daniel M. Eliades, Esq.    One Newark Center    10th Floor    Newark, NJ 07102 |
| cr | TMH Worldwide, LLC | c/o K&L Gates LLP    Attn: Daniel M. Eliades, Esq.    One Newark Center    10th Floor    Newark, NJ 07102 |
| cr | Wyndham Hotel Group, LLC | c/o K&L Gates LLP    Attn.: Daniel M. Eliades, Esq.    One Newark Center    10th Floor    Newark, NJ 07102 |
| intp | Slate Advance | c/o Kaminski Law PLLC    27−01 Queens Plaza North, Ste. 802    Long Island City, NY 11101 |
| unk | Jonathon David 819 S. Flower, L.P. | Warner & Scheuerman    6 West 18th Street, 10th floor    New York, NY 10011 UNITED STATES |
| cr | Lee Cintas Corporation No. 2 d/b/a Cintas Corporation | 666 Old Country Road    Suite 810    Suite 810    Garden City    NY, 11530 UNITED STATES |
| cr | Greenle Partners LLC | c/o Bonnie R. Golub, Esq.    Weir LLP    1330 Avenue of the Americas    23rd Floor    New York, NY 10019 |
| cr | Access Mgmt Group Partners LLC | c/o Lazarus & Lazarus, P.C.    240 Madison Avenue    8th Floor    New York, NY 10016 UNITED STATES |
| tr | Kenneth Silverman | RIMON P. C.    Kenneth Silverman, Chapter 7 Trustee    100 Jericho Quadrangle, #300    Jericho, NY 11753 |
| aty | Andrea Beth Schwartz | DOJ−Ust    Alexander Hamilton U.S. Custom House    One Bowling Green    ., Room 534    New York, NY 10004 |
| aty | Annecca Smith | Robinson&Cole LLP    One State Street    Hartford, CT 06103 |
| aty | Annie Wells | DOJ−Ust    Alexander Hamilton Custom House    One Bowling Green    Suite 511    New York, NY 10004 |
| aty | Barry N. Saltzman | Pitta LLP    120 Broadway, 28th Floor    New York, NY 10271 |
| aty | Bernadette M. Brennan | New York City Law Department    100 Church Street    Room 6−125    New York, NY 10007 |
| aty | Bonnie R. Golub | Weir LLP    1330 Avenue of the Americas    Ste 23rd Floor    New York, NY 10019 |
| aty | Bryan Paul Couch | Connell Foley    1085 Raymond Boulevard    One Newark Center    Ste 19th Floor    Newark, NJ 07102 |
| aty | Daniel M Eliades | KL Gates LLP    One Newark Center, 10th Floor    Newark, NJ 07102 |
| aty | David S. Catuogno | K&L Gates LLP    One Newark Center    10th Floor    Newark, NJ 07102 |
| aty | Dennis O'Donnell | DLA Piper LLP (US)    1251 Avenue of the Americas    New York, NY 10020 |
| aty | Frank Dell'Amore | Jaspan Schlesinger Narendran LLP    300 Garden City Plaza    Ste 5th Floor    Garden City, NY 11530 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Harlan Mitchell Lazarus | Lazarus & Lazarus, P.C. | 240 Madison Avenue | 8th Floor | New York, NY 10016 |
| aty | Ilevu Yakubov | Jacobs P.C. | 717 Fifth Avenue | Ste 26th Floor | New York, NY 10022 |
| aty | Janice Goldberg | Herrick, | 2 Park Avenue | New York, NY 10016 | |
| aty | Jeff Wang | Cohen, Weiss and Simon LLP | 909 3rd Ave | Ste 12th Floor | New York, NY 10022 |
| aty | Jeffrey S. Cianciulli | Weir LLP | 1339 Chestnut Street | Suite 500 | Philadelphia, PA 19107 |
| aty | Joaquin J Alemany | Holland & Knight | 701 Brickell Avenue | Ste 3300 | Miami, FL 33131 |
| aty | Jonathon D Warner | Warner & Scheuerman | 6 West 18th Street | Ste 10th Floor | New York, NY 10011 |
| aty | Lee E Riger | Balfe & Holland, P.C. | 135 Pinelawn Road | Suite 125 North | Melville, NY 11747 |
| aty | Leo V Gagion | New York State Office of the Attorney General | 28 Liberty Street | New York, NY 10005 | |
| aty | Matthew Edward Stolz | Cohen, Weiss and Simon LLP | 909 3rd Ave | Ste 12th Floor | New York, NY 10022 |
| aty | Melissa A. Pena | Norris McLaughlin, P.A. | 7 Times Square, 21st Floor | New York, NY 10036 | |
| aty | Neal Fellenbaum | Zegen & Fellenbaum | 488 Madison Avenue | 11th Floor | New York, NY 10022 |
| aty | Patrick M. Birney | Robinson&Cole LLP | One State Street | Hartford, CT 06103 | |
| aty | Rachael Siegel | DOJ–Ust | Alexander Hamilton Customs House | One Bowing Green | Room 534   New York, NY 10004 |
| aty | Richard M. Seltzer | Cohen, Weiss and Simon LLP | 909 Third Avenue, 12 Floor | New York, NY 10022 | |
| aty | Robert L. LeHane | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York, NY 10007 |
| aty | Robert M. Sasloff | Jacobs P.C. | 717 Fifth Avenue | 26th Floor | New York, NY 10022 |
| aty | Shanna M. Kaminski | Kaminski Law, PLLC | P.O. Box 247 | Grass Lake, MI 49240 | |
| aty | Silvia A Stockman | Herrick, Feinstein LLP | 2 Park Avenue | New York, NY 10016 | |
| aty | Stephen B. Selbst | Herrick, Feinstein LLP | 2 Park Avenue | New York, NY 10016 | |
| aty | Stuart L Kossar | Norris McLaughlin PA | 7 Times Square | 21st Floor | 10036   New York, NY 10036 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 | | |
| 8619885 | 1 Life Fire Safety | PO Box 8299 | Long Island City, NY 11101 | | |
| 8619886 | 123 WASHINGTON LLC c/o | DANIEL LEVINAS MOULINOS & LEVINAS PLLC | New York, NY 10155 | | |
| 8630911 | 123W Hospitality Group LTD. | DBA Skinos | 123 Washington Street | NY, NY 10006 | |
