**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| LUXURBAN HOTELS INC., | : | Case No. 25-12000 (DSJ) |
| LUXURBAN RE HOLDINGS LLC | : | Case No. 25-12001 (DSJ) |
| | | |
| Debtors. | : | |

------------------------------------------------------------ x

### ORDER GRANTING ST. GILES' MOTION TO MODIFY THE AUTOMATIC STAY TO PERMIT HOLDOVER PROCEEDING

Upon the motion (the "Motion") **[ECF No. 58]** of St. Giles **Hotel LLC ("St. Giles")** for entry of an order ("Order") under Sections 105(a) and 362(d)(2) of the Bankruptcy Code, Bankruptcy Rule[1] 4001, and Local Rule 4001-1 for entry of an order for modifying the automatic stay to permit the Holdover Proceeding, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested in the Motion being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing, ~~if any,~~ having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, ~~if any~~; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **[DSJ]**

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The automatic stay imposed by Section 362 of the Bankruptcy Code is modified to the extent necessary to permit St. Giles to prosecute the Holdover Proceeding; except as otherwise set forth by the Court, the automatic stay otherwise remains in full force and effect.

3.      Notwithstanding Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4.      St. Giles is authorized to take all actions it deems necessary or appropriate to effectuate the relief granted in this Order.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
      October 24, 2025

                   *s/ David S. Jones*
                   HONORABLE DAVID S. JONES
                   UNITED STATES BANKRUPTCY JUDGE