UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                          Chapter 11

LUXURBAN HOTELS, INC.,                                                          Case No. 25-12000 (DSJ)

                                  Debtor.
------------------------------------------------------------------X

## ORDER REGARDING EX PARTE COMMUNICATION TO COURT

      The Court has received the attached communication via email, and wishes to call it to the attention of the parties so that it can receive appropriate attention.

      Any application for Court relief should be made in a docketed submission. The Court does not perceive the attached communication to be an application for specific relief.

So ordered.

Dated: New York, New York
           October 31, 2025

                                                      s/ *David S. Jones*
                                          Honorable David S. Jones
                                          United States Bankruptcy Judge

## Lynda Calderon

| | |
|---|---|
| **From:** | Anthony Salome <asalome@dlhcsa.org> |
| **Sent:** | Thursday, October 30, 2025 4:59 PM |
| **To:** | NYSBdb_jones.chambers |
| **Subject:** | Urgent Humanitarian Appeal – Hotel 46 Bankruptcy Case No. 1:25-bk-12000 |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Dear Judge David S. Jones,

I am writing with deep concern for a 94-year-old gentleman who has lived at Hotel 46, 129 W 46th Street, for more than sixty years. For over a year, he has endured conditions that no person should face: no electricity, no heat, no maintenance, and no security. The building's front entrance consists of glass sliding doors, which have been broken into before, leaving the property vulnerable.

Volunteers have occasionally stayed in the lobby to protect him, but this is inconsistent and cannot replace proper security. This tenant even paid for his own extermination because no services were provided. He resides on the 8th floor and was trapped upstairs when the elevator stopped working, highlighting the severe risks to his safety and mobility. We urgently ask for compassionate attention to this matter.

Any intervention to restore basic services—electricity, heat, secure entry, and maintenance—would protect his dignity and well-being.

Thank you for considering this humanitarian appeal. I am available at any time to provide further information.

All the best,



**Anthony Salome**
*Health Home (HH+) Care Coordinator*
**The Dennelisse Corporation**
p: (718) 993-5580 ext. 240  c: (917) 703-5305
f: (646) 878-0351
a: 460 Willis Avenue, 2nd Floor, Bronx, NY 10455
w: www.dlhcsa.org  e: asalome@dlhcsa.org

*"Where health matters and support begins."*

This email, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this email in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this email or any attachments to it and you must delete