**RIMON P.C.**
Counsel to the Chapter 7 Trustee
Kenneth P. Silverman
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

LUXURBAN HOTELS INC.

Debtor.

Chapter 7

Case No. 25-12000 (DSJ)
(Jointly Administered)

----------------------------------------------------------------x

## DECLARATION OF BRIAN POWERS DISCLOSING
## INCREASES TO PROFESSIONAL FEE HOURLY RATES

I, **BRIAN POWERS**, declare, pursuant to section 1746 of Title 28 of the United States Code, as follows:

1. I am an attorney at law admitted to practice in the State of New York and the Bankruptcy Courts and District Courts for the Southern and Eastern Districts of New York. I am a partner of the firm of Rimon P.C. ("Rimon"), which maintains an office at, among other locations, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753.

2. Rimon is retained as counsel to Kenneth P. Silverman, Esq., the chapter 7 trustee in the above-captioned case. Pursuant to the Court's order authorizing the retention of Rimon, Rimon is required to disclose any changes in its hourly rates.

3. Effective on January 1, 2026, the hourly rates of Rimon's professionals engaged or to be engaged in this matter will be set as follows:

- Partners - $650.00 to $1,000.00 per hour;

- Associates and Of Counsel - $350.00 to $550.00 per hour;

1

- Paraprofessionals: $210.00 per hour to $300.00 per hour.

4.      The hourly rates set forth above will be the firm's standard hourly rates for such professionals in similar matters, effective as of January 1, 2026.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Dated:  Jericho, New York<br>         December 11, 2025 | **RIMON P.C.**<br><br>By:  *s/ Brian Powers*<br>      Brian Powers<br>      Partner<br>      100 Jericho Quadrangle, Suite 300<br>      Jericho, New York 11753 |