**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                                    **Chapter 7**

    **LUXURBAN HOTELS INC. et al.,[1]**                      **25-12000-dsj**

                **Debtors.**                                        **(Jointly Administered)**
-----------------------------------------------------------X

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS.
### METHODOLOGY AND DISCLAIMERS REGARDING THE
### DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

LuxUrban Hotels Inc. (the "Debtor") is filing its Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules") in the United States Bankruptcy Court for the Southern District of New York. The Debtor, assisted by its advisors, prepared the Schedules in accordance with Section 521 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes and Statement of Methodology and Disclaimers regarding the Debtor's Schedules (collectively, the "Global Notes") pertain to, are incorporated by reference in, and compromise and integral part of, all of the Schedules. The Global Notes should be referred to, and reviewed in connection with, any review of the Schedules.

The Schedules have been prepared by the Debtor's former Chief Financial Officer and are unaudited and subject to potential adjustment. In preparing the Schedules, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information based on available records. However, subsequent information or discovery may result in changes to the Schedules and inadvertent errors, omissions, or inaccuracies may exist. The Debtor reserves all rights to amend or supplement the Schedules.

**Reservation of Rights.** Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to any issue in the Debtor's Chapter 7 case, including, but not limited to, any issue involving objection to claims, equitable subordination, defenses, characterizations or recharacterizations of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of the Bankruptcy Code and/or other causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: LuxUrban Hotels Inc. (4945) and LuxUrban RE Holdings LLC (2907).

**Description of Case.** On September 14, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

**Basis of Presentation.** For financial reporting purposes, the Debtor prepares a consolidated financial statement. The Schedules are unaudited and reflect the Debtor's best efforts to report the assets and liabilities of the Debtor on an unconsolidated basis. The schedules neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to the financial statements.

**Insiders.** For purposes of the Schedules, the Debtor defines insiders pursuant to Section 101(31) of the Bankruptcy Code as (i) directors, (ii) officers, (iii) persons in control of the debtor, (iv) partnership in which the debtor is a general partner, (v) general partner, or (vi) relative of a general partner, director, officer, or person in control. Except as otherwise disclosed, payments to insiders in (i) through (vi) are set forth in the answer to question 3c on the Statement of Financial Affairs. Persons listed as "insiders" have been included for information purposes only and this is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and any and all such rights, claims, and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (i) such person's influence over the control of the Debtor, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability, or for any other purpose.

**Excluded Assets and Liabilities.** Certain deferred charges, accounts, or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Schedules. Other immaterial assets and liabilities may have been excluded.

**Summary of Significant Reporting Policies.** The following is a summary of certain significant report policies:

a. Foreign Currency. Unless otherwise noted, all amounts are reflected in U.S. dollars.

b. Current Market Value – Net Book Value. In certain instances, current market valuations are neither maintained nor readily available to the Debtor. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests that are maintained and readily available. Accordingly, unless otherwise indicated, the Schedules reflect book values, rather than the current market values of the Debtor's assets on the Petition Date and may not reflect the net realizable value. For these reasons, amounts ultimately realized will vary from the net book value.

c. <u>Credits and Adjustments.</u> The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including the right to assert claim objections and/or set offs with respect to same.

d. <u>Leases.</u> In the ordinary course of business, the Debtor may have leased certain fixtures and equipment/things from third party lessors for use in the daily operations of its business. The underlying lease agreements are listed on Schedule G and any amounts due under such leases as of the Petition Date are listed on Schedule F. Nothing in the Schedules is or shall be construed as an admission as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to such issues.

**Undetermined Amounts.** The description of any amounts as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

**Estimates.** The Debtor was required to make certain estimates and assumptions to affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, reported revenue, and expenses to reflect changes in those estimates and assumptions.

**Totals.** The asset totals listed on Schedule A/B represent known amounts included in the Debtor's books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the total listed.

**Claims Description.** Any failure to designate a claim on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed", "contingent", or "unliquidated". The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on the Schedules on any ground, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated". Listing a claim does not constitute an admission of liability of the Debtor, and the Debtor reserves the right to amend the Schedules accordingly.

**Schedule A/B.** As set forth in the Schedules, the values of certain assets and the amounts of certain debts are unknown or undetermined.

**Schedule A/B – Causes of Action/Potential Claims.** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all causes of action or potential causes of action against third parties as assets in its Schedules, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant nonbankruptcy laws to recover assets. All values reported are as of the Petition Date unless otherwise stated. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions it may have, and neither these Global Notes nor the Schedules shall be

deemed a waiver of such claims, causes of action, or avoidance actions or in any other way prejudice or impair the assertion of such claims.

**Schedule D – Creditors Holding Secured Claims.** Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Although the Debtor may have scheduled claims of various creditors as secured for informational purposes only, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. The Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary and amounts due reflect principal amounts due as of the Petition Date and do not take into account any interest or penalties that may be due. Reference to the applicable security agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. The Debtor has not included on Schedule D parties that may believe their claims are secured though setoff rights, deposit posted by, or on behalf of the Debtor, or inchoate statutory lien rights. The Debtor's real property lessors, utility companies, or other parties, if any, may hold security deposits.

**Schedule E/F – Creditors Holding Unsecured Priority Claims.** The Debtor reserves the right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule E/F – Creditors Holding Unsecured Non-Priority Claims.** The Debtor has attempted to disclose all liabilities. Certain creditors listed on Schedule F may owe amounts to the Debtor and, as such, may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule F do not reflect any such right of setoff or recoupment and the Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtor for amounts listed in Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F. In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9). The Debtor has made its best efforts to include all trade creditors on Schedule F. The Debtor believes, however, that there are instances where vendors have yet to provide proper invoices for prepetition goods or services, and as such, have not been included on Schedule F. The claims listed on Schedule F arose or were incurred on various dates prior to the Petition Date and have been aggregated to reflect gross amounts owing to a particular creditor. In certain instances, the date on which a claim arose is an open issue of fact. While reasonable efforts have been made, determining the date upon which each claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor did not list a date for each claim on Schedule F.

**Schedule G – Executory Contracts and Unexpired Leases.** Omission of a contract or agreement for Schedule G does not constitute an admission that such omitted contract or agreement

is not an executory contract or unexpired lease. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease or that such agreement was in effect on the Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters or other documents, instruments, or agreements which may not have been listed on Schedule G. Any and all of the Debtor's rights, claims, or causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any of the agreements listed on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G, and (iii) to amend or supplement Schedule G as necessary.

**SOFA 3.** The response to SOFA 3(b) does not include checks that were either voided or not presented prior to the Petition Date.

**Fill in this information to identify the case:**

Debtor name    LuxUrban Hotels Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    25-12000-dsj

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

　　1a. **Real property:**
　　　　Copy line 88 from *Schedule A/B*.............................................................................................................. $ _____ 0.00

　　1b. **Total personal property:**
　　　　Copy line 91A from *Schedule A/B*............................................................................................................ $ _____ 3,828,288.78

　　1c. **Total of all property:**
　　　　Copy line 92 from *Schedule A/B*.............................................................................................................. $ _____ 3,828,288.78

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
　　Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 18,940,485.31

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

　　3a. **Total claim amounts of priority unsecured claims:**
　　　　Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 636,634.53

　　3b. **Total amount of claims of nonpriority amount of unsecured claims:**
　　　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 22,471,954.19

4.  **Total liabilities** .............................................................................................................................................
　　Lines 2 + 3a + 3b                                                                                              $ _____ 42,049,074.03

**Fill in this information to identify the case:**

Debtor name _____LuxUrban Hotels Inc._____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___25-12000-dsj_____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  ION Bank | | 9513 | $0.00 |
| 3.2.  ION Bank | | 5015 | $112.46 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | $112.46 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  Herald: | $1,250,000.00 |
| 7.2.  Tuscany: | $1,250,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    LuxUrban Hotels Inc.                                          Case number *(If known)*  25-12000-dsj
_____
Name

| | | |
|---|---|---|
| 7.3. | 27 Hotel Property | $500,000.00 |

| | | |
|---|---|---|
| 7.4. | Hotel 46 | $432,500.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$3,432,500.00

