UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

LUXURBAN HOTELS INC.,                                Chapter 7

                                                           Case No. 25-12000 (DSJ)
                                 Debtors.             (Jointly Administered)
-----------------------------------------------------------------x

## ORDER AUTHORIZING RETENTION OF
## ACCOUNTANT FOR THE TRUSTEE AND THE ESTATE

Upon the application (the "Application") of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of LuxUrban Hotels Inc. (the "Debtors")[1], seeking the entry of an order authorizing the employment of Held, Kranzler, McCosker & Pulice, LLP, Certified Public Accountants ("HKMP"), as accountant for the Trustee and the estate to, among other things: (a) perform a forensic examination of the Debtors' books and records to determine if any preferential payments of fraudulent conveyances occurred; (b) analyze and investigate any insider transactions; (c) assist in the preparation of all tax returns, forms and reports required by various taxing authorities; (d) perform all other necessary accounting services as the Trustee or his counsel may deem necessary herein (collectively, the "Services"); and upon the affidavit of Russell Kranzler, CPA, Certified Forensic Accountant, CFF, annexed to the Application (the "Kranzler Affidavit"); and the Court being satisfied that HKMP represents no interest adverse to the Trustee, the Debtors or its estate, except as set forth in the Kranzler Affidavit in the matters upon which HKMP is to be engaged, and that the employment of HKMP is necessary and would be in the best interests of the estate, and no further notice being required, it is hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that in accordance with section § 327(a) of Title 11, United States Code (the "Bankruptcy Code"), HKMP is retained to act as accountant for the Trustee and the estate effective as of November 10, 2025 to perform the Services; and it is further

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Case No. 25-12000 LuxUrban Hotels Inc. (4945); and Case No. 25-12001 LuxUrban RE Holdings LLC (2907).

**ORDERED**, that ten business days' notice must be provided by HKMP to the Trustee and the United States Trustee prior to any increases in the rates set forth in the Application, and such notice must be filed with the Court.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Bankruptcy Code § 330, and the Court retains the right to review any rate increase pursuant to Bankruptcy Code § 330; and it is further

**ORDERED**, that HKMP shall use its best efforts to avoid any duplication of services provided by any of the Trustee's other retained professionals in these chapter 7 cases.

**ORDERED**, that all compensation and reimbursement of expenses to be paid to HKMP shall be subject to prior application to, and award by, this Court, pursuant to Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and applicable law; and it is further

**ORDERED**, that in the event of a discrepancy between the terms of this Order, the Application or the Kranzler Affidavit, the terms of this Order shall prevail; and it is further

**ORDERED**, that notwithstanding any provision to the contrary in the Application or the Kranzler Affidavit, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated: New York, New York
       February 4, 2026                             _s/ David S. Jones_
                                                    HONORABLE DAVID S. JONES
                                                    UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION:**

_s/ Mark Bruh_
Office of the United States Trustee