United States Bankruptcy
 Court - Southern District
of New York
One Bowling Green
New York, NY 10004-1408
Attention - Honorable Federal
 Judge David S Jones

Date - 2/10/26
RE: Luxurban Hotels Inc.
CASE - 25-12000

Item - Missing Hotel
 Employee's - W2's
 for Tax Year 2025

Dear Honorable Judge Jones;
 My name is Raymond Tassielli.
I was an employee at Hotel 57 located
at 130 East 57th Street, New York, NY 10022
 for the year 2025
Luxurban Hotels operated the hotel
 from 1/1/25 thru about 4/3/25
then ceased its operations there

As an employee for Luxurism at Hotel 57, the employees received weekly payroll - statement of earnings for hours worked - deductions for Federal/State/City taxes, Social Security, Medicare 401K deductions, if applicable, Union Dues etc.

For the tax year 2025, the employees had three separate year to date totals in its statement of earnings.

There was a year to date total covering the first three pay periods in January 2025 the weeks of 1/2/25, 1/9/25 and 1/16/25 the payroll company was Key HR - They have provided W-2 for those first three weeks of 2025

p. 2 of 6

Then there was a separate year to date total covering the pay period of 1/23/25 - The payroll company was RESQ1 Staffing (now Holdings (payroll processor)

Then the final Year to date total covered the pay period of 1/30/25 - 4/30/25 (payroll processor Staffing (now Holdings)

Stafford (now Holdings is based in Orlando, Florida
618 East South Street,
Orlando, FLA 32801
877-428-2016 - payroll dept.
Attention: MARIA And Rosa

page 3/6

✓ Corporate office - ~~618-623-4038~~ 888-623-4038
Christian or Jean

In Summary we have hundreds of employees who have not received their respective W-2's from RESQ/ Staffing Group Holdings and/or from Luxurban Hotels for tax year 2025

On or about 2/3/26, I contacted Staffing Group Holdings (payroll processor) for Luxurban at 877-428-2016 The Reception person Marie first stated the W-2's were mailed in January 2026 for 2025 –

Then on or about 2/7/26 and 2/9/26 I contacted Staffing Group at 877-428-2016 and informed them I did not receive my W-2

Page 4 of 6

Rosa, a Manager from Staffing Group at 877-428-2016 finally Returned my call and stated They do not issue W-2's But that we have to go Back to LuxUrban Hotels.

Rosa stated that Staffing Group Holding did generate weekly payroll But that They do not issue W-2's. Thus, the employees have to go Back to LuxUrban Hotels covering 1/23/25 And Forward

I am appealing to The Bankruptcy Court, the Trustee Mr. Kenneth P. Silverman And our Union Administrator if all parties can assist

page 5 of 6

the hundreds of employees in US Receiving our full/complete accurate W2's so that we all can file our Federal/State/City Tax obligations

We had statement of earnings, deductions for taxes, Social Security etc. Union Dues / 401K if applicable

I respectfully ask we the hard working employees Receive our W-2's from whoever is Responsible for providing these documents

Thank You
Raymond Tassullo
- E-mail ReyTASS@optonline.net
718-736-4680

cc: Kenneth P. Silverman
Trustee
Richard Maroko - President Hotel Trade Council
Jane Lauer Barken - Pitta Law Firm

page 6 of 6