**RIMON P.C.**
Counsel to Kenneth P. Silverman Esq.,
Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Courtney Roman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 7

LUXURBAN HOTELS INC.,                               Case No. 25-12000 (DSJ)
                                                    (Jointly Administered)
                        Debtors.
------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION SEEKING ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULES 9001(5)(A), 2003, 4002 AND BANKRUPTCY CODE §§105(A), 341, 343 AND 521 DESIGNATING BRIAN FERDINAND OR BRANDON ELSTER AS RESPONSIBLE OFFICER OF THE DEBTORS, DIRECTING BRIAN FERDINAND OR BRANDON ELSTER TO APPEAR AT THE DEBTORS' 341 MEETING OF CREDITORS, AND TURN OVER THE DEBTORS' BOOKS AND RECORDS TO THE TRUSTEE

**PLEASE TAKE NOTICE**, that on January 6, 2026, Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of LuxUrban Hotels Inc. (the "Debtors"),[1] filed and, on January 7, 2026, served the Trustee's motion seeking entry of an order (a) pursuant to Rule 9001(5)(A) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") designating either Brian Ferdinand ("Ferdinand") or Brandon Elster ("Elster" and, together with Ferdinand, the "Responsible Officer") as responsible officer of the Debtors, to be charged with the responsibility of performing the duties of the Debtors as set forth in Bankruptcy Rules 2015 and 4002, and §§ 343 and 521 of title 11 of the United States Code (the "Bankruptcy Code"), and

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Case No. 25-12000 LuxUrban Hotels Inc. (4945); and Case No. 25-12001 LuxUrban RE Holdings LLC (2907).

all other applicable provisions of the Bankruptcy Rules and/or the Bankruptcy Code; (b) compelling the Responsible Officer to appear for examination by the Trustee at the continued Section 341(a) Meeting of Creditors scheduled for February 3, 2026 at 11:30 a.m., in accordance with Bankruptcy Rules 2003 and 4002 and Bankruptcy Code sections 105(a), 341, 343 and 521; (c) compelling the Responsible Officer to turn over to the Trustee and/or his retained professionals, including his counsel, any and all of the Debtors' books and records that have been requested by the Trustee and/or his professionals and have not yet been turned over; and (d) granting such other, further, and different relief as this Court may deem just, proper, and equitable (ECF Doc. No. 132) (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that on January 20, 2026, Ferdinand filed an objection to the Motion (ECF Doc. No. 135).

**PLEASE TAKE FURTHER NOTICE**, that the Trustee hereby withdraws the Motion, which is currently scheduled to be heard by the Court on March 19, 2026, at 10:00 a.m., without prejudice.

Dated:  Jericho, New York
        March 4, 2026

                                            **RIMON P.C.**
                                            Counsel to Kenneth P. Silverman, Esq.
                                            the Chapter 7 Trustee

                                    By:     _s/ Brian Powers_____
                                            Brain Powers
                                            Partner
                                            100 Jericho Quadrangle, Suite 300
                                            Jericho, New York 11753
                                            (516) 479-6300