RIMÔN LAW
www.rimonlaw.com

September 28, 2026

**VIA ECF**
Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**Re: LuxUrban Hotels Inc.**
**Chapter 7**
**Case No. 25-12000 (DSJ)**

Dear Clerk of Court:

Please forward the Clerk's Costs for all of the outstanding costs and/or adversary charges in the above referenced matter.

Thank you for your assistance in this matter.

Very truly yours,

*s/ Linda S. Tumino*

Linda S. Tumino

cc: Kenneth P. Silverman, Esq., Chapter 7 Trustee

LINDA TUMINO
100 JERICHO QUADRANGLE, SUITE 300, JERICHO, NEW YORK 11753
LINDA.TUMINO@RIMONLAW.COM
P: (516) 479.6309 | WWW.RIMONLAW.COM