| 8620158 | 788 CIRCLE 75 PARKWAY SE, | SUITE 500 | Atlanta, GA 30339 | | |
| 8624229 | 819 S. Flower L.P. | c/o Warner & Scheuerman | 6 West 18th Street, 10th floor | New York, New York 10011 | |
| 8630660 | 819 S. Flower L.P. | c/o Warner & Scheuerman | 6 West 18th Street, 10th Floor | New York, New York 10011 | |
| 8624962 | 819 S. Flower L.P., | c/o WARNER & SCHEUERMAN | 6 West 18th Street, 10th Floor | New York, New York 10011   Attn: Jonathon D. Warner, Esq. | |
| 8619887 | 960 Associates LLC | 71 West 35th Street | New York, NY 10018 | | |
| 8624147 | 960 Associates LLC | c/o NORRIS McLAUGHLIN, P.A. | 7 Times Square, 21st Floor | New York, NY 10036–6524   Attn: Melissa A. Pea, Esq. | |
| 8624146 | 960 Associates LLC | c/o NORRIS McLAUGHLIN, P.A. | 7 Times Square, 21st Floor | New York, NY 10036–6524   Attn: Stuart L. Kossar, Esq. | |
| 8623407 | 960 Associates LLC | c/o Norris McLaughlin, P.A. | Attn: Melissa Pena & Stuart Kossar | 7 Times Square, FL 21 | New York, NY 10036 |
| 8619889 | A&A Air Conditioning | 161 Coverly Ave | Staten Island, NY 10301 | | |
| 8619890 | A+ Fire Control | 18 AVENUE F | Brooklyn, NY 11218 | | |
| 8619888 | A–Z Fire Alarm Inc. | 300 South Park, Ste. 140 | Hollywood, FL 33021 | | |
| 8619891 | A1 Elevator Service | 1500 Mehle Street | Arabi, LA 70032 | | |
| 8619892 | AA Pipe Repair | 2959 Paine St | Bronx, NY 10461 | | |
| 8619893 | ABC Tank Repair and Lining | 280 East 88th Street | Brooklyn, NY 11236 | | |
| 8619898 | ADCO Security & Lock | 41 W 35th St | New York, NY 10001 | | |
| 8619899 | ADK Water Solutions | 163–33 96th Street | Howard Beach, NY 11414 | | |
| 8619909 | ALRAC ESCALATOR AND ELEVATOR | 406 5th Ave SUITE 265 | Brooklyn, NY 11215 | | |
| 8619914 | AP HVAC | 6509 Fresh Pond Rd | Ridgewood, NY 11385 | | |
| 8619918 | AT&T | 208 S Akard St | Dallas, TX 75202 | | |
| 8627872 | Aareal Capital Corporation | c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center | 175 Greenwich Street   New York, NY 10007   Attn: David I. Zalman, Esq. | |
| 8627874 | Aareal Capital Corporation | c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center | 175 Greenwich Street   New York, NY 10007   Attn: Nathan S. Greenberg, Esq. | |
| 8627873 | Aareal Capital Corporation | c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center | 175 Greenwich Street   New York, NY 10007   Attn: Randall L. Morrison, Jr., Esq. | |
| 8627871 | Aareal Capital Corporation | c/o KELLEY DRYE & WARREN LLP | 3 World Trade Center | 175 Greenwich Street   New York, NY 10007   Attn: Robert L. LeHane, Esq. | |
| 8629345 | Access Mgmt Group Partners LLC | c/o Lazarus & Lazarus, P.C. | 240 Madison Avenue, 8th Floor | New York, NY 10016 | |
| 8629371 | Access Mgmt Group Partners LLC (AMGP) | c/o LAZARUS & LAZARUS, P.C. | 240 Madison Avenue, 8th Floor | New York, New York 10016   Attn: Harlan M. Lazarus, Esq. | |
| 8619894 | Action Carting Environmental Services | 920 East 132nd Street | Bronx, NY 10454 | | |
| 8619895 | Active Cooling and Heating | 60–31 60TH CT | Maspeth, NY 11378 | | |

| | | | | |
|---|---|---|---|---|
| 8619897 | Active Security Systems | 649 2nd Ave Suite 1A | New York, NY 10016 | |
| 8619896 | Active Security and Lock Inc | 649 2nd Avenue | New York, NY 10016 | |
| 8619900 | Admire Landscaping and Lawn Care | 9805 Foster Ave | Brooklyn, NY 11236 | |
| 8619901 | Advanced City Electric | 57 Reade St., Suite 4D | New York, NY 10007 | |
| 8619902 | Agoda | 30 Cecil Street, #19–08 Prudential Tower | Singapore 049712 | |
| 8619903 | Alba Fuel Corp | 2135 Williamsbridge Road | Bronx, NY 10461 | |
| 8619904 | Alexander Blutinger | 45 Park Avenue Apt 1204 | New York, NY 10016 | |
| 8619905 | Alfred | 130 West 25th St. Suite 4C | New York, NY 10001 | |
| 8632630 | Alfred Technologies Corp. | 130 West 25th Street Suite 4C | United States | New York, NY 10001 |
| 8619906 | Allbridge | 2710 Wycliff Road | Raleigh, NC 27607 | |
| 8619907 | Alltech Business Solutions | 762 Fairfield Ave | Kenilworth, NJ 07033 | |
| 8624226 | Alpha Equity Fund | 1545 Route 202 Suite 101 | Pomona, NY 10970 | |
| 8619908 | Alpha Equity Fund c/o Ariel Bouskila, Esq. | Berkovitch & Bouskila, PLLC | 1545 U.S. 20 Pomona, NY 10970 | |
| 8619910 | America Supply Company | 1360 Clifton Avenue Suite 252 | Clifton NJ 07012 | |
| 8619911 | American Pipe and Tank | 11–42 46th Road | Long Island City, NY 11101 | |
| 8619912 | Andrea Romanello Ferdinand | 6 Dogwood Hill | Glen Head NY 11545 | |
| 8624246 | Anish Bhandari | 8703 52nd ave | Elmhurst, NY 11373 | |
| 8621780 | Anna Kuberski | 846 Riverside Ave apt. 204 | Lyndhurst NJ 07071 | NYC, NY 10016 |
| 8619913 | AnswerConnect | 1033 Southeast Main Court, 5, | Portland, OR 97214 | |
| 8619915 | Approved Fire & Security | 5014–16th Ave Suite 48 | Brooklyn, NY 11219 | |
| 8619916 | Ascot Travel Services | 450 7th Avenue, Suite 2401 | New York, NY 10123 | |