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:   50,838.90 - 0.00 = ....   $50,838.90
face amount        doubtful or uncollectible accounts

11a. 90 days old or less:   344,837.42 - 0.00 = ....   $344,837.42
face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$395,676.32

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor  LuxUrban Hotels Inc.                                      Case number *(If known)*  25-12000-dsj
        Name

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Tuscany Hotel 120 East 39th Street New York, NY   10016 | Leaseholder | $0.00 | | Unknown |
| 55.2.  960 6th Avenue New York, NY 10018 | Leaseholder | $0.00 | | Unknown |
| | | | | |
| 5 | | | | |
| | | | | |

56.    **Total of Part 9.**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

$0.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☒ No
        ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   LuxUrban Hotels Inc.                                    Case number *(If known)*  25-12000-dsj
_____
Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
LuxUrban Re against HANYC foundation & key Hotels

650322/2025

| Claim could be in excess of $5,000,000.00 | Unknown |
|---|---|
| **Nature of claim**    Recovery of diverted Funds | |
| **Amount requested**    $0.00 | |

| Wyndham Hotel V Luxurban -   Jersey MRS-L-000977-24 | Unknown |
|---|---|
| **Nature of claim**    Mismanagement | |
| **Amount requested**    $0.00 | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | Case number *(If known)* | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $112.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,432,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $395,676.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,828,288.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,828,288.78 |

**Fill in this information to identify the case:**

Debtor name _LuxUrban Hotels Inc._

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF NEW YORK_

Case number (if known) _25-12000-dsj_

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  960 Associates LLC**
Creditor's Name

71 West 35th Street
New York, NY 10018
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
960 6th AvenueNew York, NY 10018

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: Unknown          Value of collateral: Unknown

**2.2  Alexander Blutinger**
Creditor's Name
45 Park Avenue
Apt 1204
New York, NY 10016
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $17,294.91          Value of collateral: $0.00

Debtor   LuxUrban Hotels Inc.
_____    Case number (if known)    25-12000-dsj
Name

---

| 2.3 | Andrea Romanello Ferdinand | Describe debtor's property that is subject to a lien | $1,861,824.96 | $0.00 |

Creditor's Name

6 Dogwood Hill
Glen Head, NY 11545
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Catherine Carlin | Describe debtor's property that is subject to a lien | $86,474.55 | $0.00 |

Creditor's Name

825 Childs Avenue
Drexel Hill, PA 19026
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Christopher Carlin | Describe debtor's property that is subject to a lien | $174,104.03 | $0.00 |

Creditor's Name

44 Jackson Avenue
Chatham, NJ 07928
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 11

Debtor    LuxUrban Hotels Inc. _____    Case number (if known)    25-12000-dsj
              Name

---

| 2.6 | DPG 2002 Irrevocable IG Trust | Describe debtor's property that is subject to a lien | $1,630,687.44 | $0.00 |

Creditor's Name

3625 S Town Center Drive
Suite 100
Las Vegas, NV 89135
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Edward Borkowski | Describe debtor's property that is subject to a lien | $312,956.76 | $0.00 |

Creditor's Name

527 North Mallory Circle
Delray Beach, FL 33483
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Elan & Eva Blutinger | Describe debtor's property that is subject to a lien | $216,411.83 | $0.00 |

Creditor's Name

2927 44th Street NW
Washington, DC 20016
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 11

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Elana Fiore | | Describe debtor's property that is subject to a lien | $1,975,996.29 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name
3 Horton Place
London, United Kingdom
W8 4LZ

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.10 | Ferdinand Family Trust LLC | | Describe debtor's property that is subject to a lien | $881,469.21 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

4746 Carlton Golf Drive
Lake Worth, FL 33449

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Goudy Park Capital LP | | Describe debtor's property that is subject to a lien | $3,473,087.71 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

249 Queens Lane
Palm Beach, FL 33480

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**

---

Debtor   LuxUrban Hotels Inc.                                                      Case number (if known)   25-12000-dsj
_____Name_____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | Greenle Partners LLC Series Alpha PS | **Describe debtor's property that is subject to a lien** | $2,008,341.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name

156 W Saddle River Road
Saddle River, NJ 07458

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.1 3 | Ionic Ventures LLC | **Describe debtor's property that is subject to a lien** | $746,387.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name
3053 Fillmore Street
Suite 256
San Francisco, CA 94123

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.1 4 | Jonathan Old | **Describe debtor's property that is subject to a lien** | $522,761.74 | $0.00 |
|---|---|---|---|---|

Creditor's Name

388 Brushy Ridge Road
New Canaan, CT 06840

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.15 | Mary GH Old Grandchildren's Trust | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $522,761.74          $0.00

388 Brushy Ridge Road
New Canaan, CT 06840

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.16 | Michael James | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $34,710.73          $0.00

51 Gloria Drive
Allendale, NJ 07401

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | Old Family Grandchildren's Trust | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $522,761.74          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 11

Debtor    LuxUrban Hotels Inc.                                    Case number (if known)    25-12000-dsj
_____Name_____

388 Brushy Ridge Road
Joint Base MDL, NJ 08640
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.1 8 | Old Family Trust FBO Elizabeth Ker | Describe debtor's property that is subject to a lien | $522,761.74 | $0.00 |

Creditor's Name

388 Brushy Ridge Road
New Canaan, CT 06840
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.1 9 | Old Family Trust FBO Jonathan W Old III | Describe debtor's property that is subject to a lien | $522,761.74 | $0.00 |

Creditor's Name

388 Brushy Ridge Road
New Canaan, CT 06840
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  LuxUrban Hotels Inc.
_____
Name

Case number (if known)   25-12000-dsj

---

**2.20**

Patrick McNamee
Creditor's Name

4871 Oxford Dr
Sarasota, FL 34242
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $173,553.63          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.21**

Raymond & Catherine Marzulli
Creditor's Name

21 Afton Terrace
East Hanover, NJ 07936
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $533,348.87          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.22**

RDW Capital LLC
Creditor's Name

156 W Saddle River Road
Saddle River, NJ 07458
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien          $771,860.86          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 11

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.23 | SBA EIDL | Describe debtor's property that is subject to a lien | $762,104.88 | $0.00 |
|---|---|---|---|---|

Creditor's Name

U.S. Small Business Administration
District Counsel, New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.24 | SBA PPP | Describe debtor's property that is subject to a lien | $276,658.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

U.S. Small Business Administration
District Counsel, New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.25 | Speedy Funding | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 9 of 11

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**Creditor's mailing address**
228 S Gain St

Anaheim, CA 92804
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.26 | Stacy L Giunta Rev Trust | Describe debtor's property that is subject to a lien | $139,403.13 | $0.00 |
|---|---|---|---|---|

Creditor's Name

65 Edgewood Place
Fairfield, CT 08625
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.27 | TUSCANY LEGACY LEASING LLC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
AMANDA LAUREN KATZ
ROSENBERG & ESTIS
733 3rd Ave
New York, NY 10017
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 11

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $18,940,485.31

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name ___LuxUrban Hotels Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___25-12000-dsj___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $636,634.53 | $636,634.53 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>NYC Dept of Tax and Finance<br>66 John St<br>New York, NY 10038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>NYS Dept. Taxation & Finance<br>Bankruptcy/Special Procedures<br>Section<br>P.O. Box 5300<br>Albany, NY 12205 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>1 Life Fire Safety<br>PO Box 8299 L<br>Long Island City, NY 11101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $3,245.89 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>123 WASHINGTON LLC<br>c/o DANIEL LEVINAS<br>MOULINOS & LEVINAS PLLC<br>New York, NY 10155 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>A-Z Fire Alarm Inc.<br>300 South Park, Ste. 140<br>Hollywood, FL 33021 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $6,615.57 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>A&A Air Conditioning<br>161 Coverly Ave<br>Staten Island, NY 10301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $18,035.31 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>A+ Fire Control<br>18 AVENUE F<br>Brooklyn, NY 11218 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $337.65 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>A1 Elevator Service<br>1500 Mehle Street<br>Arabi, LA 70032 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $22,639.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>AA Pipe Repair<br>2959 Paine St<br>Bronx, NY 10461 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $750.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,269.92 |
|---|---|---|---|