| 8619917 | Astound | 1133 Avenue of the Americas | New York, NY 10036 | |
| 8623106 | BI 44, LLC | Joaquin J. Alemany, Esq. c/o Holland & Knight LLP | 701 Brickell Ave. Suite 3300 | Miami, FL. 33131 |
| 8624145 | BI 44, LLC | c/o HOLLAND & KNIGHT LLP | 701 Brickell Avenue, Suite 3300 | Miami, Florida 33131 Attn: Joaquin J. Alemany, Esq. |
| 8619920 | Bai Connect | 15301 Ventura Blvd. Suite D–220 | Sherman Oaks, CA 91403 | |
| 8619921 | Ballard Rosenberg Golper & Savitt, LLP | 15760 Ventura Blvd 18th Floor | Encino, CA 91436 | |
| 8619922 | Banay Consultants LLC | 144–02 Jewel Ave Suite #3 | Flushing, NY 11367 | |
| 8619923 | Baron Promotions & Marketing | 6600 NW 16th Street suite 8 | Fort Lauderdale, FL 33313 | |
| 8619924 | Benecom Technologies | P.O. Box 1279 | Chalmette, LA 70044 | |
| 8619925 | Best Air Solutions | 2555 NW 102 Ave., Suite 104 | Miami, FL 33172 | |
| 8619926 | Best System Sales | 18–20 130th Street | College Point, NY 11356 | |
| 8619927 | Blandon CPA | 13055 SW 42nd Street Suite 106 | Miami, FL 33175 | |
| 8619928 | Bloomy Rose Flowers | 311 Sand Ln | Staten Island, NY 10305 | |
| 8619929 | Blue Star Linen | 6780 NW 37th Ct. | Miami, FL 33147 | |
| 8619930 | Blythe Global | 19800 MacArthur Blvd Suite 300 | Irvine, CA 92612 | |
| 8619931 | Booking.com Oosterdokskade 163 1011 DL | Amsterdam Netherlands | | |
| 8629369 | Booking.com, B.V. | c/o Robinson & Cole LLP | 666 Third Avenue, 20th Floor | New York, New York 10017 Attn: Patrick M. Birney, Esq. |
| 8629370 | Booking.com, B.V. | c/o Robinson & Cole LLP | One State Street | Hartford, CT 06103 Attn: Annecca H. Smith, Esq. |
| 8619932 | Brandon Elster | c/o 71 West 35th Street | New York, NY 10001 | |
| 8619933 | Breezeline | 10785 Marks Way | Hollywood, FL 33025 | |
| 8619934 | Bright Clean and Company | 11900 Biscayne Blvd. Suite 604 | Miami, FL 33181 | |
| 8625808 | Briscoe Protective LLC | 200 Garden City Plaza, Suite 315 | Garden City, NY 11530 | |
| 8619935 | Briscoe Protective/Kirschenbaum & Kirsch | 200 Garden City Plaza | Garden City, NY 11530 | |
| 8623618 | Broadridge Financial Solutions | 1155 long Island Avanue | Edgewood, NY 11717 | |
| 8619936 | Brooklyn Elevator Inc. | 16 Shenandoah Ave | Staten Island, NY 10314 | |
| 8619937 | Brophy Brothers | 15 Harrison Avenue | Yonkers, NY 10705 | |
| 8619938 | Bunker360 | 5727 NW 7th St. Ste 320 | Miami, FL 33126 | |
| 8619939 | Burlett Refrigeration | P.O. BOX 7277 | Slidell, LA 70469 | |
| 8631241 | CENTRI BUSINESS CONSULTING, LLC | a PENNSYLVANIA LIMITED LIABILITY CO. SPRECHMAN & FISHER, PA | 2775 SUNNY ISLES BLVD. STE. 100 | MIAMI, FL 33160 |
| 8625847 | COMCAST | PO BOX 1931 | Burlingame, CA 94011 | |
| 8621394 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | BANKRUPTCY / EAG GROUP | 4 IRVING PLACE 9TH FLOOR | NEW YORK, NY 10003 |
| 8619974 | CTS Systems | 11700 Atlantis PL, Suite D7 | Alpharetta, GA 30022 | |
| 8619940 | Caitlin Hepburn c/o Tamra Carsten Givens Shavitz L | 951 Yamato Road | Boca Raton, FL 33431 | |
| 8619941 | Calamus Enterprises | 302 Lawrence Dr, | Rockville, MD 20850 | |
| 8619942 | Canary Technologies Corp. | P.O. Box 103849 | Pasadena, CA 91189 | |
| 8619943 | Canon Financial Services | 14904 COLLECTIONS CENTER DRIVE | Chicago, IL 60693 | |
| 8619944 | Casa Laundromat | 7320 Richmond Hwy | Alexandria, VA 22306 | |
| 8619945 | Catherine Carlin | 825 Childs Avenue | Drexel Hill, PA 19026 | |
| 8619946 | Celino's Landscaping Designs | 3325 SW 127th Ave | Miami, FL 33175 | |
| 8619947 | Chargeback Help | 7360 El Camino Real Suite A | Atascadero, CA 93422 | |
| 8619948 | Cheney Brothers | 2061 Martin Luther King Jr Blvd Suite 20 | West Palm Beach, FL 33404 | |
| 8619949 | ChillCo | 30042 North Dixie Ranch Road | Lacombe, LA 70445 | |
| 8619950 | Christopher Carlin | 44 Jackson Avenue | Chatham, NJ 07928 | |
| 8619951 | Cigna | 2000 S. Colorado Blvd,Tower 3, Floor 12 | Denver, CO 80222 | |
| 8619952 | Cintas | 546 Green Lane | Union, NJ 07083 | |
| 8624955 | Cintas Corporation No. 2 d/b/a Cintas Corporation | c/o Rosenberg Fortuna & Laitman, LLP | Attn Lee E. Riger, Esq. 666 Old Country Road, Suite 810 | Garden City, NY 11530 |
| 8624969 | Cintas Corporation No. 2, etc. | c/o Rosenberg Fortuna & Laitman, LLP | 666 Old Country Road, Suite 810 | Garden City, New York 11530 Attn: Lee E. Riger, Esq. |

| | | | |
|---|---|---|---|
| 8619953 | Citran Cooperman | 50 Rockefeller Plaza | New York, NY 10020 |
| 8619954 | City of Miami | 1700 Convention Center Drive 3rd Flr | Miami Beach, FL 33139 |
| 8619955 | City of Miami Beach water | 1700 Convention Center Drive 3rd Flr , | Miami Beach, FL 33139 |
| 8619956 | Citywide Fire Sprinkler | 31–70 College Point Blvd | Flushing, NY 11354 |
| 8619957 | Clear Connection/NCS Credit | 11850 Baltimore Ave, Suite A | Beltsville, MD 20705 |