ABC Tank Repair and Lining
280 East 88th Street
Brooklyn, NY 11236

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,431.50 |
|---|---|---|---|

Action Carting Environmental Services
920 East 132nd Street
Bronx, NY 10454

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,200.00 |
|---|---|---|---|

Active Cooling and Heating
60-31 60TH CT
Maspeth, NY 11378

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Active Security and Lock Inc
649 2nd avenue
New York, NY 10016

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,170.00 |
|---|---|---|---|

Active Security Systems
649 2nd Ave Suite 1A
New York, NY 10016

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

ADCO Security & Lock
41 W 35th St
New York, NY 10001

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

ADK Water Solutions
163-33 96th Street,
Howard Beach, NY 11414

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Admire Landscaping and Lawn Care
9805 Foster Ave
Brooklyn, NY 11236

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.16**

**Nonpriority creditor's name and mailing address**
Advanced City Electric
57 Reade St., Suite 4D
New York, NY 10007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,989.71

---

**3.17**

**Nonpriority creditor's name and mailing address**
Agoda
30 Cecil Street, #19-08 Prudential Tower,
Singapore 049712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
Alba Fuel Corp
2135 Williamsbridge Road
Bronx, NY 10461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$23,739.69

---

**3.19**

**Nonpriority creditor's name and mailing address**
Alfred
130 West 25th St. Suite 4C
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$10,792.50

---

**3.20**

**Nonpriority creditor's name and mailing address**
Allbridge
2710 Wycliff Road
Raleigh, NC 27607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,762.66

---

**3.21**

**Nonpriority creditor's name and mailing address**
Alltech Business Solutions
762 Fairfield Ave
Kenilworth, NJ 07033

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.22**

**Nonpriority creditor's name and mailing address**
Alpha Equity Fund
c/o Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$252,448.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
ALRAC ESCALATOR AND ELEVATOR
406 5th Ave SUITE265
Brooklyn, NY 11215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,960.42 |
|---|---|---|
| America Supply Company<br>1360 Clifton Avenue Suite 252<br>Clifton, NJ 07012 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,687.56 |
|---|---|---|
| American Pipe and Tank<br>11-42 46th Road<br>Long Island City, NY 11101 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,096.80 |
|---|---|---|
| AnswerConnect<br>1033 Southeast Main Court, 5,<br>Portland, OR 97214 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,156.87 |
|---|---|---|
| AP HVAC<br>6509 Fresh Pond Rd<br>Ridgewood, NY 11385 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,939.62 |
|---|---|---|
| Approved Fire & Security<br>5014-16th Ave Suite 48<br>Brooklyn, NY 11219 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,017.97 |
|---|---|---|
| Ascentium Capital<br>23970 Hwy 59 N<br>Kingwood, TX 77339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Ascot Travel Services<br>450 7th Avenue, Suite 2401<br>New York, NY 10123 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.55 |
|---|---|---|
| Astound<br>1133 Avenue of the Americas<br>New York, NY 10036 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**
AT&T
208 S Akard St
Dallas, TX 75202

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$802.60

---

**3.33** | **Nonpriority creditor's name and mailing address**
Avenue C Vending
need info

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$347.47

---

**3.34** | **Nonpriority creditor's name and mailing address**
Bai Connect
15301 Ventura Blvd.
Suite D-220
Sherman Oaks, CA 91403

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$24.20

---

**3.35** | **Nonpriority creditor's name and mailing address**
Ballard Rosenberg Golper & Savitt, LLP
15760 Ventura Blvd
18th?Floor
Encino, CA 91436

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$400.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
Banay Consultants LLC
144-02 Jewel Ave Suite #3
Flushing, NY 11367

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$513.88

---

**3.37** | **Nonpriority creditor's name and mailing address**
Baron Promotions & Marketing
6600 NW 16th?Street suite 8
Fort Lauderdale, FL 33313

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$4,352.98

---

**3.38** | **Nonpriority creditor's name and mailing address**
Benecom Technologies
P.O. Box 1279
Chalmette, LA 70044

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$3,992.38

---

**3.39** | **Nonpriority creditor's name and mailing address**
Best Air Solutions
2555 NW 102 Ave., Suite 104
Miami, FL 33172

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ☒ No ☐ Yes

$480.00

---

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,438.80**

Best System Sales
18-20 130th?Street?College Point,
College Point, NY 11356

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,542.50**

Blandon CPA
13055 SW 42nd?Street Suite 106
Miami, FL 33175

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bloomy Rose Flowers
311 Sand Ln
Staten Island, NY 10305

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,073.02**

Blue Star Linen
6780 NW 37th Ct.
Miami, FL 33147

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Blythe Global
19800 MacArthur Blvd Suite 300
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$705,191.05**

Booking.com
Oosterdokskade 163 1011 DL
 Amsterdam Netherlands

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,850.00**

Brandon Elster
50 Causeway Street
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.75**

Breezeline
10785 Marks Way
Hollywood, FL 33025

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,200.82

Bright Clean and Company
11900 Biscayne Blvd. Suite 604
Miami, FL 33181

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,266.11

Briscoe Protective/Kirschenbaum & Kirsch
200 Garden City Plaza
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $99,463.30

Brooklyn Elevator Inc.
16 Shenandoah Ave
Staten Island, NY 10314

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,239.17

Brophy Brothers
15 Harrison Avenue
Yonkers, NY 10705

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00

Bunker360
5727 NW 7th St. Ste 320
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,345.00

Burlett Refrigeration
P.O. BOX 7277
Slidell, LA 70469

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66,000.00

Bush & Associates, CPA LLC
179 N Gibs Road
Henderson, NV 89014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,042.03

Caitlin Hepburn
c/o Tamra Carsten Givens
Shavitz Law Group, P.A.
951 Yamato Road Suite No. 285
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,243.40 |
|---|---|---|---|

Calamus Enterprises
302 Lawrence Dr,
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,396.00 |
|---|---|---|---|

Canary Technologies Corp.
P.O. Box 103849
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Canon Financial Services
14904 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $352,622.94 |
|---|---|---|---|

Capital Assist
need address

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,746.12 |
|---|---|---|---|

Casa Laundromat
7320 Richmond Hwy
Alexandria, VA 22306

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,001.50 |
|---|---|---|---|

Celino's Landscaping Designs
3325 SW 127th Ave
Miami, FL 33175

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,937.88 |
|---|---|---|---|

Chargeback Help
7360 El Camino Real Suite A
Atascadero, CA 93422

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $363,944.14 |
|---|---|---|---|

Cheetah Capital
667 Madison Avenue - 5th Floor
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address**
Cheney Brothers
2061 Martin Luther King Jr Blvd?Suite 200
West Palm Beach, FL 33404

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$4,590.63

---

**3.65** | **Nonpriority creditor's name and mailing address**
ChillCo
30042 North Dixie Ranch Road
Lacombe, LA 70445

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$5,563.63

---

**3.66** | **Nonpriority creditor's name and mailing address**
Christopher Carlin
44 Jackson Avenue
Chatham, NJ 07928

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$65,250.00

---

**3.67** | **Nonpriority creditor's name and mailing address**
Christopher La Grego
need address

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$58,200.00

---

**3.68** | **Nonpriority creditor's name and mailing address**
Cigna
2000 S. Colorado Blvd, Tower 3, Floor 12
Denver, CO 80222