| 8619958 | Cloud 5 | PO Box 772475 | Detroit, MI 48277 |
| 8619959 | Coastal Fire Protection | 200 L and A Road, Suite B | Metairie, LA 70001 |
| 8619960 | Cogent Waste Solutions/RHK Recovery Group | 58–35 47th Street | Maspeth, NY 11378 |
| 8619961 | Comcast Business | 1701 JFK Blvd., | Philadelphia, PA 19103 |
| 8619962 | Commercial Laundries | 8510 NW 56 STREET | Miami, FL 33166 |
| 8619964 | ConEdison | 390 West Route 59 | Spring Valley, NY 10977 |
| 8619963 | Coned Steam | 4 Irving place, | New York, NY 10003 |
| 8619965 | Continental Elevator | 4209 Verdant Street | Los Angeles, CA 90039 |
| 8619966 | Continental Stock Transfer & Trust Co. | 1 State Street | New York, NY 10004 |
| 8619967 | Corporate Rentals | 8840 Greenwood Place Suite A | Savage, MD 20763 |
| 8619969 | Corporation Counsel of the City of NY | 100 Church Street | New York, NY 10007 |
| 8619970 | Corporation Service Company Corporate Center, | 100 Princeton South | Trenton, NJ 08628 |
| 8619971 | Costar Group | 1331 L Street, | Washington, DC 20005 |
| 8629235 | Craig Saunders, Esq. Munzer & Saunders, LLP | 2 Park Avenue, 20th Floor | NY, NY 10016 |
| 8629236 | Craig Saunders, Esq. Munzer & Saunders, LLP | 2 Park Avenue, 20th Floor | NY, NY 10016 |
| 8619972 | Croker Fire Drill | 235 Brooksite Drive | Hauppauge, NY 11788 |
| 8619973 | Crown Castle | PO Box 28730 | New York, NY 10087 |
| 8619979 | DC Water | 1385 Canal Street SE | Washington, DC 20003 |
| 8619980 | DEB Systems | 297 Second Ave | Saint James, NY 11780 |
| 8619983 | DETAIL RENOVATIONS, INC. c/o JOHN BENJAMIN SIMONI | 1 Penn Plaza, Suite 3 | New York, NY 10119 |
| 8619984 | DGA Security | 429 West 53rd Street | New York, NY 10019 |
| 8619990 | DPG 2002 Irrevocable IG Trust | 3625 S Town Center Drive Suite 100 | Las Vegas, NV 89135 |
| 8619975 | Daikin/Commercial Collection Group of NY | 13600 Industrial Park Blvd | Minneapolis, MN 55441 |
| 8619976 | David Gurfein ALEXANDER ROBERT KLEIN Barket Epstein Kearon Aldea & LoTurco, L | 666 Old Country Rd., Ste 700 | Garden City, NY 11530 |
| 8619977 | Davis & Gilbert LLP | 1675 Broadway | New York, NY 10019 |
| 8619978 | Day Pitney | 360 South Rosemary Avenue, Suite 1605 | West Palm Beach, FL 33401 |
| 8619981 | Degmor | 1 12th Street | Brooklyn, NY 11215 |
| 8619982 | DeltaWash Lehigh Valley, LLC | PO Box 3795 | Easton, PA 18043 |
| 8619985 | Diamond Shine | 6742 Forest Hill Blvd #379 | West Palm Beach, FL 33413 |
| 8624963 | Digital Arbitrage, Inc. d/b/a Cloudbeds c/o DLA PIPER LLP (US) | 1251 Avenue of the Americas New York, NY 10020–1104 Telephone: (212) 335–4500 | Attn: Dennis C. ODonnell, Esq. |
| 8624965 | Digital Arbitrage, Inc. d/b/a Cloudbeds c/o DLA PIPER LLP (US) | 444 West Lake Street, Suite 900 Chicago, Illinois 60606 | Attn: Corinne V. Smith, Esq. |
| 8624964 | Digital Arbitrage, Inc. d/b/a Cloudbeds c/o DLA PIPER LLP (US) | 444 West Lake Street, Suite 900 Chicago, Illinois 60606 | Attn: Oksana Koltko Rosaluk, Esq. |
| 8619987 | Direct TV | PO BOX 5006 | Carol Stream, IL 60197 |
| 8619989 | Dormakaba | 105 blvd Marcel–Laurin Montr al, Quebec, | |
| 8619992 | Ecolab | PO Box 32027 | New York, NY 10087 |
| 8619993 | Edge Linen Service | 2040 Edwin Ave | Fort Lee, NJ 07024 |
| 8632368 | Edith K. K. Thomas | 8757 Georgia Ave. Suite 400 | Silver Spring, MD 20910 |
| 8619994 | Edward J. Borkowski SEP IRA | 527 North Mallory Circle | Delray Beach, FL 33483 |
| 8619995 | Eisner Advisory Group LLC | 733 3rd Avenue | New York, NY 10017 |
| 8619996 | Elan & Eva Blutinger | 2927 44th Street NW | Washington, DC 20016 |
| 8628324 | Elan and Eva Blutinger | 2927 44TH STREET NW United States | WASHINGTON, DC 20016–3548 |
| 8629618 | Elavon, Inc. c/o Weltman, Weinberg & Reis Co., LPA | 5475 Rings Road, Suite 200 | Dublin, OH 43017 |
| 8619997 | Elizabeth Brown c/o Gregg Cohen Greenberg Zipin, Amster & Greenberg, LLC. (NA/MD) | 8757 Georgia Ave Suite 400 | Silver Spring, MD 20910 |
| 8619998 | Empire Electric | 2200 SW 67th Ave | Miami, FL 33155 |
| 8619999 | Empire Filings | 99 WALL STREET SUITE 624 | New York, NY 10005 |
| 8620000 | Empire Fire | 2200 SW 67th Ave | Miami, FL 33155 |
| 8620001 | Energy IQ Group | 6670 East Rogers Circle | Boca Raton, FL 33487 |
| 8620002 | Enseo | 2201 10th Street | Plano, TX 75074 |
| 8620003 | Entergy Tower | 639 Loyola Avenue | New Orleans, LA 70113 |
| 8628091 | Euler Hermes agent for UNIVERSAL FUNDING CORPORATI ATTN: Guy P Young Jr | 100 International dr 22nd floor | Baltimore, MD 21202 |
| 8620004 | Event Temple | PO BOX : 28053 | Vancouver, British Columbia Canada V6C 3T7 |
| 8620005 | Expansive | 318 West Adams Street | Chicago, IL 60606 |
| 8620006 | Expedia | 1111 Expedia Group Way | W Seattle, WA 98119 |
| 8620012 | FLYR Silverstream House, 45 Fitzroy Street, | London, England W1T 6EB | United Kingdom |
| 8620007 | Ferdinand Family Trust LLC | 4746 Carlton Golf Drive | Lake Worth, FL 33449 |