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$6,014.61

---

**3.69** | **Nonpriority creditor's name and mailing address**
Cintas
546 Green Lane
Union, NJ 07083

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$36,418.16

---

**3.70** | **Nonpriority creditor's name and mailing address**
Citran Cooperman
50 Rockefeller Plaza
New York, NY 10020

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.71** | **Nonpriority creditor's name and mailing address**
City of Miami
1700 Convention Center Drive 3rd?Flr
Miami Beach, FL 33139

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$1,000.00

---

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|--------|----------------------|--|------------------------|--------------|
| | Name | | | |

---

**3.72** | **Nonpriority creditor's name and mailing address**
City of Miami Beach water
1700 Convention Center Drive 3rd?Flr ,
Miami Beach, FL 33139

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.73** | **Nonpriority creditor's name and mailing address**
Citywide Fire Sprinkler
31-70 College Point Blvd
Flushing, NY 11354

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$3,967.69

---

**3.74** | **Nonpriority creditor's name and mailing address**
Clear Connection/NCS Credit
11850 Baltimore Ave, Suite A
Beltsville, MD 20705

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$8,278.96

---

**3.75** | **Nonpriority creditor's name and mailing address**
Cloud 5
PO Box 772475
Detroit, MI 48277

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,835.00

---

**3.76** | **Nonpriority creditor's name and mailing address**
Coastal Fire Protection
200 L and A Road, Suite B
Metairie, LA 70001

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,835.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
Cogent Waste Solutions/RHK
Recovery Group
58-35 47th Street
Maspeth, NY 11378

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$2,692.76

---

**3.78** | **Nonpriority creditor's name and mailing address**
Comcast Business
1701 JFK Blvd.,
Philadelphia, PA 19103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$609.80

---

**3.79** | **Nonpriority creditor's name and mailing address**
Commercial Laundries
8510 NW 56 STREET
Miami, FL 33166

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,014,880.21

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.80** **Nonpriority creditor's name and mailing address**
Coned Steam
4 Irving place,
New York, NY 10003

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,746,541.09

---

**3.81** **Nonpriority creditor's name and mailing address**
ConEdison
390 West Route 59
Spring Valley, NY 10977

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,140.95

---

**3.82** **Nonpriority creditor's name and mailing address**
Continental Elevator
4209 Verdant Street
Los Angeles, CA 90039

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$6,202.33

---

**3.83** **Nonpriority creditor's name and mailing address**
Continental Stock Transfer & Trust Co.
1 State Street
New York, NY 10004

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$23,711.01

---

**3.84** **Nonpriority creditor's name and mailing address**
Corporate Rentals
8840 Greenwood Place Suite A
Savage, MD 20763

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$26,048.07

---

**3.85** **Nonpriority creditor's name and mailing address**
Corporate Rentals LLC
check for address

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.86** **Nonpriority creditor's name and mailing address**
Corporation Service Company
Corporate Center, 100 Princeton South
Trenton, NJ 08628

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$13,686.13

---

**3.87** **Nonpriority creditor's name and mailing address**
Costar Group
1331 L Street,
Washington, DC 20005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$8,730.11

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**
Croker Fire Drill
235?Brooksite?Drive
Hauppauge, NY 11788

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$4,508.01

---

**3.89**

**Nonpriority creditor's name and mailing address**
Crown Castle
PO Box 28730
New York, NY 10087

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,344.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
CTS Systems
11700 Atlantis PL, Suite D7
Alpharetta, GA 30022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,048.47

---

**3.91**

**Nonpriority creditor's name and mailing address**
Daikin/Commercial
Collection Group of NY
13600 Industrial Park Blvd
Minneapolis, MN 55441

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$43,392.35

---

**3.92**

**Nonpriority creditor's name and mailing address**
David Gurfein
ALEXANDER ROBERT KLEIN
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Rd., Ste 700
Garden City, NY 11530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$230,000.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
David McVeigh
need address

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$98,925.65

---

**3.94**

**Nonpriority creditor's name and mailing address**
Davis & Gilbert LLP
1675 Broadway
New York, NY 10019

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$20,000.00

---

**3.95**

**Nonpriority creditor's name and mailing address**
Day Pitney
360 South Rosemary Avenue, Suite 1605
West Palm Beach, FL 33401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $450.00

DC Water
1385 Canal Street SE
Washington, DC 20003

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,385.81

DEB Systems
297 Second Ave
Saint James, NY 11780

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $135,414.60

Degmor
1?? 12th?Street
Brooklyn, NY 11215

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $137,721.92

DeltaWash Lehigh Valley, LLC
PO Box 3795
Easton, PA 18043

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,570.00

DETAIL RENOVATIONS, INC.
c/o JOHN BENJAMIN SIMONI
GOETZ PLATZER, LLP
1 Penn Plaza, Suite 3100
New York, NY 10119

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,886.35

DGA Security
429 West 53rd Street
New York, NY 10019

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,043.06

Direct TV
PO BOX 5006
Carol Stream, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,270.34

Diversity Inc
need address

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address**
Dormakaba
105 blvd Marcel-Laurin Montr?al, Quebec, H4N 2M3

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$660.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**
Eagle Plumbing

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$20,953.80

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
Ecolab
PO Box 32027
New York, NY 10087

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$16,583.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
Edge Linen Serivce
2040 Edwin Ave
Fort Lee, NJ 07024

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$20,680.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**
Edward J. Borkowski

527 North Mallory Circle

Delray Beach, FL 33483

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$160,437.82

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**
Eisner Advisory Group LLC
733 3rd Avenue
New York, NY 10017

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$22,428.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
Elan Blutinger
2927 44th Street NW
Washington, DC 20016

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,961.54

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**
Elizabeth Brown
c/o Gregg Cohen Greenberg
Zipin, Amster & Greenberg, LLC. (NA/MD)
8757 Georgia Ave Suite 400
Silver Spring, MD 20910

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    LuxUrban Hotels Inc.                                          Case number (if known)    25-12000-dsj
_____
Name

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,567.00 |

Empire Electric
2200 SW 67th?Ave
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,583.00 |

Empire Filings
99 WALL STREET SUITE 624
New York, NY 10005

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Empire Fire
2200 SW 67th?Ave
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $107,175.11 |

Energy IQ Group
6670 East Rogers Circle
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,026.00 |

Enseo
2201 10th Street
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,000.00 |

Entergy Tower
639 Loyola Avenue
New Orleans, LA 70113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,729.46 |

Event Temple
PO BOX : 28053 Vancouver, British Columbia
Canada V6C 3T7

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,092.98 |

Expansive
318 West Adams Street
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,706.11

Expedia
1111 Expedia Group Way W
Seattle, WA 98119

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,963,073.00

Expert Funding
750 E Main Street - 6th Floor
West Simsbury, CT 06092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,667.44

Filco Carting
161 MCKINLEY STREET
Closter, NJ 07624

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,638.56

Fire Technology Services
41-20 39th?Street, Suite 30
Sunnyside, NY 11104

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,274.89

First Response Exterminating
245 Hooker Place
Staten Island, NY 10303

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,387.50

Five Boro Fuel Oil LTD.
1878 VICTORY BOULEVARD
Staten Island, NY 10314

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,920.96

FLYR
Silverstream House, 45 Fitzroy Street, London,
England W1T 6EB United Kingdom

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95,921.39

Frank Porca
need address

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|--------|----------------------|------------------------|--------------|
| | Name | | |

---

**3.128**

**Nonpriority creditor's name and mailing address**
Front Desk Supply
3830 Valley Centre Drive, Suite 705,
San Diego, CA 92130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$28,875.09

---

**3.129**

**Nonpriority creditor's name and mailing address**
Frontline Funding, LLC
c/o ZACHARY JAMES THOMAS TURQUAND
600 3rd Ave #25
Mintz and Gold LLP