| 8620008 | Filco Carting | 161 MCKINLEY STREET | Closter, NJ 07624 |
| 8620009 | Fire Technology Services | 41–20 39th Street, Suite 30 | Sunnyside, NY 11104 |
| 8620010 | First Response Exterminating | 245 Hooker Place | Staten Island, NY 10303 |
| 8620011 | Five Boro Fuel Oil LTD. | 1878 VICTORY BOULEVARD | Staten Island, NY 10314 |
| 8629351 | Florian Le Callonnec | 13 rue mile Ledoux 25000 Besanon France | 13 rue mile Ledoux 25000 Besanon France |
| 8621117 | Florida Power & Light | 4200 W FLAGLER ST, RRD/LFO–BKY | CORAL GABLES, FL 33134 |
| 8620013 | Front Desk Supply | 3830 Valley Centre Drive, Suite 705, | San Diego, CA 92130 |

| | | |
|---|---|---|
| 8620014 | Frontline Funding, LLC | c/o ZACHARY JAMES THOMAS TURQUAND   600 3rd Ave #25   Mintz and Gold LLP   New York, NY 10016 |
| 8620015 | G&B Law LLP | 16000 VENTURA BOULEVARD SUITE1000   Encino, CA 91436 |
| 8620016 | Google | 1600 Amphitheatre Parkway   Mountain View, CA 94043 |
| 8620017 | Gotham Cleaners | 377 Valley Road   Clifton, NJ 07013 |
| 8620018 | Goudy Park Capital LP | 249 Queens Lane   Palm Beach, FL 33480 |
| 8620019 | Grassi & Co. | 50 Jericho Quadrangle, Suite 200   Jericho, NY 11753 |
| 8620020 | Graubard Hunton Morvillo | 405 Lexington Avenue – 11th Floor   New York, NY 10174 |
| 8620021 | Gray Matter Networks | 228 East Route 59,   Suite 146   Nanuet, NY 10954 |
| 8620022 | Green Earth Beverage Systems | 6453 W Rogers Cir Ste S7   Boca Raton, FL 33487 |
| 8627672 | Greenle Partners LLC | c/o Bonnie R. Golub, Esq.   Weir LLP   1330 Avenue of the Americas, 23rd Fl.   New York, NY 10019 |
| 8627876 | Greenle Partners LLC | c/o WEIR LLP   1330 Avenue of the Americas   23rd Floor   New York, NY 10019   Attn: Bonnie R. Golub, Esq. |
| 8620023 | Greenle Partners LLC Series Alpha PS | 156 W Saddle River Road   Saddle River, NJ 07458 |
| 8620024 | Guest Supply | PO Box 6771   Somerset, NJ 08875 |
| 8620027 | HD SUPPLY FACILITIES MAINTENANCE, LTD. | Taroff & Taitz GREGORY JAMES IPPOLITO   630 Johnson Ave.   Suite 105   Bohemia, NY 11716 |
| 8620026 | HD Supply Company/ABC Amega | 500 Seneca Street, Suite 503   Buffalo, NY 14204 |
| 8623546 | HD Supply Facilities Maintenance, LTD | 101 Riverview Parkway   Santee, CA 92071 |
| 8620030 | HOTEL ASSOCIATION OF NEW YORK CITY, INC. | 34 East 51st Street, 8th Floor   New York, NY 10022 |
| 8620025 | Harvard Maintenance | 201 S. Biscayne Blvd. 24th Floor   Miami, FL 33131 |
| 8620028 | Helms Briscoe Performance Group | P.O. Box 208976   Dallas, TX 75320 |
| 8620029 | HopSkip/Leviton Law Firm | 533 E Girard Ave, Suite 27053   Philadelphia, PA 19125 |
| 8619659 | Hotel & Gaming Trades Council, AFL–CIO | 707 8th Avenue,   New York NY 10036 |
| 8619743 | Hotel & Gaming Trades Council, AFL–CIO | c/o Cohen, Weiss and Simon LLP   909 Third Avenue, 12th Floor   New York, NY 10022   Attn: K. Jeff Wang, Esq. |
| 8619744 | Hotel & Gaming Trades Council, AFL–CIO | c/o Cohen, Weiss and Simon LLP   909 Third Avenue, 12th Floor   New York, NY 10022   Attn: Matthew Stolz, Esq. |
| 8619742 | Hotel & Gaming Trades Council, AFL–CIO | c/o Cohen, Weiss and Simon LLP   909 Third Avenue, 12th Floor   New York, NY 10022   Attn: Richard M. Seltzer, Esq. |
| 8620031 | Hotel Web Strategies LLC | 1320 Twin Knoll Drive   Plano, TX 75094 |
| 8620033 | Hwood Apartments, LLC | ALANA YAKOVLEV   Law Offices of Alana Yakovlev   2801 Green Street #9   Hollywood, FL 33020 |
| 8620034 | Hydr8 | 329 38th St   2nd Fl   Brooklyn, NY 11232 |
| 8620040 | IPFS Corporation | 3522 THOMASVILLE RD   STE 400   Glen Rock, NJ 07452 |
| 8620043 | IV Waste | 730 South Pierce   New Orleans, LA 70119 |
| 8620035 | Improcom, Inc – NY | 1803 Gravesend Neck Road   Brooklyn, NY 11229 |
| 8620036 | InComm Conferencing | 208 HARRISTOWN ROAD   Glen Rock, NJ 07452 |
| 8620037 | Insparisk | 6143 186th St.   Fresh Meadows, NY 11365 |
| 8620038 | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101 |
| 8620039 | Ionic Ventures LLC | 3053 Fillmore Street Suite 256   San Francisco, CA 94123 |
| 8620041 | Islandaire | 500 Middle Country Road   Saint James, NY 11780 |
| 8620042 | Isseks Bros Inc | 298 Broome Street   New York, NY 10002 |
| 8620047 | JB Pest Control/JB McHale Pest Management | POB 140178   Staten Island, NY 10314 |
| 8620044 | Jack Jaffa & Associates | 147 Prince Street   Brooklyn, NY 11201 |
| 8620046 | Janice Pack | THE LAW OFFICES OF FRANK R. CRUZ Frank R   2121 Avenue of the Stars   Los Angeles, CA 90067 |
| 8620048 | Jepol | 60–80 60th Lane   Maspeth, NY 11378 |
| 8620049 | Johnson Controls/ MARKOWITZ, RINGEL, TRUSTY & HART | 380 North St   Teterboro, NJ 07608 |
| 8620050 | Jonathan Old | 388 Brushy Ridge Road   New Canaan, CT 06840 |
| 8620051 | Jotform Inc. | 4 Embarcadero Center,   Suite 780,   San Francisco, CA 94111 |
| 8620053 | Kalibri Labs | 10221 River Rd. Unit #59655   Potomac, MD 20859 |