New York, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,095,912.18

---

**3.130**

**Nonpriority creditor's name and mailing address**
G&B Law LLP
16000 VENTURA BOULEVARD
 SUITE1000
Encino, CA 91436

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,001.65

---

**3.131**

**Nonpriority creditor's name and mailing address**
Google
1600 Amphitheatre Parkway,
Mountain View, CA 94043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$295.78

---

**3.132**

**Nonpriority creditor's name and mailing address**
Gotham Cleaners
377 Valley Road
Clifton, NJ 07013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$575.40

---

**3.133**

**Nonpriority creditor's name and mailing address**
Goudy Park Capital LP
249 Queens Lane
Palm Beach, FL 33480

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$255,022.33

---

**3.134**

**Nonpriority creditor's name and mailing address**
Grassi & Co.
50 Jericho Quadrangle, Suite 200
Jericho, NY 11753

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

---

**3.135**

**Nonpriority creditor's name and mailing address**
Graubard | Hunton | Morvillo
405 Lexington Avenue - 11th Floor
New York, NY 10174

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$100,698.19

---

**3.136**

**Nonpriority creditor's name and mailing address**
Gray Matter Networks
228 East Route 59, Suite 146
Nanuet, NY 10954

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$481.54

---

**3.137**

**Nonpriority creditor's name and mailing address**
Green Earth Beverage Systems
6453 W Rogers Cir Ste S7
Boca Raton, FL 33487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$144.45

---

**3.138**

**Nonpriority creditor's name and mailing address**
Guest Supply
PO Box 6771
Somerset, NJ 08875

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,192.19

---

**3.139**

**Nonpriority creditor's name and mailing address**
Harvard Maintenance
201 S. Biscayne Blvd. 24th?Floor
Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$221,939.09

---

**3.140**

**Nonpriority creditor's name and mailing address**
HD Supply Company/ABC Amega
500?Seneca?Street,?Suite?503
Buffalo, NY 14204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$549.10

---

**3.141**

**Nonpriority creditor's name and mailing address**
HD SUPPLY FACILITIES MAINTENANCE,
LTD.
Taroff & Taitz
GREGORY JAMES IPPOLITO
630 Johnson Ave. Suite 105
Bohemia, NY 11716

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$71,596.80

---

**3.142**

**Nonpriority creditor's name and mailing address**
Helms Briscoe Performance Group
P.O. Box 208976
Dallas, TX 75320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$20,000.00

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.143**

**Nonpriority creditor's name and mailing address**
HopSkip/Leviton Law Firm
533 E Girard Ave, Suite 27053
Philadelphia, PA 19125

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$2,027.44

---

**3.144**

**Nonpriority creditor's name and mailing address**
HOTEL ASSOCIATION OF NEW YORK CITY, INC.
34 East 51st Street, 8th Floor
New York, NY 10022

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$56,370.40

---

**3.145**

**Nonpriority creditor's name and mailing address**
Hotel Web Strategies LLC
1320 Twin Knoll Drive
Plano, TX 75094

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$5,178.13

---

**3.146**

**Nonpriority creditor's name and mailing address**
HotelRez
Newark Beacon, Cafferata Way, Newark,
Nottinghamshire, NG24 2TN, UK

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$12,386.99

---

**3.147**

**Nonpriority creditor's name and mailing address**
Hwood Apartments,LLC
ALANA YAKOVLEV
Law Offices of Alana Yakovlev
2801 Greene Street #9
Hollywood, FL 33020

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$318,000.00

---

**3.148**

**Nonpriority creditor's name and mailing address**
Hydr8
329 38th St 2nd Fl
Brooklyn, NY 11232

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$63,495.19

---

**3.149**

**Nonpriority creditor's name and mailing address**
Improcom, Inc - NY
1803 Gravesend Neck Road
Brooklyn, NY 11229

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$5,823.89

---

**3.150**

**Nonpriority creditor's name and mailing address**
InComm Conferencing
208 HARRISTOWN ROAD
Glen Rock, NJ 07452

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$4,590.00

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $850,000.00 |
|---|---|---|---|

Insight Capital
1135 Kane Concourse Bay
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

Insparisk
6143 186th St
Fresh Meadows, NY 11365

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155,347.00 |
|---|---|---|---|

IPFS Corporation
3522 THOMASVILLE RD STE 400
Glen Rock, NJ 07452

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,052.29 |
|---|---|---|---|

Islandaire
500 Middle Country Road
Saint James, NY 11780

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Isseks Bros Inc
298 Broome Street
New York, NY 10022

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69,245.00 |
|---|---|---|---|

IV Waste
730 South Pierce
New Orleans, LA 70119

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

Jack Jaffa & Associates
147 Prince Street
Brooklyn, NY 11201

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $313.00 |
|---|---|---|---|

Jacques Edwin
NEED ADDRESS

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

---

**3.159**

**Nonpriority creditor's name and mailing address**
Janice Pack
THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.160**

**Nonpriority creditor's name and mailing address**
JB Pest Control/JB McHale
Pest Management
POB 140178
Staten Island, NY 10314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,947.00

---

**3.161**

**Nonpriority creditor's name and mailing address**
Jepol
60-80 60th?Lane
Maspeth, NY 11378

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$196,025.75

---

**3.162**

**Nonpriority creditor's name and mailing address**
John G Gazonas
need address

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$104,400.00

---

**3.163**

**Nonpriority creditor's name and mailing address**
Johnson Controls/
MARKOWITZ, RINGEL, TRUSTY & HARTOG,
P.A.
380 North St
Teterboro, NJ 07608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,785.73

---

**3.164**

**Nonpriority creditor's name and mailing address**
Jotform Inc.
4 Embarcadero Center, Suite 780,
San Francisco, CA 94111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.165**

**Nonpriority creditor's name and mailing address**
Juan Medina
Extreme Commercial Cleaners
14528 SW 83rd St,
Miami, FL 33183

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$279,000.00

---

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

| 3.166 | **Nonpriority creditor's name and mailing address**<br>Jurei LLC<br>need address | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90,028.59 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address**<br>Kalibri Labs<br>10221 River Rd. Unit #59655<br>Potomac, MD 20859 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $14.33 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address**<br>Key HR<br>605 E Robinson Street - Suite 500<br>Orlando, FL 32801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address**<br>LDI Connect<br>50 Jericho Quadrangle<br>Jericho, NY 11753 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $5.52 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address**<br>Lerch Bates<br>1430 Broadway, Suite 203<br>New York, NY 10018 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $2,160.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address**<br>Lighthouse Intelligence<br>PO Box 103438<br>Pasadena, CA 91189 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $29,300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address**<br>Live Smart Ai LLC<br>16 Beach Drive<br>Huntington, NY 11743 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,092.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address**<br>LM Media Worldwide<br>208 Lenox Avenue, Suite #219<br>Westfield, NJ 07090 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $136,093.75 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.174**

**Nonpriority creditor's name and mailing address**
Long Island Mechanical
4940 Merrick Road
Massapequa Park, NY 11762

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.175**

**Nonpriority creditor's name and mailing address**
Mackenzie Door Company
4900 West Side Ave
North Bergen, NJ 07047

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$524.78

---

**3.176**

**Nonpriority creditor's name and mailing address**
Mako Fire
13063 SW 133rd CT
Miami, FL 33186

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.177**

**Nonpriority creditor's name and mailing address**
Malone Bailey
10370 Richmond Avenue, Suite 600
Houston, TX 77042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$52,530.00

---

**3.178**

**Nonpriority creditor's name and mailing address**
Matt Markowitz Design Group
10 East 23rd Street Suite 510
New York, NY 10010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.179**

**Nonpriority creditor's name and mailing address**
Mesalain
37 Driftwood Blvd.
Kenner, LA 70065

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$22,648.25

---

**3.180**

**Nonpriority creditor's name and mailing address**
Metro Group/Atwell Curtis & Brooks Ltd.
50-23 23rd St,
Long Island City, NY 11101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$188.14