| 8620054 | LDI Connect | 50 Jericho Quadrangle   Jericho, NY 11753 |
| 8620058 | LM Media Worldwide | 208 Lenox Avenue, Suite #219   Westfield, NJ 07090 |
| 8629362 | Le Callonnec Florian | 13 rue mile Ledoux 25000 Besanon France   13 rue mile Ledoux 25000 Besanon France |
| 8620055 | Lerch Bates | 1430 Broadway, Suite 203   New York, NY 10018 |
| 8620056 | Lighthouse Intelligence | PO Box 103438   Pasadena, CA 91189 |
| 8620057 | Live Smart Ai LLC | 16 Beach Drive   Huntington, NY 11743 |
| 8620059 | Long Island Mechanical | 4940 Merrick Road   Massapequa Park, NY 11762 |
| 8631044 | Louisiana Works formerly Louisiana Workforce Comm. | 1001 North 23rd Street, First Floor   Baton Rouge, LA 70802 |
| 8632709 | MASSACHUSETTS DEPARTMENT OF REVENUE | PO BOX 7090   BOSTON, MA 02204–7090 |
| 8620068 | MIAMI–DADE COUNTY TAX COLLECTOR | 200 NW 2 AVENUE   Miami, FL 33128 |
| 8620071 | MS Shift, Inc. | One World Trade Center, Suite 49A   New York, NY 10007 |
| 8627868 | MURIEL GOODE–TRUFANT | Corp. Counsel of the City of New York   100 Church Street. Room 5–239   New York, New York 10007   Attn: Bernadette Brennan, Esq. |
| 8620060 | Mackenzie Door Company | 4900 West Side Ave   North Bergen, NJ 07047 |
| 8620061 | Mako Fire | 13063 SW 133rd CT   Miami, FL 33186 |
| 8620062 | Malone Bailey | 10370 Richmond Avenue, Suite 600   Houston, TX 77042 |
| 8620063 | Mary GH Old Grandchildren's Trust | 388 Brushy Ridge Road   New Canaan, CT 06840 |
| 8620064 | Matt Markowitz Design Group | 10 East 23rd Street   Suite 510 New York, NY 10010 |
| 8620065 | Mesalain | 37 Driftwood Blvd.   Kenner, LA 70065 |
| 8620066 | Metro Group/Atwell Curtis & Brooks Ltd. | 50–23 23rd St,   Long Island City, NY 11101 |

| | | |
|---|---|---|
| 8620067 | Meyers Saxon and Cole | 3620 Quentin Road,   Brooklyn, NY 11234 |
| 8620069 | Michael James | 51 Gloria Drive   Allendale, NJ 07401 |
| 8620070 | Morvillo Abramowitz Grand Iason & Anello | 565 Fifth Avenue   New York, NY 10017 |
| 8620072 | My Device | 7031 Koll Center Parkway,   Suite 120   Moraga, CA 94556 |
| 8623497 | NEW YORK STATE DEPARTMENT OF LABOR | 1220 WASHINGTON AVE. BLDG 12 RM 256   ALBANY, NY 12226 |
| 8620077 | NY Fire Consultants, Inc. | 481 Eighth Avenue, Suite 618   New York, NY 10001 |
| 8620078 | NYC Dept of Tax and Finance | 66 John St   New York, NY 10038 |
| 8620079 | NYC IT Works | 67 Anderson Ave   Englewood Cliffs, NJ 07632 |
| 8620080 | NYC–CTIS | 320 Adolphus Ave Apt 1115   Cliffside Park, NJ 07010 |
| 8620081 | NYS Attorney general s Office | 28 Liberty Street   New York, NY 10005 |
| 8621550 | NYS Department of Taxation and Finance | c/o Office of NYS Attorney General   Attn: Leo V. Gagion   28 Liberty Street, 17th Floor   NY, NY 10005 |
| 8620082 | NYS Dept. Taxation & Finance Bankruptcy/ | Special Procedures Section   P.O. Box 5300   Albany, NY 12205 |
| 8620073 | Nasdaq | 151 W 42nd Street   New York, NY 10036 |
| 8620074 | National Grid | 2 Hanson Place   Brooklyn, NY 11217 |
| 8627640 | National Grid | Attn: Linda DeMauro   PO Box 4706   United States   Syracuse, NY 13221 |
| 8625807 | Neil Ackerman | Kirschenbaum & Kirschenbaum, P.C.   200 Garden City Plaza, Suite 315   Garden City, NY 11530 |
| 8620075 | Netvoix | 2700 Glades Circle Suite 151   Fort Lauderdale, FL 33327 |
| 8627822 | New York Hotel Trades Council, etc. | c/o Cohen, Weiss and Simon LLP   909 Third Avenue, 12th Floor   New York, NY 10022   Attn: K. Jeff Wang, Esq. |
| 8627823 | New York Hotel Trades Council, etc. | c/o Cohen, Weiss and Simon LLP   909 Third Avenue, 12th Floor   New York, NY 10022   Attn: Matthew E. Stolz, Esq. |
| 8627821 | New York Hotel Trades Council, etc. | c/o Cohen, Weiss and Simon LLP   909 Third Avenue, 12th Floor   New York, NY 10022   Attn: Richard M. Seltzer, Esq. |
| 8627824 | New York Hotel Trades Council, etc. | c/o Pitta LLP   120 Broadway, 28th Floor   New York, NY 10271   Attn: Barry N. Saltzman, Esq. |
| 8621601 | New York State Dept. of Taxation and Finance | c/o Assistant Attorney General   New York State Attorney General   28 Liberty Street, 17th Floor   New York, NY 10005   Attn: Leo V. Gagion, Esq. |
| 8620076 | Novian & Novian | 1801 Century Park East, Suite 1201   Los Angeles, CA 90067 |
| 8620084 | OATH | 66 John Street, 10th Floor   New York, NY 10038 |
| 8620085 | Office for US Attorneys | United States Department of Justice   950 Pennsylvania Avenue, NW, Room 2242   Washington, DC 20530 |
| 8626981 | Office of the Corporation Counsel | City of New York   100 Church Street   New York, New York   Bernadette Brennan |
| 8620086 | Office of the Impartial | 131 Livingston St.   Brooklyn, NY 11201 |
| 8620087 | Old Family Grandchildren's Trust | 388 Brushy Ridge Road   Joint Base MDL, NJ 08640 |
| 8620088 | Old Family Trust FBO Elizabeth Ker | 388 Brushy Ridge Road   New Canaan, CT 06840 |
| 8620089 | Old Family Trust FBO Jonathan W Old III | 388 Brushy Ridge Road   New Canaan, CT 06840 |