---

**3.181**

**Nonpriority creditor's name and mailing address**
Meyers Saxon and Cole
3620 Quentin Road,
Brooklyn, NY 11234

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$78,870.51

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.182**

**Nonpriority creditor's name and mailing address**
MIAMI-DADE COUNTY TAX COLLECTOR
200 NW 2 AVENUE
Miami, FL 33128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$94,468.37

---

**3.183**

**Nonpriority creditor's name and mailing address**
Michael James
51 Gloria Drive
Allendale, NJ 07401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$210,683.33

---

**3.184**

**Nonpriority creditor's name and mailing address**
Morvillo Abramowitz Grand Iason & Anello
565 Fifth Avenue
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$3,429.56

---

**3.185**

**Nonpriority creditor's name and mailing address**
MS Shift, Inc.
One World Trade Center, Suite 49A
New York, NY 10007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,031.19

---

**3.186**

**Nonpriority creditor's name and mailing address**
My Device
7031 Koll Center Parkway, Suite 120
Moraga, CA 94556

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$3,333.33

---

**3.187**

**Nonpriority creditor's name and mailing address**
Nasdaq
151 W 42nd Street
New York, NY 10036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$53,000.00

---

**3.188**

**Nonpriority creditor's name and mailing address**
National Grid
2 Hanson Place
Brooklyn, NY 11217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$11,324.69

---

**3.189**

**Nonpriority creditor's name and mailing address**
Netvoix
2700 Glades Circle Suite 151
Fort Lauderdale, FL 33327

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$11,324.69

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**3.190**

**Nonpriority creditor's name and mailing address**
Novian & Novian
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$22,840.89

---

**3.191**

**Nonpriority creditor's name and mailing address**
NY Fire Consultants, Inc.
481 Eighth Avenue, Suite 618
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$21,342.07

---

**3.192**

**Nonpriority creditor's name and mailing address**
NYC IT Works
67 Anderson Ave
Englewood Cliffs, NJ 07632

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$8,849.97

---

**3.193**

**Nonpriority creditor's name and mailing address**
NYC-CTIS
320 Adolphus Ave Apt 1115
Cliffside Park, NJ 07010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$571.32

---

**3.194**

**Nonpriority creditor's name and mailing address**
O Hotel Suppliers
need address

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Unknown

---

**3.195**

**Nonpriority creditor's name and mailing address**
OATH
66 John Street, 10th Floor
New York, NY 10038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$500.00

---

**3.196**

**Nonpriority creditor's name and mailing address**
Office of the Impartial
131 Livingston St.
Brooklyn, NY 11201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$359.70

---

**3.197**

**Nonpriority creditor's name and mailing address**
On Hold Marketing and Communications
P.O. Box 4797
Cary, NC 27519

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$506.27

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.198** **Nonpriority creditor's name and mailing address**
One Fire Services
8 Prosperity Dr
Suffern, NY 10901

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**
Oracle America
PO Box 203448
Dallas, TX 75320

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**
PAR
60 N Prospect Ave
Lynbrook, NY 11563

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $10,256.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**
Passionate Produce
210 Himrod St, Apt. 2L
Brooklyn, NY 11237

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.202** **Nonpriority creditor's name and mailing address**
PCG Advisory Inc.
950 Third Avenue
2700
New York, NY 10022

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $22,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**
Pepco
PO BOX 13608
Philadelphia, PA 19101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $2,200.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**
Phillip J. Kellett LLC
P.O. Box 864
Cranford, NJ 07016

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $299.41
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.205** **Nonpriority creditor's name and mailing address**
Power Drain Rooter
P. O. Box 190792
Brooklyn, NY 11219

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $1,750.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**3.206**

**Nonpriority creditor's name and mailing address**
Premier Source
P.O. Box 10175
New Orleans, LA 70181

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$12,600.84

---

**3.207**

**Nonpriority creditor's name and mailing address**
Premium Pest Control
P.O. Box 1261
Linden, NJ 07036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$10,379.42

---

**3.208**

**Nonpriority creditor's name and mailing address**
Prime Linen
8012 NW 90TH ST
Miami, FL 33166

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.209**

**Nonpriority creditor's name and mailing address**
Pro Pump
707 Woodfield Road,
West Hempstead, NY 11552

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$44,303.90

---

**3.210**

**Nonpriority creditor's name and mailing address**
Promise Hospitality
60 S 8th St, Apt 901,
Brooklyn, NY 11249

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$498.96

---

**3.211**

**Nonpriority creditor's name and mailing address**
Puro Sentido
401 NW 51st Street,
Fort Lauderdale, FL 33309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$66,230.00

---

**3.212**

**Nonpriority creditor's name and mailing address**
Q4
99 Spadina Avenue, Suite 500 Toronto, ON,
M5V 3P8, Canada

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$6,734.65

---

**3.213**

**Nonpriority creditor's name and mailing address**
Quench USA
14800 Frye Road, 2nd Floor
Fort Worth, TX 76155

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,472.28

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00**

RDI Financial
PO Box 741663
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,312.27**

Ready Refresh
P.O. Box 856192
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,153.90**

Red Cap
35-45, 35th Street
Astoria, NY 11106

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,480.00**

Regency Group
251 West 39th Street,
New York, NY 10018

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,720.00**

Renodis
476 Robert Street North
Saint Paul, MN 55101

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,720.00**

Rise Elevator Inspection LLC
168 Norfolk St. Suite A
Brooklyn, NY 11235

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,460.67**

Riverside Developers USA
29 Little Nassau Street, Suite 118
Brooklyn, NY 11205

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,750.00**

RMAC Supplies
140 Ludlow Ave,
Northvale, NJ 07647

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,124.86 |
|---|---|---|---|

Robert Arigo
356 New York Avenue - Apt 9
Huntington, NY 11743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,346.75 |
|---|---|---|---|

Romel Services
7263 Pomelo Dr
West Hills, CA 91307

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,959.75 |
|---|---|---|---|

Rosenthal Law Group
2115 North Commerce Parkway
Fort Lauderdale, FL 33326

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,813.06 |
|---|---|---|---|

Rosenwach Tank Co
43-02 Ditmars Blvd. 2nd?Floor
Astoria, NY 11105

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,164.18 |
|---|---|---|---|

Rosewood Fire Equipment company
2042 Wantagh Ave Unit A 2042
Wantagh, NY 11793

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $252.18 |
|---|---|---|---|

Roto-Rooter
520 Elmwood Park Blvd Suite 190
New Orleans, LA 70123

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,568.70 |
|---|---|---|---|

Royal Linen Laundry Services
1295 NW 54th St,
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $285,000.00 |
|---|---|---|---|

Royal Oak
needv address

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,108.89 |
|---|---|---|---|

RTS Sanitation
115 Broadway, Suite 1400,
New York, NY 10006

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |
|---|---|---|---|

Russell's Cleaning Services
3704 Robertson Street
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

RX Music
1020 Lawrence Ave. W. Suite 206 Toronto, ON
M6A 1C8

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,835.46 |
|---|---|---|---|

Safety Fire Sprinkler Corp
1070 38th Street
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $903.47 |
|---|---|---|---|

Sani Wash
PO Box 1943
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276,658.00 |
|---|---|---|---|

SBA
U.S. Small Business Administration
District Counsel, New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $762,104.88 |
|---|---|---|---|

SBA EIDL
U.S. Small Business Administration
District Counsel, New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    LuxUrban Hotels Inc.