| 8620090 | On Hold Marketing and Communications | P.O. Box 4797   Cary, NC 27519 |
| 8620091 | One Fire Services | 8 Prosperity Dr   Suffern, NY 10901 |
| 8620092 | Oracle America | PO Box 203448   Dallas, TX 75320 |
| 8620093 | PAR | 60 N Prospect Ave   Lynbrook, NY 11563 |
| 8620094 | Passionate Produce | 210 Himrod St, Apt. 2L   Brooklyn, NY 11237 |
| 8620095 | Patrick McNamee | 4871 Oxford Dr   Sarasota, FL 34242 |
| 8629955 | Patty Johnson | 807 Nation Road   Abbeville, SC 29620 |
| 8620096 | Pepco | PO BOX 13608   Philadelphia, PA 19101 |
| 8620097 | Phillip J. Kellett LLC | P.O. Box 864   Cranford, NJ 07016 |
| 8620098 | Power Drain Rooter | P. O. Box 190792   Brooklyn, NY 11219 |
| 8620099 | Premier Source | P.O. Box 10175   New Orleans, LA 70181 |
| 8620100 | Premium Pest Control | P.O. Box 1261   Linden, NJ 07036 |
| 8620101 | Prime Linen | 8012 NW 90TH ST   Miami, FL 33166 |
| 8620102 | Pro Pump | 707 Woodfield Road,   West Hempstead, NY 11552 |
| 8620103 | Promise Hospitality | 60 S 8th St, Apt 901,   Brooklyn, NY 11249 |
| 8620104 | Puro Sentido | 401 NW 51st Street,   Fort Lauderdale, FL 33309 |
| 8620106 | Quench USA | 14800 Frye Road, 2nd Floor   Fort Worth, TX 76155 |
| 8620108 | RDW Capital LLC | 156 W Saddle River Road   Saddle River, NJ 07458 |
| 8620115 | RMAC Supplies | 140 Ludlow Ave,   Northvale, NJ 07647 |
| 8620122 | RTS Sanitation | 115 Broadway, Suite 1400,   New York, NY 10006 |
| 8620124 | RX Music | 1020 Lawrence Ave. W.   Suite 206 Toronto, |
| 8624203 | Randy J. Perlmutter, Esq. | Kantrowitz, Goldhamer & Graifman, P.C.   135 Chestnut Ridge Road   Suite 200   Montvale, NJ 07645 |
| 8620107 | Raymond & Catherine Marzulli | 21 Afton Terrace   East Hanover, NJ 07936 |
| 8620109 | Ready Refresh | P.O. Box 856192   Louisville, KY 40285 |
| 8620110 | Red Cap | 35–45 35th Street   Astoria, NY 11106 |
| 8620111 | Regency Group | 251 West 39th Street,   New York, NY 10018 |
| 8620112 | Renodis | 476 Robert Street   North Saint Paul, MN 55101 |
| 8620113 | Rise Elevator Inspection LLC | 168 Norfolk St. Suite A   Brooklyn, NY 11235 |
| 8620114 | Riverside Developers USA | 29 Little Nassau Street, Suite 118   Brooklyn, NY 11205 |
| 8624968 | Robert Arigo | c/o Zegen & Fellenbaum   488 Madison Avenue, 11 th Floor   New York, New York 10022   Attn: Neal Fellenbaum, Esq. |
| 8620116 | Romel Services | 7263 Pomelo   Dr West Hills, CA 91307 |
| 8620117 | Rosenthal Law Group | 2115 North Commerce Parkway   Fort Lauderdale, FL 33326 |
| 8620118 | Rosenwach Tank Co | 43–02 Ditmars Blvd. 2nd Floor   Astoria, NY 11105 |
| 8620119 | Rosewood Fire Equipment company | 2042 Wantagh Ave Unit A   Wantagh, NY 11793 |
| 8620120 | Roto–Rooter | 520 Elmwood Park Blvd   Suite 190   New Orleans, LA 70123 |

| | | |
|---|---|---|
| 8620121 | Royal Linen Laundry Services | 1295 NW 54th St, Miami, FL 33142 |
| 8620123 | Russell's Cleaning Services | 3704 Robertson Street Metairie, LA 70001 |
| 8620129 | SCHRIPPS BAKING, LLC | c/o REGINA M. MCGOWAN, P.C. REGINA MICHE    81 Deer Path Rd    Central Islip, NY 11722 |
| 8620143 | STAFFING GROUP HOLDINGS, LLC | c/o ZACHARY JAMES THO    600 Third Avenue 25thn Floor    New York, NY 10016 |
| 8620125 | Safety Fire Sprinkler Corp | 1070 38th Street    Brooklyn, NY 11219 |
| 8620126 | Sani Wash | PO Box 1943    Long Island City, NY 11101 |
| 8628997 | Say Technologies LLC | 85 Willow Road    Menlo Park, CA 94025-3656 |
| 8620127 | Scent Air/AG Adjustments | 3810 Shutterfly Rd S-900    Charlotte, NC 28217 |
| 8620128 | Schripps Baking | 5410 Tonnelle Ave    North Bergen, NJ 07047 |
| 8620130 | Schwartz Sladkus | 444 Madison Avenue    New York, NY 10022 |
| 8620131 | Setton | 225 West 35th St., Suite 1500    New York, NY 10001 |
| 8620132 | Sewerage and Water Board of New Orleans | 625 St. Joseph St.    New Orleans, LA 70165 |
| 8620133 | Signature Elevator | 1086 Myrtle Ave    Suite #202    Brooklyn, NY 11206 |
| 8620134 | Silver Paint | 1138 Normandy Dr.    Miami Beach, FL 33141 |
| 8620135 | Simon Industries | 23-41 BORDEN AVENUE    Long Island City, NY 11101 |
| 8620136 | Skinos | 123 Washington Street    New York, NY 10006 |
| 8620137 | Skyline Elevator | 125 Park Ave 25Fl    New York, NY 10017 |
| 8622859 | Slate Advance | c/o KAMINSKI LAW, PLLC    27-01 Queens Plaza North, Ste. 802    Long Island City, New York 11101    Attn: Shanna M. Kaminski, Esq. |
| 8622659 | Slate Advance | c/o Kaminski Law PLLC    27-01 Queens Plaza North, Ste. 802    Long Island City, New York 11101 |
| 8620138 | Sojern | 575 Market Street, 4th Floor,    San Francisco, CA 94105 |
| 8620139 | Spectrum Enterprise | PO Box 223085    Pittsburgh, PA 15251 |
| 8620140 | Spectrum Towels and Linens Inc | 15230 San Fernando Mission Blvd Unit B10    Mission Hills, CA 91345 |
| 8620141 | St Tammany Linen | 3910 FLORIDA ST.    Mandeville, LA 70448 |