Case number (if known)    25-12000-dsj

Name

| | | |
|---|---|---|
| **3.237** | **Nonpriority creditor's name and mailing address**<br>Scent Air/AG Adjustments<br>3810 Shutterfly Rd S-900<br>Charlotte, NC 28217 | **As of the petition filing date, the claim is:** *Check all that apply.*  $36,483.08<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.238** | **Nonpriority creditor's name and mailing address**<br>Schripps Baking<br>5410 Tonnelle Ave<br>North Bergen, NJ 07047 | **As of the petition filing date, the claim is:** *Check all that apply.*  $17,419.50<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.239** | **Nonpriority creditor's name and mailing address**<br>SCHRIPPS BAKING, LLC<br>c/o REGINA M. MCGOWAN, P.C.<br>REGINA MICHELE MCGOWAN<br>81 Deer Path Rd<br>Central Islip, NY 11722 | **As of the petition filing date, the claim is:** *Check all that apply.*  $38,483.08<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.240** | **Nonpriority creditor's name and mailing address**<br>Schwartz Sladkus<br>444 Madison Avenue<br>New York, NY 10022 | **As of the petition filing date, the claim is:** *Check all that apply.*  $49,103.55<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.241** | **Nonpriority creditor's name and mailing address**<br>Secure Capital<br>need address | **As of the petition filing date, the claim is:** *Check all that apply.*  $1,076,161.97<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.242** | **Nonpriority creditor's name and mailing address**<br>Setton<br>225 West 35th?St., Suite 1500<br>New York, NY 10001 | **As of the petition filing date, the claim is:** *Check all that apply.*  Unknown<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.243** | **Nonpriority creditor's name and mailing address**<br>Sewerage and Water Board of New Orleans<br>625 St. Joseph St.<br>New Orleans, LA 70165 | **As of the petition filing date, the claim is:** *Check all that apply.*  $2,360.40<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.244** | **Nonpriority creditor's name and mailing address**<br>Signature Elevator<br>1086 Myrtle Ave Suite #202<br>Brooklyn, NY 11206 | **As of the petition filing date, the claim is:** *Check all that apply.*  $8,537.48<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|---|---|---|---|---|
| | Name | | | |

---

**3.245** | **Nonpriority creditor's name and mailing address**
Silver Paint
1138 Normandy Dr.
Miami Beach, FL 33141

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$57,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address**
Simon Industries
23-41 BORDEN AVENUE
Long Island City, NY 11101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$137,513.67**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address**
Skinos
123 Washington Street
New York, NY 10006

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address**
Skyline Elevator
125 Park Ave 25Fl
New York, NY 10017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$757.12**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address**
Sojern
575 Market Street, 4th Floor,
San Francisco, CA 94105

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$17,737.90**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address**
Spectrum Enterprise
PO Box 223085
Pittsburgh, PA 15251

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**$19,405.52**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address**
Spectrum Towels and Linens Inc
15230 San Fernando Mission Blvd Unit B107
Mission Hills, CA 91345

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,759.01**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address**
Speedy Funding
need address

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　　☐ Yes

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**
St Tammany Linen
3910 FLORIDA ST.
Mandeville, LA 70448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,276.40

---

**3.254**

**Nonpriority creditor's name and mailing address**
Stacy L Giunta Rev Trust
65 Edgewood Place
Fairfield, CT 08625

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$26,100.00

---

**3.255**

**Nonpriority creditor's name and mailing address**
STAFFING GROUP HOLDINGS, LLC
c/o ZACHARY JAMES THOMAS TURQUAND
Mintz and Gold LLP
600 Third Avenue 25th Floor
New York, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.256**

**Nonpriority creditor's name and mailing address**
Star Laundry
421 E 16th St
Paterson, NJ 07514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$62,403.87

---

**3.257**

**Nonpriority creditor's name and mailing address**
Sterling Sanitary Supply Corp
32-32 57th Street PO Box 787
Woodside, NY 11377

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.258**

**Nonpriority creditor's name and mailing address**
Sunrise Produce
500 Burning Tree Road
Fullerton, CA 92833

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,994.06

---

**3.259**

**Nonpriority creditor's name and mailing address**
Surface Specialists of NY
31 New Haven Railroad St
Mount Vernon, NY 10550

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$18,900.00

---

**3.260**

**Nonpriority creditor's name and mailing address**
Tambourine
45 Rockefeller Plaza #2000,
New York, NY 10111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$39,230.39

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

**3.261**

**Nonpriority creditor's name and mailing address**
Tauto
109 West 38th Street Suite 1004
New York, NY 10018

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$40,535.53

---

**3.262**

**Nonpriority creditor's name and mailing address**
TBT Deep Cleaning LLC
15240 NE 2ND AVE North
Miami, FL 33162

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$6,339.00

---

**3.263**

**Nonpriority creditor's name and mailing address**
TechCare Computers
2805 S. Robertson Blvd
Los Angeles, CA 90034

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$7,993.93

---

**3.264**

**Nonpriority creditor's name and mailing address**
Telego
248 52nd Street
Brooklyn, NY 11220

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,141.99

---

**3.265**

**Nonpriority creditor's name and mailing address**
THE CITY OF NEW YORK
New York City Mayor's Office of Special
Enforcement
ARON M ZIMMERMAN
22 Reade Street 4th Floor
New York, NY 10007

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,228,997.26

---

**3.266**

**Nonpriority creditor's name and mailing address**
The Daylight Savings Company
48 N. Church St.
Goshen, NY 10924

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$500.00

---

**3.267**

**Nonpriority creditor's name and mailing address**
Ticketech
53-01 11th St Suite #103
Long Island City, NY 11101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$4,741.59

---

**3.268**

**Nonpriority creditor's name and mailing address**
Tikva Security
163 Boulevard,
Passaic, NJ 07055

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$119,473.50

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.269**

**Nonpriority creditor's name and mailing address**
TKE Elevator
788 CIRCLE 75 PARKWAY SE, SUITE 500
Atlanta, GA 30339

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$31,312.12

---

**3.270**

**Nonpriority creditor's name and mailing address**
Total Fire Protection
111 Crossways Park Drive
Woodbury, NY 11797

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.271**

**Nonpriority creditor's name and mailing address**
Tower Signs and Awnings
40 Nassau Terminal Rd,
New Hyde Park, NY 11040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$16,129.92

---

**3.272**

**Nonpriority creditor's name and mailing address**
Traco
1 Maple Street, Unit #4
East Rutherford, NJ 07073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,617.00

---

**3.273**

**Nonpriority creditor's name and mailing address**
Treater, Inc
100 Furnace St,
Oriskany, NY 13424

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,617.00

---

**3.274**

**Nonpriority creditor's name and mailing address**
Triumvirate Environmental
P.O. Box 150502
Hartford, CT 06115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,221.42

---

**3.275**

**Nonpriority creditor's name and mailing address**
Trustees of the New York Hotel Trades Co
Trevor Hanrahan Pitta LLP
120 Broadway Ste 28th Floor
New York, NY 10271

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.276**

**Nonpriority creditor's name and mailing address**
U.S. Coffee
51 ALPHA PLAZA
Hicksville, NY 11801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,949.90

---

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

| 3.277 | **Nonpriority creditor's name and mailing address**<br>Ultra Chem<br>PO Box 14608 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $14,778.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address**<br>Uniforms Number One<br>6600 N.W.?16 STREET Suite 8<br>Fort Lauderdale, FL 33313 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $465.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.279 | **Nonpriority creditor's name and mailing address**<br>US Foods<br>1051 AMBOY AVE<br>Perth Amboy, NJ 08861 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,024.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.280 | **Nonpriority creditor's name and mailing address**<br>VentRight<br>P.O. Box 161<br>Lawrence, NY 11559 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.281 | **Nonpriority creditor's name and mailing address**<br>Verizon<br>PO Box 15403<br>Albany, NY 12212 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,391.53 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.282 | **Nonpriority creditor's name and mailing address**<br>Washington Gas<br>6801 Industrial Rd.<br>Springfield, VA 22151 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $10,984.35 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.283 | **Nonpriority creditor's name and mailing address**<br>Waste Connections<br>33 Wood Ave S Ste 810<br>Iselin, NJ 08830 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $14,374.08 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.284 | **Nonpriority creditor's name and mailing address**<br>Waste Management<br>800 Capitol St, Suite 3000<br>Houston, TX 77002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $4,309.60 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|
| | Name | | |