| 8625304 | St. Giles Hotel LLC | c/o HERRICK, FEINSTEIN LLP    Two Park Avenue    New York, NY 10016    Attn: Stephen B. Selbst, Esq. |
| 8627869 | St. Giles Hotel LLC | c/o HERRICK, FEINSTEIN LLP    Two Park Avenue    New York, NY 10016    Attn:Janice Goldberg, Esq. |
| 8627878 | St. Giles Hotel LLC | c/o HERRICK, FEINSTEIN LLP    Two Park Avenue    New York, New York 10016    Attn: Silvia Stockman, Esq. |
| 8627035 | St. Giles Hotel LLC | c/o Janice Goldberg    Two Park Avenue    New York, New York 10016 |
| 8627790 | St. Giles Hotel LLC | c/o Silvia Stockman    Herrick, Feinstein LLP    Two Park Avenue    New York, New York 10016 |
| 8624958 | St. Giles Hotel LLC | c/o Stephen B. Selbst    Herrick, Feinstein LLP    Two Park Avenue    New York, New York 10016 |
| 8620142 | Stacy L Giunta Rev Trust | 65 Edgewood Place    Fairfield, CT 08625 |
| 8620144 | Star Laundry | 421 E 16th St    Paterson, NJ 07514 |
| 8620145 | Sterling Sanitary Supply Corp | 32-32 57th Street    PO Box 787    Woodside, NY 11377 |
| 8620146 | Sunrise Produce | 500 Burning Tree Road    Fullerton, CA 92833 |
| 8620147 | Surface Specialists of NY | 31 New Haven Railroad St    Mount Vernon, NY 10550 |
| 8620150 | TBT Deep Cleaning LLC | 15240 NE 2ND AVE    North Miami, FL 33162 |
| 8628563 | TFP1, INC. | DAVID KLEINMAN    111 CROSSWAYS PARK DR. W    WOODBURY NY 11797 |
| 8620153 | THE CITY OF NEW YORK | New York City Mayor's Office of Special    ARON M ZIMMERMAN    22 Reade Street 4th Floor    New York, NY 10007 |
| 8624204 | TRI-STATE LINEN, INC. | Kantrowitz, Goldhamer & Graifman, P.C.    135 Chestnut Ridge Road    Suite 200    Montvale, NJ 07645 |
| 8620166 | TUSCANY LEGACY LEASING LLC | AMANDA LAUREN KATZ ROSENBERG & ESTIS    733 3rd Ave New York, NY 10017 |
| 8620148 | Tambourine | 45 Rockefeller Plaza #2000,    New York, NY 10111 |
| 8620149 | Tauto | 109 West 38th Street    Suite 1004    New York, NY 10018 |
| 8620151 | TechCare Computers | 2805 S. Robertson Blvd    Los Angeles, CA 90034 |
| 8620152 | Telego | 248 52nd Street    Brooklyn, NY 11220 |
| 8620154 | The Daylight Savings Company | 48 N. Church St.    Goshen, NY 10924 |
| 8620155 | Ticketech | 53-01 11th    St Suite #103    Long Island City, NY 11101 |
| 8620156 | Tikva Security | 163 Boulevard,    Passaic, NJ 07055 |
| 8620159 | Total Fire Protection | 111 Crossways Park Drive    Woodbury, NY 11797 |
| 8620160 | Tower Signs and Awnings | 40 Nassau Terminal Rd,    New Hyde Park, NY 11040 |
| 8620161 | Traco | 1 Maple Street, Unit #4    East Rutherford, NJ 07073 |
| 8620162 | Treater, Inc | 100 Furnace St,    Oriskany, NY 13424 |
| 8620163 | Triumvirate Environmental | P.O. Box 150502    Hartford, CT 06115 |
| 8620164 | Trustees of the New York Hotel Trades Co | Trevor Hanrahan Pitta LLP    120 Broadway    Ste 28th Floor New York, NY 10271 |
| 8620167 | U.S. Coffee | 51 ALPHA PLAZA    Hicksville, NY 11801 |
| 8620170 | US Foods | 1051 AMBOY AVE    Perth Amboy, NJ 08861 |
| 8620168 | Ultra Chem | 2 Bridge Ave #631    Red Bank, NJ 07701 |
| 8620169 | Uniforms Number One | 6600 N.W. 16 STREET    Suite 8    Fort Lauderdale, FL 33313 |
| 8620171 | VentRight | P.O. Box    161 Lawrence, NY 11559 |
| 8620172 | Verizon | PO Box 15403    Albany, NY 12212 |
| 8620181 | WNW Fire Sprinklers | 589 East 56th Street    Brooklyn, NY 11203 |
| 8620173 | Washington Gas | 6801 Industrial Rd.    Springfield, VA 22151 |
| 8620174 | Waste Connections | 33 Wood Ave S Ste    810 Iselin, NJ 08830 |
| 8620175 | Waste Management | 800 Capitol St,    Suite 3000    Houston, TX 77002 |
| 8620176 | Water Engineering Services | PO Box 518    Moorestown, NJ 08057 |

| | | |
|---|---|---|
| 8620177 | Western Pest | 800 Lanidex Plaza    Parsippany, NJ 07054 |
| 8620178 | Window Repair NYC | 244 5th Avenue, apt E152    New York, NY 10001 |
| 8620179 | Wire Master | 8 Prosperity Dr    Suffern, NY 10901 |
| 8620180 | Wiring Resources | 900 Camp St    3rd fl    New Orleans, LA 70130 |
| 8622117 | Wyndham Franchisor Creditors | c/o K&L Gates LLP    Attn.: Daniel M. Eliades, Esq.    One Newark Center, 10th Floor    Newark, NJ 07102 |
| 8622118 | Wyndham Franchisor Creditors | c/o K&L Gates LLP    Attn.: Daniel M. Eliades, Esq.    One Newark Center, 10th Floor    Newark, NJ 07102 |
| 8624151 | Wyndham Hotel Group, LLC, etc. | c/o Connell Foley LLP    One Newark Center, 19th Floor    Newark, New Jersey 07102    Attn: Bryan P. Couch, Esq. |
| 8622857 | Wyndham Hotel Group, LLC, etc. | c/o K&L GATES LLP    One Newark Center, Tenth Floor    1085 Raymond Boulevard    Newark, New Jersey 07102    Attn: Daniel M. Eliades, Esq. |
| 8622858 | Wyndham Hotel Group, LLC, etc. | c/o K&L GATES LLP    One Newark Center, Tenth Floor    1085 Raymond Boulevard    Newark, New Jersey 07102    Attn: David S. Catuogno, Esq. |
| 8620182 | Zoro.com | PO Box 5233    Janesville, WI 53547 |

TOTAL: 412