---

**3.285**

**Nonpriority creditor's name and mailing address**
Water Engineering Services
PO Box 518
Moorestown, NJ 08057

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$430.96

---

**3.286**

**Nonpriority creditor's name and mailing address**
Western Pest
800 Lanidex Plaza
Parsippany, NJ 07054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,045.20

---

**3.287**

**Nonpriority creditor's name and mailing address**
Window Repair NYC
244 5th Avenue, apt E152
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$5,133.46

---

**3.288**

**Nonpriority creditor's name and mailing address**
Wire Master
8 Prosperity Dr Suffern,
Suffern, NY 10901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$325.00

---

**3.289**

**Nonpriority creditor's name and mailing address**
Wiring Resources
900 Camp St 3rd fl 1099
New Orleans, LA 70130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,513.36

---

**3.290**

**Nonpriority creditor's name and mailing address**
WNW Fire Sprinklers
589 East 56th Street
Brooklyn, NY 11203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.291**

**Nonpriority creditor's name and mailing address**
Yapstone
700 Larkspur Lamd Ctr - Suite 109
Larkspur, CA 94939

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$400,000.00

---

**3.292**

**Nonpriority creditor's name and mailing address**
Zego
3550 Lenox Rd NE - Suite 3000
Atlanta, GA 30326

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$865,618.26

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 38 of 39

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | | Case number (if known) | 25-12000-dsj |
|--------|--------|--|--------|--------|
| | Name | | | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.52 |
|-------|------|------|------|
| | Zoro.com<br>PO Box 5233<br>Janesville, WI 53547 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|------|------|------|
| 4.1 | Office for US Attorneys<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW, Room 2242<br>Washington, DC 20530 | Line  2.1<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|------|
| **5a. Total claims from Part 1** | 5a. | $ | 636,634.53 |
| **5b. Total claims from Part 2** | 5b. + | $ | 22,471,954.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 23,108,588.72 |

**Fill in this information to identify the case:**

Debtor name        LuxUrban Hotels Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    25-12000-dsj

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
       ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest  —  Lease for Property | |
| State the term remaining | |
| List the contract number of any government contract | 960 Associates LLC |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest  —  Lease for Property | |
| State the term remaining | |
| List the contract number of any government contract | Tuscany Legacy Leasing |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    LuxUrban Hotels Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    25-12000-dsj

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Brian Ferdinand | | 123 WASHINGTON LLC | ☐ D _____ <br> ☒ E/F ___3.2___ <br> ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  LuxUrban Hotels Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  25-12000-dsj

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $69,855,948.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $113,397,012.00 |
| For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $43,825,424.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | LuxUrban Hotels Inc. | Case number (if known) | 25-12000-dsj |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Pack v. LuxUrban Hotels Inc., et al. 24-cv-01030 | Securities Fraud | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | CORPORATE RENTALS LLC v. LUXURBAN HOTELS, INC. 24-cv-01448 | Breach of Contract | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Joseph Gunnar & Co. LLC v. Luxurban Hotels, Inc. 24-cv-04563 | Breach of Contract | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Mikolashek vs. Luxurban Hotels, Inc. 24-cv-01188 | Breach of Contract | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.5. | Trustees of New York Hotel Trades Council, et al. v. Luxurban Hotels Inc., et al. 24-cv-05361 | Labor | | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. | Trustees of the New York Hotel Trades Council, etc. v. LuxUrban Re Holdings LLC, et al. 24-cv-05441 | labor | | ☐ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    LuxUrban Hotels Inc.                                              Case number *(if known)*    25-12000-dsj

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. Trustees of the New York Hotel Trades Council, etc. v. Luxurban Hotels Inc.<br>24-cv-05588 | labor | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. New York Hotel and Gaming Trades Council, AFL-CIO v. Luxurban Hotels, Inc.<br>24-cv-06583-LGS | labor | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. Corporate Rentals LLC v. LuxUrban Hotels, Inc.<br>24-mc-00614 | Registration of Foreign Judgment | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 Trustees of the New York Hotel Trades Council, etc.   v. Luxurban Hotels, Inc.<br>25-cv-01701 | Labor | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 Trustees of the New York Hotel Trades Council, etc.   v. Luxurban Hotels, LLC, et al.<br>25-cv-03153 | labor | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 David Gurfein v. LuxUrban Hotels Inc., et al.<br>655580/2024 | Contract | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 HWOOD APARTMENTS, LLC, et al. v. LUXURBAN HOTELS, INC.<br>153945/2025 | Contract | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 CITY OF NEW YORK v. LUXURBAN HOTELS INC.<br>451392/2025 | Torts (Successor Liability) | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 Schripps Baking, Llc v. Hotel 57 Services, Llc, Luxurban Hotels, Inc.<br>653435/2025 | Contract | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 Detail Renovations, Inc. v. Brandon Elster, Margarita Garcia, Robert Arigo, Luxurban Hotels Inc. D/B/A Luxurban Hotels, Luxurban Re Holdings LLC<br>652556/2025 | Contract | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17 Tuscany Legacy Leasing Llc v. Luxurban Re Holdings Llc F/K/A Corphousing Group Inc., Luxurban Hotels Inc., Brian Ferdinand, Michael James, Brandon Elster, Jimmie Chatmon, Shanoop Kothari, Robert Arigo<br>651525/2025 | Breach of Contact, RICO | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    LuxUrban Hotels Inc.                                          Case number *(if known)*  25-12000-dsj

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18. | HD SUPPLY FACILITIES MAINTENANCE, LTD. v. LUXURBAN HOTELS, INC. d/b/a HOTEL 57 BY LUXURBAN 651387/2025 | Commercial: Recovery of money owed for goods, wares & merchandise | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Brown v. Luxurban Hotels, Inc. 23-cv-01071 | Breach of Contract | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | 123 WASHINGTON LLC v. CORPHOUSING GROUP INC. n/k/a LUXURBAN HOTELS INC. et al 655078/2025 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | Staffing Group Holdings, Llc v. Luxurban Hotels, Inc. 654934/2025 | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Frontline Funding, LLC v. LuxUrban Hotels, Inc. 654822/2025 | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | Wyndham Hotel Group, LLC V LuxUrban Hotels MRS-L-000977-24 | | New Jersey | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | LuxUrbban re Holdings against HANYC Foundation and Key Hotels 650322/2025 | | NYS Supreme Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor    LuxUrban Hotels Inc.                                    Case number *(if known)*   25-12000-dsj

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **5**

| Debtor | LuxUrban Hotels Inc. | Case number *(if known)* | 25-12000-dsj |
|---|---|---|---|

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  LuxUrban Hotels Inc.                                                  Case number *(if known)*  25-12000-dsj

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    RightWorks,<br>300 Innovation Way<br>Suite 2340<br>Nashua, NH 03062 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.    Grassi Co.<br>50 Jericho Quadrangle<br>Jericho, NY 11753 | |
| 26d.2.    Busch and Associates?<br>179 N. Gibson Road<br>Henderson, NV 89014 | |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | LuxUrban Hotels Inc. | | Case number *(if known)* | 25-12000-dsj |
|---|---|---|---|---|

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike James | 51 Gloria Drive<br>Allendale, NJ 07041 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bradley Theodore | | Board Member and President, Chief development Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandon Elster | 50 Causeway St<br>Boston, MA 02114 | Board member, President & Chief Developmental Officer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Ferdinand | | Former CEO and Chairman | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Arigo | | Former CEO and COO | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jimmie Chatmon | | Former COO | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Shanoop Kothari | | Former CEO and CFO | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Debtor  LuxUrban Hotels Inc.                                            Case number *(if known)*  25-12000-dsj

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/26

/s/ Michael James                                           Michael James
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     Chief Financial Office

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re __LuxUrban Hotels Inc.__         Case No. __25-12000-dsj__
       Debtor(s)        Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Office of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __1/30/26__        Signature __/s/ Michael James__
                                 Michael James

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.